UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**AMANDA ARNOLD,**
    Plaintiff,                                        Civil Action No.: 17-10432-DJC

**VS.**

**THE WOODS HOLE, MARTHA'S
VINEYARD AND NANTUCKET
STEAMSHIP AUTHORITY,**
    Defendant.

### DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF LIABILITY INSURANCE

Now comes the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (hereinafter the "Steamship Authority"), in the above entitled civil action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and hereby submits its Motion In Limine to Preclude Evidence of Liability Insurance.

F.R.E. 411 precludes evidence of liability insurance at trial. Any evidence or mention that the Steamship Authority is covered by liability insurance should therefore be precluded pursuant to F.R.E. 411.

WHEREFORE, Defendant respectfully moves this Honorable Court to preclude any and all evidence that the Steamship Authority is and/or was covered by liability insurance or any mention of the Steamship Authority's insurance carrier and adjustors at trial.

By its attorneys,
**CLINTON & MUZYKA, P.C.**

*/s/ Olaf Aprans*
_____
**Thomas J. Muzyka**

**BBO NO: 365540**
**Olaf Aprans**
**BBO NO: 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax#: (617) 720-3489
Email: oaprans@clinmuzyka.com

### CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 17, 2018**.**

*/s/ Olaf Aprans*

Olaf Aprans