# EXHIBIT 4



**United States of America**
**Department of Homeland Security**
**United States Coast Guard**

| Certification Date: | 18 Mar 2016 |
|---|---|
| Expiration Date: | 18 Mar 2017 |

# Certificate of Inspection

For ships on international voyages this certificate fulfills the requirements of SOLAS 74 as amended, regulation V/14 for a SAFE MANNING DOCUMENT.

| Vessel Name | Official Number | IMO Number | Call Sign | Service |
|---|---|---|---|---|
| EAGLE | 910026 | 8705864 | WCX-5125 | Passenger (Inspected) |

| Hailing Port | Hull Material | Horsepower | Propulsion |
|---|---|---|---|
| BOSTON, MA<br>UNITED STATES | Steel | 3000 | Diesel Reduction |

| Place Built | Delivery Date | Keel Laid Date | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| AMELIA, Louisiana<br>UNITED STATES | 07Dec1987 | 15Feb1987 | R-397<br>I-3269 | R-270<br>I-1389 | 522 | R-218 7<br>I-218 7 |

| Owner | Operator |
|---|---|
| MASSACHUSETTS COMMONWEALTH OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOOT OF RAILROAD AVENUE PO BOX 284 WOODS HOLE, MA 02543 | MASSACHUSETTS COMMONWEALTH OF WOODS HOLE, MARTHA'S VINEYARD, AND NANTUCKET STEAMSHIP AUTHORITY ONE RAILROAD AVENUE P.O. BOX 284 Woods Hole, MA 02543 |

This vessel must be manned with the following licensed and unlicensed Personnel. Included in which there must be 8 Certified Lifeboatmen, 0 Certified Tankermen, 0 HSC Type Rating, and 0 GMDSS Operators.

| | | | |
|---|---|---|---|
| 1 Masters | 1 Licensed Mates | 1 Chief Engineers | 0 Qualified Member Engineer Depts |
| 0 Chief Mates | 1 First Class Pilots | 0 First Assistant Engineers | 1 Oilers |
| 0 Second Mates | 0 Radio Officers | 0 Second Assistant Engineers | 10 Crew Members |
| 0 Third Mates | 4 Able Seamen | 0 Third Assistant Engineers | |
| 0 Master First Class Pilots | 1 Ordinary Seamen | 0 Licensed Engineers | |
| 0 Mate First Class Pilots | 0 Deckhands | 0 Non Licensed Engineer Depts | |

In addition, this vessel may carry 799 Passengers, 7 Other Persons in crew, 0 Persons in addition to crew, and no Others. Total Persons allowed: 816

Route Permitted And Conditions Of Operation:

---Lakes, Bays, and Sounds---

NANTUCKET AND VINEYARD SOUNDS: FERRY ROUTES BETWEEN HYANNIS, NANTUCKET ISLAND, MARTHA'S VINEYARD AND WOODS HOLE, MA. THE VESSEL SHALL BE OPERATED UNDER REASONABLE CONDITIONS.

THE FIRST CLASS PILOT IS NOT REQUIRED PROVIDED THE MASTER OR THE LICENSED MATE POSSESSES FIRST CLASS PILOTAGE FOR THE INTENDED ROUTE. AS OUTLINED IN THE SSA OPERATIONS AND SAFETY MANAGEMENT MANUAL PART 5.2.5, THE INDIVIDUAL HOLDING THE FIRST CLASS PILOTAGE

***SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION***

With this Inspection for Certification having been completed at Woods Hole Massachusetts UNITED STATES, the Officer in Charge, Marine Inspection, Sector Southeastern New England certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

| Annual/Periodic/Re-Inspection | | | | This certificate issued by: |
|---|---|---|---|---|
| Date | Zone | A/P/R | Signature | K. T. HANLEY, CDR, USCG By direction |
| | | | | Officer in Charge, Marine Inspection |
| | | | | Sector Southeastern New England |
| | | | | Inspection Zone |

Dept. of Home Sec., USCG, CG-841 (Rev 4-2000)(v2)   OMB No. 2115-0517



**United States of America**
**Department of Homeland Security**
**United States Coast Guard**

| Certification Date: | 18 Mar 2016 |
|---|---|
| Expiration Date: | 18 Mar 2017 |

# Certificate of Inspection

Vessel Name  EAGLE

MUST BE ON THE VESSEL'S BRIDGE TO ASSIST WITH NAVIGATION WHILE OPERATING INSIDE A HARBOR, DURING PERIODS OF DARKNESS, RESTRICTED VISIBILITY, HEAVY TRAFFIC, SEVERE WEATHER, OR ANYTIME DEEMED NECESSARY BY THE MASTER.

A LICENSED INDIVIDUAL OR SEAMAN MAY NOT WORK AS PART OF THE WATCHSTANDING CREW MANDATED BY THIS CERTIFICATE OF INSPECTION MORE THAN 12 HOURS IN ANY CONSECUTIVE 24 HOUR PERIOD EXCEPT IN AN EMERGENCY WHEN LIFE OR PROPERTY IS ENDANGERED. THIS VESSEL MUST BE MANNED IN ACCORDANCE WITH THIS CERTIFICATE OF INSPECTION WHEN THE VESSEL IS OPERATED AWAY FROM THE PIER OR AT ANYTIME WITH PASSENGERS ON BOARD. THE TOTAL NUMBER OF HOURS THAT A CREWMEMBER CAN BE PERMITTED TO WORK (WATCHSTANDING DUTY PLUS ANY OTHER WORK HOURS) SHALL NOT EXCEED 15 IN ANY 24 HOUR PERIOD, NOR 36 IN ANY 72 HOUR PERIOD.

ALTERNATIVE COMPLIANCE. THE FOLLOWING PROVISION MAY BE USED AS AN ALTERNATIVE TO THE WORK HOUR ENDORSEMENT ABOVE:

(1) A LICENSED INDIVIDUAL OR SEAMAN MAY NOT WORK AS PART OF THE WATCHSTANDING CREW MANDATED BY THIS CERTIFICATE OF INSPECTION MORE THAN 12 HOURS WITHOUT A 6 HOUR REST PERIOD BEFORE STARTING A SECOND DUTY PERIOD. NOR MORE THAN 18 HOURS IN ANY CONSECUTIVE 24 HOUR PERIOD EXCEPT IN AN EMERGENCY WHEN LIFE OR PROPERTY IS ENDANGERED. ALSO, EACH CREWMEMBER MUST BE AFFORDED REST TIME TOTALING AT LEAST 90 MINUTES WITHIN THE 12 HOUR WORK PERIOD (NO PORTION OF THIS REST TIME SHALL BE LESS THAN 30 CONTINUOUS MINUTES).

IF THE VESSEL'S SCHEDULE RESULTS IN A WORK PERIOD OF LESS THAN 11.5 HOURS, THEN THE 90 MINUTE REST TIME MAY BE REDUCED BY THE SAME NUMBER OF MINUTES THAT THE WORK PERIOD IS LESS THAN 12 HOURS.

WHEN USING THIS ALTERNATIVE PROVISION, THE TOTAL NUMBER OF HOURS THAT A CREWMEMBER CAN BE PERMITTED TO WORK (WATCHSTANDING DUTY PLUS ANY OTHER WORK HOURS) SHALL NOT EXCEED 18 HOURS IN ANY CONSECUTIVE 72 HOUR PERIOD

(2) FOR THE PURPOSE OF PERIODIC ADJUSTMENTS TO CREW SCHEDULES OR IN CASES OF ILLNESS OR ACCIDENT WHEN A REPLACEMENT CREWMEMBER IS REQUIRED, SUCH EXCEPTIONS SHALL BE DONE IN ACCORDANCE WITH POLICIES CONTAINED IN THE SSA OPERATIONS AND SAFETY MANAGEMENT MANUAL - SECTION I - RESPONSIBILITY AND AUTHORITY; PROCEDURE 1.35: USCG WORK HOUR REGULATIONS. IN NO CASE, IN WHICH THESE INFREQUENT SCHEDULE ADJUSTMENTS ARE MADE, SHALL THE TOTAL NUMBER OF HOURS THAT A CREWMEMBER IS PERMITTED TO WORK (WATCHSTANDING DUTY PLUS ANY OTHER WORK HOURS) EXCEED 36 HOURS IN ANY 72 HOUR PERIOD.

A TYPE I CHILD LIFE PRESERVER SHALL BE PROVIDED FOR EACH PERSON ON BOARD UNDER 90 POUNDS.

THE VESSEL IS NOT PERMITTED TO TRANSPORT HAZARDOUS MATERIALS UNLESS THE TRANSPORTATION IS IN ACCORDANCE WITH 49 CFR SUBCHAPTER C (171-180), "HAZARDOUS MATERIALS REGULATIONS". THESE MATERIALS ARE DEFINED AS, BUT NOT LIMITED TO: LIQUEFIED PETROLEUM GAS (LPG), GASOLINE, PAINTS, AND OILS.

WHEN OPERATING ON ANY REGULAR FERRY ROUTE LISTED ON THE CERTIFICATE OF INSPECTION, THE CHARACTER OF THIS VESSEL MAY BE CHANGED TO A CARGO VESSEL TO PERMIT THE CARRIAGE OF HAZARDOUS MATERIALS AS DEFINED IN TITLE 49 CFR 172.101, COLUMN 10. THE FOLLOWING CONDITIONS ALSO APPLY:

1. NO PASSENGERS MAY BE CARRIED WHEN THIS VESSEL IS OPERATED UNDER THE PROVISIONS OF THE ABOVE PARAGRAPH; HOWEVER, TWO PERSONS PER VEHICLE CARRYING HAZARDOUS MATERIAL/DANGEROUS CARGO (UP TO A TOTAL OF SIXTEEN (16) PERSONS) MAY BE CARRIED IN ADDITION TO THE CREW TO FACILITATE THE SAFE HANDLING AND STOWAGE OF THESE VEHICLES.
2. SUCH CARGO SHALL BE PACKAGED AND STOWED IN ACCORDANCE WITH ALL APPLICABLE REQUIREMENTS OF TITLE 49 CODE OF FEDERAL REGULATIONS.
3. ALL VEHICLES OR CONTAINERS FOR SUCH PACKAGED DANGEROUS CARGO SHALL BE IN GOOD CONDITION BEFORE BEING PLACED ON BOARD.
4. NO SMOKING OR OPEN LIGHTS SHALL BE PERMITTED ON ANY DECK WHERE SUCH CARGO IS STOWED.
5. ADDITIONAL FIREFIGHTING EQUIPMENT IS REQUIRED IN ACCORDANCE WITH 49 CFR 176.315 WHEN TRANSPORTING FLAMMABLE OR COMBUSTIBLE LIQUIDS.

## ---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| DryDock | 15Jan2019 | 29Feb2016 | 15Jan2014 |
| Internal Structure | 15Jan2019 | 29Feb2016 | 15Jan2014 |

## ---Stability---

| Type | Issued Date | Office |
|---|---|---|
| Letter | 03May2012 | Marine Safety Center (MSC) |

## --- Inspection Status ---



Department of Homeland Security
United States Coast Guard

# Certificate of Inspection

Certification Date: 18 Mar 2016
Expiration Date: 18 Mar 2017

Vessel Name   EAGLE

## *Fuel Tanks*

### Internal Examinations

| Tank ID | Previous | Last | Next |
|---|---|---|---|
| 1 PORT | 25Feb2011 | 25Jan2016 | 25Jan2021 |
| 1 STBD | 25Mar2011 | 25Jan2016 | 25Jan2021 |

## *Boilers/Steam Piping*

Maximum Steam Pressure Allowed: 30

| Boiler/Piping ID | Hydro Inspection Previous | Last | Next | Mount Inspection Previous | Remove | Open |
|---|---|---|---|---|---|---|
| LPE165.5-30-3M | 15Feb2013 | 22Jan2015 | 22Jan2018 | - | - | - |
| 7582070 | 15Feb2013 | 22Jan2015 | 22Jan2018 | - | - | - |

| Boiler/Piping ID | Fireside Inspection Previous | Last | Next | Waterside Inspection Previous | Last | Next |
|---|---|---|---|---|---|---|
| LPE165.5-30-3M | 15Feb2013 | 22Jan2015 | 22Jan2018 | - | - | - |
| 7582070 | 15Feb2013 | 22Jan2015 | 22Jan2018 | - | - | - |

## *Pressure Vessels*

| Type | Location | Previous | Last | Next |
|---|---|---|---|---|
| Air Receiver | AMR1 | 26Apr2010 | 03Feb2015 | 03Feb2020 |
| Air Receiver | AMR1 | 26Apr2010 | 03Feb2015 | 03Feb2020 |
| Air Receiver | AMR1 | 26Apr2010 | 03Feb2015 | 03Feb2020 |
| Air Receiver | AMR1 | 26Apr2010 | 03Feb2015 | 03Feb2020 |
| Air Receiver | AMR1 | 26Apr2010 | 03Feb2015 | 03Feb2020 |
| Air Receiver | Flying Bridge | 09May2007 | 26Apr2012 | 26Apr2017 |

## *Lifesaving*

Number of Davits: 1

| Lifeboat/Raft Id | Full Weight Test | Light Weight Test | Falls Renewed | Falls End for Ended |
|---|---|---|---|---|
| 1 | 20Mar2014 | 14Mar2016 | 07Nov2013 | |

### ---Lifesaving Equipment---

Total Equipment for 816 Persons

| Primary Lifesaving Equipment | Quantity | Capacity |   | Required |
|---|---|---|---|---|
| Lifeboats (Total) | 0 | 0 | Life Preservers (Adult) | 816 |
| Lifeboats (Port) | 0 | 0 | Life Preservers (Child) | 82 |
| Lifeboats (Starboard) | 0 | 0 | Ring Buoys (Total) | 6 |
| Motor Lifeboats | 0 | 0 | With Lights | 2 |
| Lifeboats W/Radio | 0 | 0 | With Line Attached | 2 |
| Rescue Boats/Platforms | 1 | 3 | Other | 2 |
| Inflatable Rafts | 0 | 0 | Immersion Suits | 0 |
| Life Floats/Buoyant App | 0 | 0 | Portable Lifeboat Radios | 0 |



| | United States of America<br>Department of Homeland Security<br>United States Coast Guard | Certification Date: | 18 Mar 2016 |
|---|---|---|---|
| | | Expiration Date: | 18 Mar 2017 |

# Certificate of Inspection

Vessel Name  EAGLE

| Inflatable Bouyant App (IBA) | 6 | 768 | Equipped with EPIRB? | YES |

## --- Fire Fighting Equipment ---

Number of Fireman Outfits -          Number of Fire Pumps - 1

**Hose Information**

| Location | Quantity | Diameter | Length |
|---|---|---|---|
| Machinery | 26 | 1.5 | 50 |

**Fixed Extinguishing Systems**

| Location | Type | Capacity |
|---|---|---|
| MACHINERY SPACE | Halocarbon (Formerly: FM 200, FE241) | 700 |
| EMERG GEN. SPACE | Halocarbon (Formerly: FM 200, FE241) | 75 |
| BOW THRUSTER SPACE | Halocarbon (Formerly: FM 200, FE241) | 100 |
| AUXILIARY MACHINERY SPACE | Halocarbon (Formerly: FM 200, FE241) | 300 |

**Fire Extinguishers - Hand portable and semi-portable**

| Quantity | Class Type |
|---|---|
| 2 | A-II |
| 14 | B-II |
| 1 | B-IV |
| 5 | C-II |

***END***