# EXHIBIT 5



# UNITED STATES ACCESS BOARD
*Advancing Full Access and Inclusion for All*

Search  
○ Search ADA Standards  
○ Search entire site

**The Board** | **Guidelines & Standards** | **Training** | **Enforcement** | **Research**

Home > Guidelines and Standards > Buildings & Sites > About the ADA Standards > ADA Standards > Chapter 2: Scoping Requirements

## Chapter 2: Scoping Requirements

**TABLE OF CONTENTS**

**DOJ's 2010 ADA Standards**

**Chapter 1: Application and Administration**

**Chapter 2: Scoping Requirements**

  201 Application

  202 Existing Buildings and Facilities

  203 General Exceptions

  204 Protruding Objects

  205 Operable Parts

  206 Accessible Routes

  207 Accessible Means of Egress

  208 Parking Spaces

  209 Passenger Loading Zones and Bus Stops

  210 Stairways

  211 Drinking Fountains

  212 Kitchens, Kitchenettes, and Sinks

  213 Toilet Facilities and Bathing Facilities

  214 Washing Machines and Clothes Dryers

  215 Fire Alarm Systems

  216 Signs

### 201 Application

**201.1 Scope.** All areas of newly designed and newly constructed buildings and facilities and altered portions of existing buildings and facilities shall comply with these requirements.

> Advisory 201.1 Scope. These requirements are to be applied to all areas of a facility unless exempted, or where scoping limits the number of multiple elements required to be accessible. For example, not all medical care patient rooms are required to be accessible; those that are not required to be accessible are not required to comply with these requirements. However, common use and public use spaces such as recovery rooms, examination rooms, and cafeterias are not exempt from these requirements and must be accessible.

**201.2 Application Based on Building or Facility Use.** Where a site, building, facility, room, or space contains more than one use, each portion shall comply with the applicable requirements for that use.

**201.3 Temporary and Permanent Structures.** These requirements shall apply to temporary and permanent buildings and facilities.

> Advisory 201.3 Temporary and Permanent Structures. Temporary buildings or facilities covered by these requirements include, but are not limited to, reviewing stands, temporary classrooms, bleacher areas, stages, platforms and daises, fixed furniture systems, wall systems, and exhibit areas, temporary banking facilities, and temporary health screening facilities. Structures and equipment directly associated with the actual processes of construction are not required to be accessible as permitted in 203.2.

### 202 Existing Buildings and Facilities

**202.1 General.** Additions and alterations to existing buildings or facilities shall comply with 202.

**202.2 Additions.** Each addition to an existing building or facility shall comply with the requirements for new construction. Each addition that affects or could affect the usability of or access to an area containing a primary function shall comply with 202.4.

**202.3 Alterations.** Where existing elements or spaces are altered, each altered element or space shall comply with the applicable requirements of Chapter 2.

EXCEPTIONS: 1. Unless required by 202.4, where elements or spaces are altered and the circulation path to the altered element or space is not altered, an accessible route shall not be required.

2. In alterations, where compliance with applicable requirements is technically infeasible, the alteration shall comply with the requirements to the maximum extent feasible.

3. Residential dwelling units not required to be accessible in compliance with a standard issued pursuant to the Americans with Disabilities Act or Section 504 of the Rehabilitation Act of 1973, as amended, shall not be required to comply with 202.3.

**ADA STANDARDS**

**About the ADA Standards**

**ADA Standards**

**Guide to the Standards**

**Background**

**Other Resources**

**EMAIL UPDATES**

Sign up for updates on Buildings and Sites:

Enter Email

Subscribe

**TECHNICAL ASSISTANCE**

(800) 872-2253  
TTY: (800) 993-2822  
Fax: (202) 272-0081  
ta@access-board.gov



# UNITED STATES ACCESS BOARD
*Advancing Full Access and Inclusion for All*

Search  
● Search ADA Standards  
○ Search entire site

The Board | Guidelines & Standards | Training | Enforcement | Research

Home > Guidelines and Standards > Buildings & Sites > About the ADA Standards > ADA Standards > Chapter 4: Accessible Routes

## Chapter 4: Accessible Routes

**TABLE OF CONTENTS**

DOJ's 2010 ADA Standards

Chapter 1: Application and Administration

Chapter 2: Scoping Requirements

Chapter 3: Building Blocks

Chapter 4: Accessible Routes

   401 General

   402 Accessible Routes

   403 Walking Surfaces

   404 Doors, Doorways, and Gates

   405 Ramps

   406 Curb Ramps

   407 Elevators

   408 Limited Use / Limited Application Elevators

   409 Private Residence Elevators

   410 Platform Lifts

Chapter 5: General Site and Building Elements

Chapter 6: Plumbing Elements and Facilities

Chapter 7: Communication Elements and Features

### 401 General

401.1 Scope. The provisions of Chapter 4 shall apply where required by Chapter 2 or where referenced by a requirement in this document.

### 402 Accessible Routes

402.1 General. Accessible routes shall comply with 402.

402.2 Components. Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

> Advisory 402.2 Components. Walking surfaces must have running slopes not steeper than 1:20, see 403.3. Other components of accessible routes, such as ramps (405) and curb ramps (406), are permitted to be more steeply sloped.

### 403 Walking Surfaces

403.1 General. Walking surfaces that are a part of an accessible route shall comply with 403.

403.2 Floor or Ground Surface. Floor or ground surfaces shall comply with 302.

403.3 Slope. The running slope of walking surfaces shall not be steeper than 1:20. The cross slope of walking surfaces shall not be steeper than 1:48.

403.4 Changes in Level. Changes in level shall comply with 303.

403.5 Clearances. Walking surfaces shall provide clearances complying with 403.5.

EXCEPTION: Within employee work areas, clearances on common use circulation paths shall be permitted to be decreased by work area equipment provided that the decrease is essential to the function of the work being performed.

403.5.1 Clear Width. Except as provided in 403.5.2 and 403.5.3, the clear width of walking surfaces shall be 36 inches (915 mm) minimum.

EXCEPTION: The clear width shall be permitted to be reduced to 32 inches (815 mm) minimum for a length of 24 inches (610 mm) maximum provided that reduced width segments are separated by segments that are 48 inches (1220 mm) long minimum and 36 inches (915 mm) wide minimum.

**ADA STANDARDS**

About the ADA Standards

ADA Standards

Guide to the Standards

Background

Other Resources

**EMAIL UPDATES**

Sign up for updates on Buildings and Sites:

Enter Email

Subscribe

**TECHNICAL ASSISTANCE**

(800) 872-2253  
TTY: (800) 993-2822  
Fax: (202) 272-0081  
ta@access-board.gov