# EXHIBIT 6



**UNITED STATES ACCESS BOARD**
*Advancing Full Access and Inclusion for All*

Search
- Search Passenger Vessels
- Search entire site

| The Board | Guidelines & Standards | Training | Enforcement | Research |

Home > Guidelines and Standards > Transportation > Passenger Vessels



## Passenger Vessels

 New guidelines that will address access to passenger vessels, including ferries and cruise ships

**EMAIL UPDATES**

Sign up for updates on Transportation:

Enter Email

**Subscribe**

**TECHNICAL ASSISTANCE:**

(800) 872-2253
TTY: (800) 993-2822
Fax: (202) 272-0081
ta@access-board.gov

**Regulatory Assessment of Proposed Accessibility Guidelines**

**May 2013**

**Table of Contents**

**EXECUTIVE SUMMARY**
CHAPTER 1. BACKGROUND
1.1  Introduction
1.2  Statutory and Regulatory Background
1.3  Rulemaking History
1.4  Overview of Proposed Guidelines
CHAPTER 2. FERRIES, MULTI-PURPOSE VESSELS, AND SMALL CRUISE SHIPS
2.1  Introduction
2.2  Replacement Vessels
2.3  Case Studies
2.4  Estimated Compliance Costs for Replacement Vessels
CHAPTER 3. LARGE CRUISE SHIPS
3.1  Introduction
3.2  Proposed Scoping Provision for Guest Rooms with Mobility Features
3.3  Mobility Device Use Among U.S. Population
3.4  Alternative Scoping Provisions
3.5  Estimated Guest Room Loss
3.6  Estimated Revenue Loss
CHAPTER 4.  TOTAL ESTIMATED COMPLIANCE COSTS
CHAPTER 5. ALTERATIONS TO EXISTNG VESSELS
5.1  Introduction
5.2  Proposed Exceptions
5.3  Type and Frequency of Alterations
CHAPTER 6. BENEFITS
6.1  Nature of Benefits
6.2  Persons Who Benefit from Proposed Provisions
CHAPTER 7.  INITIAL REGULATORY FLEXIBILTY ANALYSIS
APPENDIX I.  FERRIES, MULTI-PURPOSE VESSELS. AND SMALL CRUISE SHIPS OPERATING IN U.S. PORTS AS OF 2010
APPENDIX II.  LARGE CRUISE SHIPS OPERATING IN U.S. PORTS AS OF 2011
APPENDIX III.  LARGE CRUISE SHIPS CONSTRUCTED OR UNDER CONTRACT FOR CONSTRUCTION BETWEEN 2012 & 2015
End Notes

**EXECUTIVE SUMMARY**

"We" and "our" in this document refer to the Architectural and Transportation Barriers Compliance Board (Access Board).

We are required by section 502 of the Rehabilitation Act and section 504 of the Americans with Disabilities Act (ADA) to establish and maintain accessibility guidelines for the construction and alteration of passenger vessels covered by the ADA to ensure that the vessels are readily accessible to and usable by individuals with disabilities. We are issuing proposed accessibility guidelines for the construction and alteration of passenger vessels pursuant to this authority. The U.S. Department of Transportation (DOT) and U.S. Department of Justice (DOJ) are required to issue accessibility standards for the construction and alteration of passenger vessels

**Contact Information**

U.S. Access Board

1331 F Street NW, Suite 1000

Washington, DC 20004-1111

Phone: (202) 272-0080 or (800) 872-2253

TTY: (202) 272-0082 or (800) 993-2822

Fax: (202) 272-0081

Partner Sites

☐ DISABILITY.GOV

☐ USA.GOV

☐ REGULATIONS.GOV

☐ FEDERALREGISTER.GOV

covered by the ADA that are consistent with our guidelines. Passenger vessel owners and operators would not be required to comply with the guidelines until they are adopted by DOT and DOJ as accessibility standards for the construction and alteration of passenger vessels covered by the ADA.

We prepared this regulatory assessment to estimate the costs and benefits of the proposed guidelines. We request comment on all aspects of the regulatory assessment to improve our estimates of the costs and benefits of the proposed guidelines. We include questions in the preamble to the notice of proposed rulemaking that request information on specific issues relating to the regulatory assessment.

The proposed guidelines would apply to the construction and alteration of passenger vessels, other than ferries and tenders, permitted to carry more than 150 passengers or more than 49 overnight passengers; ferries permitted to carry more than 99 passengers; and tenders permitted to carry more than 59 passengers. The proposed guidelines would not apply to smaller passenger vessels because providing accessible features on those vessels present greater challenges due to space constraints and other considerations. The proposed guidelines, themselves, would not require existing passenger vessels to be made accessible except where altered.

The proposed guidelines contain proposed scoping and technical provisions. The proposed scoping provisions specify what passenger vessel features would be required to be accessible. Where multiple features of the same type are provided, the proposed scoping provisions specify how many of the features would be required to be accessible. The proposed technical provisions specify the design criteria for accessible features. The passenger vessel features addressed by the proposed scoping and technical provisions include onboard accessible routes connecting passenger decks and passenger amenities within decks; accessible means of escape; doorways and coamings; toilet rooms; wheelchair spaces in assembly areas and transportation seating areas; assistive listening systems; general emergency alarms; guest rooms; and other passengers amenities. The proposed guidelines include proposed technical provisions for accessible passenger boarding systems. However, we defer to DOT and DOJ to address when accessible passenger boarding systems would be required since passenger boarding systems can be provided at landside facilities and involve operational issues between the owner or operator of the landside facility and the passenger vessel owner or operator that DOT and DOJ are authorized to address.

We estimate the compliance costs separately for: (1) ferries, multi-purpose vessels such as dinner vessels and excursion vessels, and small cruise ships; and (2) large cruise ships operating in U.S. ports. We consider cruise ships permitted to carry between 50 and 299 overnight passengers small cruise ships, and cruise ship permitted to carry 300 or more passengers large cruise ships.

*Ferries, Multi-Purpose Vessels, and Small Cruise Ships*

We estimate there were 454 ferries, 346 multi-purpose vessels, and 32 small cruise ships in the size categories covered by the proposed guidelines operating in U.S. ports as of 2010. These 832 vessels are listed in Appendix I, along with the data sources. We estimate 387 of the ferries (85%), 286 of the multi-purpose vessels (83%), and 23 of the small cruise ships (72%) for a total of 696 of the vessels (84%) are expected to reach the end of their service life within 20 years. We assume these vessels would be replaced by new vessels and the new vessels would have the same passenger and vehicle capacity, passenger amenities, and number of passenger decks as the vessels they replace. We also assume the total number of vessels would be stable over 20 years. We conducted case studies of ten vessels to develop estimates of the incremental costs to construct vessels in compliance with the proposed guidelines, and the additional operation and maintenance costs due to the proposed guidelines. We divided the 696 vessels that we assume to be replaced over 20 years in 13 groups by type and size of vessel and extrapolated the compliance costs from the case study vessels to these vessels. We estimate the total compliance costs for the vessels annualized over 20 years are $16 million discounted at 7 percent and 3 percent.

The proposed provision with the highest estimated cost would require an elevator, or on certain vessels a limited use-limited application elevator (LULA) or platform lift, to connect passenger decks. Ten exceptions are proposed to this provision. For the 696 vessels that we assume to be replaced over 20 years, we estimate 124 of the new vessels (18%) would be required to provide an elevator, LULA, or platform lift to connect decks, and the proposed exceptions would apply to 431 of the new vessels (62%). We estimate 62 vessels (9%) currently provide an elevator, LULA, or platform lift, and assume the new vessels that replace these vessels would also provide an elevator, LULA, or platform lift in the absence of the proposed guidelines. Eleven of these vessels are small cruise ships that would be required to provide larger elevators on the new vessels. We estimate the other 79 vessels (11%) have only one passenger deck, and assume the new vessels that replace these vessels would not need an elevator, LULA, or platform lift. In addition, we estimate 23 small cruise ships would be required to provide a platform lift to connect to a tender boarding platform at the stern of the new vessels.

The proposed provisions for protruding objects; onboard accessible routes to connect passenger amenities within decks; doorways and coamings; accessible means of escape; drinking fountains; toilet rooms; general emergency alarms; assistive listening systems; wheelchair spaces in transportation seating areas; guest rooms; storage; and sales and service counters would also have a cost impact on ferries, multi-purpose vessels, and small cruise ships. Some of the new vessels would need to be redesigned and lengthened to maintain their passenger and vehicle capacity.

*Large Cruise Ships*

We estimate there were 113 large cruise ships operating in U.S. ports as of 2011. These large cruise ships are listed in Appendix II, along with the data sources.

New large cruise ships provide many accessible features that would be required by the proposed guidelines, including elevators to connect passenger decks; guest rooms with mobility features; guest rooms with communication features; wheelchair spaces and assistive listening systems in assembly areas; and pool lifts. We propose to conduct case studies of new large cruise ships to examine the impact of the proposed guidelines on the vessels. However, we could not find large cruise ship owners and operators to participate in the case studies. Due to the lack of information, we did not estimate the incremental costs to construct large

cruise ships in compliance with the proposed guidelines and the additional operation and maintenance costs due to the proposed guidelines.

Contact Us                    Accessibility Statement
Sitemap                       Budget and Performance
En Español                    No FEAR Act Data

The proposed guidelines would require cruise ships to provide a minimum number of guest rooms with mobility features. Guest rooms with mobility features are typically larger than other guest rooms to accommodate persons who use wheelchairs and scooters. The cruise industry is concerned about the loss of guest rooms and revenue due to the proposed scoping provision for guest rooms with mobility features. According to the cruise industry, three guest rooms with mobility features occupy the same square footage as three guest rooms resulting in the loss of one guest room for every two guest rooms with mobility features. We estimate the 113 large cruise ships operating in U.S. ports as of 2011 contained 123,516 guest rooms, including 2,392 guest rooms with mobility features (1.9% of the total number of guest rooms). We assume 5 percent of the guest rooms in the cruise fleet are replaced annually and the total number of guest rooms increases by 3 percent annually. Based on these assumptions, we estimate 786 guest rooms would be lost over 20 years under the proposed scoping provision against the baseline of the cruise industry practice in the absence of the guidelines. According to the cruise industry, each guest room produced $140,000 gross revenue in 2005. Adjusting this figure for inflation to $161,250 in 2011 dollars, we estimate the gross revenue loss annualized over 20 years is $50 million discounted at 7 percent, and $58 million discounted at 3 percent. We note, however, that gross revenue loss overstates the cost. The correct measure for estimating the cost of lost guest rooms is net revenue, which is gross revenue less the costs to serve the passengers who would occupy the guest rooms.

*Tenders*

We propose minimal provisions for tenders that are used to transport passengers for non-emergency purposes between passenger vessels and shore-side facilities. We do not estimate any compliance costs for tenders because new tenders meet the provisions.

*Alterations to Existing Passenger Vessels*

We propose three general exceptions and several specific exceptions for alterations to existing passenger vessels. We requested comment on the frequency and types of alterations to existing passenger vessels when we released an earlier draft of the guidelines. Based on the proposed exceptions and responses received from passenger vessel owners and operators, we expect the proposed guidelines to have little or no impact on alterations to existing passenger vessels.

*Primary Estimates of Costs and Benefits*

The primary estimates of the costs and benefits of the proposed guidelines are shown in Table 1. We estimate the total compliance costs annualized over 20 years are $66 million discounted at 7 percent, and $74 million discounted at 3 percent. We do not quantify the benefits of the proposed guidelines due to the nature of the benefits. The proposed guidelines would address the discriminatory effects of architectural, transportation, and communication barriers encountered by individuals with mobility, hearing, and vision disabilities on passenger vessels. The proposed guidelines would afford these individuals equal opportunity to travel on passenger vessels for employment, transportation, public accommodation, and leisure. The proposed guidelines would enable these individuals to achieve greater participation in society, independent living, and economic self-sufficiency. The benefits are difficult to quantify, but include important national values that are recognized in Executive Order 13563 such as equity, human dignity, and fairness.

Table 1.  Primary Estimates of Costs and Benefits of Proposed Guidelines Annualized Over 20 Years (2011 Dollars)

| Costs | 7% Discount Rate | 3% Discount Rate |
|---|---|---|
|  | $66 million | $74 million |

Benefits The proposed guidelines would address the discriminatory effects of architectural, transportation, and communication barriers encountered by individuals with mobility, hearing, and vision disabilities on passenger vessels. The proposed guidelines would afford these individuals equal opportunity to travel on passenger vessels for employment, transportation, public accommodation, and leisure. The benefits are difficult to quantify, but include important national values that are recognized in Executive Order 13563 such as equity, human dignity, and fairness.


# CHAPTER 1.  BACKGROUND

## 1.1  Introduction

We prepared this regulatory assessment of the proposed accessibility guidelines for passenger vessels in accordance with Executive Order 13563 (Improving Regulation and Regulatory Review) and Executive Order 12866 (Regulatory Planning and Review). Among other things, Executive Order 13563 directs agencies to propose or adopt a regulation only upon a reasoned determination that its benefits justify its costs; tailor the regulation to impose the least burden on society, consistent with obtaining the regulatory objectives; and, in choosing among alternative regulatory approaches, select those approaches that maximize net benefits. Executive Order 13563 recognizes that some benefits are difficult to quantify and provides that, where appropriate and permitted by law, agencies may consider and discuss qualitatively values that are difficult or impossible to quantify, including equity, human dignity, fairness, and distributive impacts.

## 1.2  Statutory and Regulatory Background

The Americans with Disabilities Act (ADA) is a civil rights law that prohibits discrimination against individuals with disabilities. See

42 U.S.C. 12101 et seq. Title II of the ADA applies to state and local governments and Title III of the ADA applies to places of public accommodation operated by private entities.[1] The ADA covers designated public transportation services provided by state and local governments and specified public transportation services provided by private entities that are primarily engaged in the business of transporting people and whose operations affect commerce.[2] See 42 U.S.C. 12141 to 12147 and 12184. Passenger vessels that provide designated public transportation services or specified public transportation services such as ferries and excursion vessels, and passenger vessels that are places of public accommodation such as vessels that provide dinner or sightseeing cruises are covered by the ADA.

We are required by section 502 of the Rehabilitation Act and section 504 of the ADA to establish and maintain accessibility guidelines for the construction and alteration of passenger vessels covered by the ADA to ensure that the vessels are readily accessible to and usable by individuals with disabilities. See 29 U.S.C. 792 (b) (3) and 42 U.S.C. 12204.

The U.S. Department of Transportation (DOT) is responsible for issuing regulations to implement the transportation provisions of Titles II and III of the ADA. See 42 U.S.C. 12149 and 12186 (a). DOT has issued regulations for passenger vessels used to provide designated public transportation services by state and local governments and specified public transportation services by private entities that are primarily engaged in the business of transporting people and whose operations affect commerce. See 49 CFR part 39.

The U.S. Department of Justice (DOJ) is responsible for issuing regulations to implement the other provisions of Titles II and III of the ADA. See 42 U.S.C. 12134 and 12186 (b). DOJ has issued regulations for state and local governments and places of public accommodation operated by private entities, including public accommodations provided on passenger vessels such as cruise ships, gaming vessels, and dinner vessels. See 28 CFR parts 35 and 36.

Titles II and III of the ADA require DOT and DOJ to issue accessibility standards for the construction and alteration of passenger vessels covered by the law that are consistent with our guidelines. See 42 U.S.C. 12134 (c), 12149 (b), and 12186 (c). DOT has reserved a subpart in its regulations for accessibility standards for passenger vessels in anticipation of our issuing these guidelines. See 49 CFR part 39, subpart E. Passenger vessel owners and operators would not be required to comply with the guidelines until they are adopted by DOT and DOJ as accessibility standards for the construction and alteration of passenger vessels covered by the ADA.

## 1.3  Rulemaking History

We have developed and maintained accessibility guidelines for landside facilities for over 30 years. The guidelines for landside facilities represent the state-of-the-art for accessible design. We worked with passenger vessel owners and operators, the disability community, and other interested parties over the past 15 years to address the unique constraints of the marine environment and adapt the guidelines for landside facilities to passenger vessels.

*Passenger Vessel Access Advisory Committee*

In 1998, we convened a Passenger Vessel Access Advisory Committee comprised of passenger vessel owners and operators, industry trade groups, disability advocacy groups, and state and local government agencies to recommend how to adapt the guidelines for landside facilities to passenger vessels. The advisory committee submitted a report with recommended guidelines in 2000.

*2004 Draft Guidelines and ANPRM*

Based on the advisory committee's report, we developed draft guidelines for passenger vessels permitted to carry more than 150 passengers or more than 49 overnight passengers. In 2004, we released the draft guidelines for comment and issued an advance notice of proposed rulemaking (ANPRM) on small passenger vessels permitted to carry 150 or fewer passengers, or 49 or fewer overnight passengers. See 69 FR 69244 and 69245, November 26, 2004. The ANPRM requested comment on whether and how to develop accessibility guidelines for small passenger vessels. We held hearings in Washington, DC and Los Angeles on the 2004 draft guidelines and the ANPRM, and received more than 90 comments.

*2006 Draft Guidelines*

Based on the comments on the 2004 draft guidelines and ANPRM, we revised the draft guidelines in 2006 to include all ferries; other passenger vessels permitted to carry more than 150 passengers or 49 overnight passengers; and tenders permitted to carry more than 59 passengers. We released the 2006 draft guidelines for comment. See 71 FR 38563, July 7, 2006. We received more than 175 comments on the 2006 draft guidelines.

*Case Studies*

Between 2005 and 2008, we conducted case studies of ten passenger vessels to identify the impact of the draft guidelines on the vessels. We worked with vessel owners and operators, naval architects, and ship builders to review the original designs of the vessels and to identify design changes that would be needed to meet the draft guidelines. The naval architects and ship builders estimated the cost of the design changes, and considered the impact of the design changes on the passenger vessel's space, fuel consumption, and stability. We prepared reports on the case studies. We updated the case study reports to reflect changes to the proposed guidelines from earlier drafts and to adjust the cost estimates to 2011 dollars.

*Passenger Vessel Emergency Alarms Advisory Committee*

Comments on the 2006 draft guidelines raised issues about emergency alarm systems on passenger vessels alerting passengers who are deaf or have a hearing loss. We convened a Passenger Vessel Emergency Alarms Advisory Committee in 2007 comprised of passenger vessel owners and operators, industry trade groups, organizations representing individuals who are deaf or have a

hearing loss, and standard setting organizations to address the comments. The advisory committee submitted a report with its recommendations in 2008. The advisory committee recommended that general emergency alarm systems include visible elements to alert passengers who are deaf or have a hearing loss, and recommended safeguards against triggering photosensitive seizures in individuals with epilepsy. The advisory committee recommended that the visible element on U.S. flag ships comply with the NFPA 72 National Fire Alarm Code. The advisory committee recommended that the U.S. Coast Guard work with the International Maritime Organization to develop guidelines for including visible elements in general emergency alarm systems on foreign flag vessels. The International Maritime Organization approved non-mandatory guidelines for including visible elements in general emergency alarm systems in 2012.[3]

*2008 Draft Guidelines*

Based on the comments on the 2006 draft guidelines and the case studies, we revised the draft guidelines in 2008. The 2008 draft guidelines covered ferries permitted to carry more than 99 passengers; other passenger vessels permitted to carry more than 150 passengers or more than 49 overnight passengers; and tenders permitted to carry more than 59 passengers.

The advisory committee reports, ANPRM, earlier drafts of the guidelines, comments on the ANPRM and earlier drafts of the guidelines, updated case study reports, and other background information on the proposed guidelines are available at: **http://www.access-board.gov/pvag/**. We used all this information to develop the proposed guidelines.

## 1.4 Overview of Proposed Guidelines

The proposed guidelines would apply to the construction and alteration of passenger

vessels, other than ferries and tenders, permitted to carry more than 150 passengers or more than 49 overnight passengers; ferries permitted to carry more than 99 passengers; and tenders permitted to carry more than 59 passengers. The proposed guidelines would not apply to smaller passenger vessels because providing accessible features on those vessels present greater challenges due to space constraints and other considerations. The proposed guidelines, themselves, would not require existing passenger vessels to be made accessible except where altered.

The proposed guidelines contain proposed scoping and technical provisions. The proposed scoping provisions specify what passenger vessel features would be required to be accessible. Where multiple features of the same type are provided, the proposed scoping provisions specify how many of the features would be required to be accessible. The proposed technical provisions specify the design criteria for accessible features. The passenger vessel features addressed by the proposed scoping and technical provisions include onboard accessible routes connecting passenger decks and passenger amenities within decks; accessible means of escape; doorways and coamings; toilet rooms; wheelchair spaces in assembly areas and transportation seating areas; assistive listening systems; general emergency alarms; guest rooms; and other passenger amenities. The proposed guidelines include proposed technical provisions for accessible passenger boarding systems. However, we defer to DOT and DOJ to address when accessible passenger boarding systems would be required since passenger boarding systems can be provided at landside facilities and involve operational issues between the owner or operator of the landside facility and the passenger vessel owner or operator that DOT and DOJ are authorized to address.

## CHAPTER 2.  FERRIES, MULTI-PURPOSE VESSELS, AND SMALL CRUISE SHIPS

### 2.1  Introduction

This chapter discusses the impact of the proposed guidelines on ferries permitted to carry more than 99 passengers; multi-purpose vessels such as dinner vessels and excursion vessels permitted to carry more than 150 passengers; and small cruise ships permitted to carry between 49 and 299 overnight passengers that operate in U.S. ports. We estimate there were 454 ferries, 346 multi-purpose vessels, and 32 small cruise ships in the size categories covered by the proposed guidelines operating in U.S. ports as of 2010. Appendix I lists these 832 vessels, along with the data sources. The appendix provides data on each vessel, including vessel name, year constructed, number of passengers, and number of passenger decks. As shown in Table 2, we estimate that about 25 percent of the vessels are owned by state or local governments, and the rest are owned by private entities.

Table 2.  Existing Vessels **in Size Categories Covered by Proposed Guidelines as** of 2010

| Vessel Type | Number | State or Local Government | Private |
|---|---|---|---|
| Ferry | 454 | 197 | 257 |
| Multi-Purpose Vessel | 346 | 8 | 338 |
| Small Cruise Ship | 32 | 0 | 32 |
| **Total** | **832** | **205** | **627** |

### 2.2  Replacement Vessels

We estimate the compliance costs over 20 years for new vessels that replace the existing vessels. As shown in Table 3, we assume the existing vessels have an expected service life of 25 to 40 years based on the vessel type and size. We estimate 696 of the existing vessels (84%) would reach the end of their expected service life over 20 years beginning in 2012. We assume these vessels would be replaced by new vessels and the new vessels would have the same passenger and vehicle capacity, passenger amenities, and number of passenger decks as the vessels they replace. We also assume the total number of vessels would be stable over 20 years.

Table 3.  Expected Service Life of Vessels

| Vessel Type & Size | Expected Service Life | Number of Existing Vessels That Reach End of Expected Service Life Over 20 Years |
|---|---|---|
| **Multi-Hull Ferries** | | |
| 100-124 passengers only | 25 years | 4 |
| 145-150 passengers only | 25 years | 41 |
| 151-600 passengers only | 30 years | 32 |
| **Mono-Hull Ferries** | | |
| 100-150 passengers only | 30 years | 70 |
| 100-150 passengers plus vehicles | 30 years | 67 |
| 151-1000 passengers only | 30 years | 72 |
| 151-1000 passengers plus vehicles | 30 years | 82 |
| 1001 or more passengers plus vehicles | 40 years | 19 |
| **Multi-Hull Multi-Purpose Vessels** | | |
| 151-600 passengers | 30 years | 13 |
| **Mono-Hull Multi-Purpose Vessels** | | |
| 151-499 passengers | 30 years | 181 |
| 500-1000 passengers | 30 years | 86 |
| 1001 or more passengers | 40 years | 6 |
| **Small Cruise Ships** | | |
| 50-299 passengers | 40 years | 23 |
| **Total** | | **696** |

Table 4 shows the number of new vessels we assume to be constructed each year to replace the existing vessels.  About 33% of the existing vessels (275 vessels) would reach or exceed their expected service life in the first year.  This results in the estimated compliance costs for the new vessels being higher in the first year than in the other years.

Table 4.  New Vessels Assumed to be Constructed to Replace Existing Vessels

| Year | Ferries | Multi-Purpose Vessels | Small Cruise Ships | Total |
|---|---|---|---|---|
| 1[1] | 163 | 110 | 2 | 275 |
| 2 | 9 | 9 | 0 | 18 |
| 3 | 10 | 12 | 0 | 22 |
| 4 | 9 | 20 | 0 | 29 |
| 5 | 8 | 14 | 1 | 23 |
| 6 | 13 | 13 | 0 | 26 |
| 7 | 13 | 16 | 0 | 29 |
| 8 | 20 | 15 | 1 | 36 |
| 9 | 13 | 7 | 1 | 21 |
| 10 | 10 | 14 | 1 | 25 |

**Note:**

1. Year 1 is 2012.

| Year | Ferries | Multi-Purpose Vessels | Small Cruise Ships | Total |
|------|---------|-----------------------|--------------------|-------|
| 11 | 9 | 4 | 2 | 15 |
| 12 | 10 | 5 | 2 | 17 |
| 13 | 13 | 6 | 3 | 22 |
| 14 | 10 | 7 | 0 | 17 |
| 15 | 18 | 4 | 0 | 22 |
| 16 | 13 | 3 | 1 | 17 |
| 17 | 16 | 9 | 2 | 27 |
| 18 | 9 | 11 | 3 | 23 |
| 19 | 6 | 5 | 2 | 13 |
| 20 | 15 | 2 | 2 | 19 |
| **Total** | **387** | **286** | **23** | **696** |

**Note:**

1. Year 1 is 2012.

**2.3 Case Studies**

Between 2005 and 2008, we conducted case studies of ten vessels to identify the impact of the draft guidelines on the vessels. We worked with the vessel owners and operators, naval architects, and ship builders to review the original designs of the vessels and to identify design changes that would be needed to meet the draft guidelines. The naval architects and ship builders estimated the cost of the design changes, and considered the impact of the design changes on the passenger vessel's space, fuel consumption, and stability. We prepared reports on the case studies. We updated the case study reports to reflect changes to the proposed guidelines from earlier drafts and to adjust the cost estimates to 2011 dollars.[4] The updated case study reports are available at: **http://www.access-board.gov/pvag/**. Table 5 lists the case study vessels and abbreviations used to refer to the case study vessels in tables 6 through 8.

Table 5. Case Study Vessels & Abbreviations Used to Refer to Case Study Vessels

| Case Study Vessel | Abbreviation |
|-------------------|--------------|
| 108 Passenger High-Speed Ferry | 108 pax ferry |
| 149 Passenger High-Speed Ferry | 149 pax ferry |
| 399 Passenger Traditional Ferry | 399 pax ferry |
| 450 Passenger High-Speed Ferry | 450 pax ferry |
| 150 Passenger & 20 Vehicle Ferry | 20 car ferry |
| 300 Passenger & 40 Vehicle Ferry | 40 car ferry |
| 4,400 Passenger & 30 Vehicle Ferry | 4400 pax ferry |
| 300 Passenger Tour Vessel | 300 pax tour vessel |
| 600 Passenger Dinner Vessel | 600 pax dinner vessel |
| 120-passenger Cruise ship | 120 pax cruise ship |

The proposed provisions identified in the case studies that would have a cost impact are shown in Table 6. The proposed provisions for onboard accessible routes, toilet rooms, and assistive listening systems would have a cost impact on almost every case study vessel. The proposed provisions for protruding objects, accessible means of escape, drinking fountains, general emergency alarms, transportation seating areas, medical care facilities, guest rooms, storage, and sales and service counters would have a cost impact on only some of the case study vessels.

Table 6. Proposed Provisions Identified in Case Studies That Would Have Cost Impact

| Proposed Provision | 108 pax | 149 pax | 399 pax | 450 pax | 20 car | 40 car | 4400 pax | 300 pax | 600 pax | 120 pax |
|---|---|---|---|---|---|---|---|---|---|---|

| | ferry | ferry | ferry | ferry | ferry | ferry | ferry | tour vessel | dinner vessel | cruise ship |
|---|---|---|---|---|---|---|---|---|---|---|
| **Protruding Objects** V204, V307 | X | X | X | X | X | X | | X | | |
| **Onboard Accessible Routes[1]** V206, V402 -V409 | X | X | | X | X | X | X | X | X | X |
| **Accessible Means of Escape** V207 | | | X | X | | | X | | X | X |
| **Drinking Fountains** V211, V602 | | | | X | | X | | | | |
| **Toilet Rooms** V213, V603-V608 | X | X | X | X | X | X | | X | X | X |
| **General Emergency Alarms** V215, V702 | | | | | | X | | | | X |
| **Assistive Listening Systems** V219, V706 | X | X | X | X | X | X | X | X | X | X |
| **Transportation Seating Areas** V222, V802.1 | X | X | X | X | X | | X | X | | |
| **Medical Care Facilities** V223, V805 | | | | | | | | | | X |
| **Guest Rooms** V224, V806 | | | | | | | | | | X |
| **Storage** V225, V807 | X | X | X | | X | | | X | | |
| **Sales and Service Counters** V227 | | | | | | | | | X | |

Note:

1. Onboard accessible routes include proposed provisions for elevators, limited use-limited application elevators (LULA), and platform lifts to connect passenger decks on vessels with more than one deck; onboard accessible routes to connect passenger amenities within decks; and doorways and coamings. Some of these proposed provisions would not have a cost impact on some of the case study vessels.

*Incremental Construction Costs*

The case study reports estimate the incremental construction costs for the vessels, which is the difference between the cost of constructing the vessel in the absence of the proposed guidelines (pre-guidelines construction cost) and the cost of constructing the vessel in compliance with the guidelines (post-guidelines construction cost). The case study reports estimate the following incremental construction costs:

• *Vertical Access Construction Cost.* This is the cost of installing an elevator, limited use-limited application elevator (LULA), or platform lift to connect passenger decks on a vessel with more than one deck.

• *Other Accessible Feature Costs.* This includes the cost to expand toilet rooms; modify doors and thresholds; install automatic doors at doorways with coamings and double ramps; add assistive listening systems; and provide protected waiting areas as part of an accessible means of escape where passengers with disabilities wait for crew assistance during emergencies.

• *Lengthening Cost.* This is the cost of increasing the length of a new vessel to accommodate the accessible features and maintain the passenger and vehicle capacity, and the passenger amenities such as fixed seating and toilet rooms provided on the existing vessel.

• *Redesign Cost.* This is the cost for architectural design drawings for a new vessel that differs in design from the existing vessel it replaces. The estimated redesign cost for the case study vessels ranged from 3 percent to 10 percent of incremental construction costs.

Table 7 shows the pre-guidelines construction costs and incremental construction costs for the case study vessels in dollars, and also shows the incremental construction costs as a percent increase in construction costs. The construction costs would increase by less than 1 percent to 12.5 percent for nine of the case study vessels. The construction costs would increase by 24.5 percent for the 108 passenger high-speed ferry because the vessel owner wanted to lengthen the ferry by 10 feet based on the owner's

experience with a larger ferry, instead of the 5 feet minimum needed to maintain the vessel's seating and storage capacity. If the replacement ferry is lengthened by 5 feet, instead of 10 feet, the construction costs would increase by 14 percent to 17 percent, instead of 24.5 percent.

*Additional Operation and Maintenance Costs*

The case studies identified the following additional annual operation and maintenance costs due to the proposed guidelines:

• *Vertical Access Maintenance Cost.* This is the annual cost of maintaining an elevator, LULA, or platform lift to connect passenger decks.

• *Automatic Door Maintenance Cost.* This is the annual cost of maintaining and replacing automatic doors at doorways with coamings and double ramps.

• *Engine Maintenance Cost.* This is the annual cost for additional engine maintenance due to added weight from the accessible features and vessel lengthening.

• *Fuel Cost.* This is the annual cost for additional fuel consumption due to installing an elevator, LULA, or platform lift to connect passenger decks and vessel lengthening.

Table 7 shows the additional operation and maintenance costs for the case study vessels.

Table 7. Estimated Compliance Costs for Case Study Vessels

| | 108 pax ferry | 149 pax ferry | 399 pax ferry | 450 pax ferry | 20 car ferry | 40 car ferry | 4400 pax ferry | 300 pax tour vessel | 600 pax dinner vessel | 120 pax cruise ship |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Guidelines Construction Cost** | $2,270 | $3,110 | $5,970 | $11,650 | $4,630 | $9,560 | $62,700 | $2,450 | $6,490 | $70,580 |
| **Incremental Construction Cost** | $556 | $390 | $134 | $487 | $38 | $289 | $787 | $79 | $642 | $2,242 |
| **Percent Increase in Construction Costs** | 24.5%[1] | 12.5% | 2.2% | 4.2% | < 1%[2] | 3.0% | 1.3% | 3.2%[3] | 9.9% | 3.2% |
| **Additional Annual Operation and Maintenance Costs** | 18% increase in fuel consumption | 3% to 6.6% increase in fuel consumption | None | 10% increase in fuel consumption | Not Significant | Not Significant | $1,100 to $1,300 per automatic door | Not Significant | 5% to 10% increase in fuel consumption | Not Significant |

**Notes:**

1. The owner of the 108 passenger high-speed ferry wanted to lengthen the ferry by 10 feet based on the owner's experience with a larger ferry, instead of the 5 feet minimum needed to maintain the vessel's seating and storage capacity. If the ferry is lengthened by 5 feet, instead of 10 feet, the post-guidelines incremental construction costs would increase by 14% to 17%, instead of 24.5%.

2. The owner of the 150 passenger and 20 vehicle mono-hull ferry wanted to lose a vehicle space instead of lengthening the replacement ferry by 16 feet to maintain its vehicle capacity. This would result in an annual revenue loss of $51,000 to $86,000. If the replacement ferry is lengthened by 16 feet, the post-guidelines incremental construction costs would increase by 6.7%, instead of less than 1%.

3. The 300 passenger tour vessel has two entry decks and currently provides an inclined platform lift to connect the two entry decks. The inclined platform lift is included in the pre-guidelines construction cost. If the vessel did not provide an inclined platform lift, the construction costs would increase by 5.3% if an inclined lift is provided, and 8.1% if a vertical platform lift is provided.

## 2.4 Estimated Compliance Costs for Replacement Vessels

We worked with the Volpe National Transportation Systems Center to extrapolate the incremental construction costs and additional annual operation and maintenance costs from the case study vessels to the replacement vessels. As shown in Table 8, we divided the replacement vessels into 13 groups and matched each group by type and size with one or more of the case study vessels. We used the elevator cost from the 600 passenger dinner vessel for replacement vessels that would be required to provide an elevator. We developed cost estimates for the incremental construction costs and additional annual operations and maintenance costs for the

replacement vessels in each group based on the case study vessel costs. We erred on the side of overestimating compliance costs when matching the replacement vessels with the case study vessels. All estimates are 2011 dollars.

Table 8. Replacement Vessels Matched to Case Study Vessels

| Vessel Type & Size | Number of Vessels | Case Study Vessel |
|---|---|---|
| **Multi-Hull Ferries** | | |
| 100-124 passengers only | 4 | 108 pax ferry |
| 145-150 passengers only | 41 | 149 pax ferry |
| 151-600 passengers only | 32 | 450 pax ferry |
| **Mono-Hull Ferries** | | |
| 100-150 passengers only | 70 | 149 pax ferry; 399 pax ferry |
| 100-150 passengers plus vehicles | 67 | 20 car ferry |
| 151-1000 passengers only | 72 | 399 pax ferry; 600 pax dinner vessel |
| 151-1000 passengers plus vehicles | 82 | 40 car ferry; 600 pax dinner vessel |
| 1001 or more passengers plus vehicles | 19 | 4,400 pax ferry; 600 pax dinner vessel |
| **Multi-Hull Multi-Purpose Vessels** | | |
| 151-600 passengers | 13 | 450 pax ferry |
| **Mono-Hull Multi-Purpose Vessels** | | |
| 151-499 passengers | 181 | 300 pax tour vessel; 600 pax dinner vessel |
| 500-1000 passengers | 86 | 600 pax dinner vessel |
| 1001 or more passengers | 6 | 4,400 pax ferry; 600 pax dinner vessel |
| **Small Cruise Ships** | | |
| 50-299 passengers | 23 | 120 pax cruise ship; 600 pax dinner vessel |
| **Total** | **696** | |

*Vertical Access Cost*

The proposed guidelines would require an elevator, limited use-limited application elevator (LULA), or platform lift to connect passenger decks on a vessel with more than one deck. A LULA is a passenger elevator that is limited in use and application by size, capacity, speed, and rise. The maximum rise of a LULA is 25 feet and it can be used to connect three or fewer passenger decks.[5] The maximum rise for a platform lift is 14 feet and it can be used to connect two passenger decks.[6]

Ten exceptions are proposed. Exceptions 1, 2, and 3 would reduce the compliance costs for small passenger vessels. Exception 1 would not require an onboard accessible route to connect the decks on passenger vessels that have only two passenger decks unless both decks are entry decks. Exception 2 would not require an onboard accessible route to connect decks that are not entry decks where each passenger deck is less than 3,000 square feet. Exception 3 would not require an onboard accessible route to connect decks where a passenger vessel that is otherwise eligible to use Exceptions 1 or 2 has more than one entry deck and at least one designated entry deck: (1) serves each stop used for embarking and disembarking passengers; and (2) contains drinking fountains, toilet rooms, transportation seating areas, and guest rooms with mobility features, where such amenities are provided on the vessel.

Exceptions 4 and 5 would reduce the compliance costs for high-speed passenger vessels that cannot use Exceptions 1, 2, or 3. Exception 4 would not require an onboard accessible route to connect decks on high-speed passenger vessels that have only three passenger decks and do not transport vehicles or overnight passengers provided that at least one designated entry deck: (1) serves each stop used for embarking and disembarking passengers; (2) contains drinking fountains, toilet rooms, transportation seating areas, and guest rooms with mobility features, where such amenities are provided on the vessel; and (3) contains at least one exterior passenger area that is not covered by other decks. Where an uncovered exterior passenger area is provided on the vessel. Exception 5 would not require an onboard accessible route to connect to the sun deck on a high-speed passenger vessel that does not transport overnight passengers where the sun deck has no enclosed passenger spaces and is not an entry deck provided that at least one exterior passenger area that is not covered by other decks is provided on an entry deck or a deck connected to an entry deck by an onboard accessible route.

Exceptions 6 and 7 would reduce the compliance costs for vehicle ferries that are designed to accommodate vehicles with high clearances. Where a passenger deck, other than an entry deck, is divided into two separate segments and no horizontal circulation path is provided between the two segments, Exception 6 would not require an onboard accessible route to connect to only one segment of the divided deck. Where decks containing vehicle parking lanes are designed to be raised and lowered and do not provide any other passenger amenities, Exception 7 would not require an onboard accessible route to connect to such decks.

Exception 8 would not require an onboard accessible route to connect to decks, other than entry decks, that are less than 300

square feet.  Exception 9 would not require an onboard accessible route to connect to decks below the bulkhead deck.  Exception 10 would apply to alterations to qualified historic passenger vessels and would not require an onboard accessible route to connect the decks on such vessels where the State Historic Preservation Officer or Advisory Council on Historic Preservation determines that it would threaten or destroy the historic significance of a qualified historic passenger vessel.

We make the following assumptions to determine whether the replacement vessels that have more than one deck would need an elevator, LULA, or platform lift:

• A deck is assumed to be a passenger deck unless information is available indicating the deck is used only by crew.

• A vessel is assumed to have only one entry deck unless information is available indicating there is more than one entry deck.

• If information on the vessel width is unavailable, we assume all the decks are less than 3,000 square feet when the vessel length is less than 100 feet.

• If an existing vessel provides an elevator, LULA, or platform lift, we assume the replacement vessel would provide an elevator, LULA, or platform lift in the absence of the proposed guidelines.

• Where an exception would not apply, we assume a two deck vessel with two entry decks would provide a platform lift at a cost of $108,700; a three deck vessel would provide a LULA at a cost of $297,400; and a vessel with four or more decks would provide an elevator at a cost of $371,700.  The costs are average unit costs based on the case studies.[7]

• All small cruise ships would need to provide a platform lift at a cost of $27,100 to connect to a tender boarding platform at the stern of the vessel based on the matched case study vessel.

Based on the above assumptions, we estimate 124 of the replacement vessels (18%) would be required to provide an elevator, LULA, or platform lift to connect decks, and the proposed exceptions would apply to 431 of the replacement vessels (62%).  We estimate 62 vessels (9%) currently provide an elevator, LULA, or platform lift, and assume the replacement vessels would provide an elevator, LULA, or platform lift in the absence of the proposed guidelines.  Eleven of these vessels are small cruise ships that would be required to provide larger elevators on the replacement vessels.  We estimate the other 79 vessels (11%) have only one passenger deck, and assume the replacement vessels would not need an elevator, LULA, or platform lift.

Table 9.  Estimated Number of Replacement Vessels That Would Be Required to Provide Elevator, LULA, or Platform Lift

| Vessel Type & Size | Number of Vessels | Vessels Affected | Cost per Vessel (thousands of dollars) | Assumptions & Explanations |
|---|---|---|---|---|
| **Multi-Hull Ferries** | | | | |
| 100-124 passengers only | 4 | 0 | 0 | 2 have one deck<br>Exception 1 applies to the other vessels |
| 145-150 passengers only | 41 | 0 | 0 | 7 have one deck<br>Exception 1 or 2 applies to the other vessels |
| 151-600 passengers only | 32 | 2 | $109 | 2 with two entry decks need a platform lift<br>Exception 1, 2, or 4 applies to the other vessels |
| **Mono-Hull Ferries** | | | | |
| 100-150 passengers only | 70 | 0 | 0 | 9 have one deck<br>Exception 1 or 2 applies to the other vessels |
| 100-150 passengers plus vehicles | 67 | 0 | 0 | 33 have one deck<br>Exception 1 applies to the other vessels |
| 151-1000 passengers only | 72 | 7 | $297 | 7 need a LULA<br>3 currently provide an elevator, LULA, or platform lift<br>6 have one deck<br>Exception 1 or 2 applies to the other vessels |
| 151-1000 passengers plus vehicles | 82 | 19 | $297 | 19 need a LULA<br>9 need an elevator<br>19 currently provide an elevator, LULA, or |

| Vessel Type & Size | Number of Vessels | Vessels Affected | Cost per Vessel (thousands of dollars) | Assumptions & Explanations |
|---|---|---|---|---|
| | | | | platform lift |
| | | 9 | $372 | 8 have one deck |
| | | | | Exception 1 applies to the other vessels |
| 1001 or more passengers plus vehicles | 19 | 0 | 0 | 17 currently provide an elevator, LULA, or platform lift |
| | | | | Exception 1 applies to the other vessels |
| **Multi-Hull Multi-Purpose Vessels** | | | | |
| 151-600 passengers | 13 | 0 | 0 | Exception 1 or 4 applies to all vessels |
| **Mono-Hull Multi-Purpose Vessels** | | | | |
| 151-499 passengers | 181 | 18 | $297 | 18 need a LULA |
| | | | | 3 need an elevator |
| | | 3 | $372 | 3 currently provide an elevator, LULA, or platform lift |
| | | | | 12 have one deck |
| | | | | Exception 1 or 2 applies to the other vessels |
| 500-1000 passengers | 86 | 30 | $297 | 30 need a LULA |
| | | | | 20 need an elevator |
| | | 20 | $372 | 7 currently an provide elevator, LULA, or platform lift |
| | | | | 2 have one deck |
| | | | | Exception 1 or 2 applies to the other vessels |
| 1001 or more passengers | 6 | 2 | $297 | 2 need a LULA |
| | | | | 2 need an elevator |
| | | 2 | $372 | 2 are currently provide an elevator, LULA, or platform lift |
| **Small Cruise Ships** | | | | |
| 50-299 passengers | 23 | 1 | $27 | 1 needs a stern platform lift only |
| | | 11 | $30 | 11 need to enlarge existing elevators plus a stern platform lift |
| | | 7 | $325 | 7 need a LULA plus a stern platform lift |
| | | 4 | $399 | 4 need an elevator plus a stern platform lift |
| **Total** | **696** | **135** | | |

*Other Accessible Features Costs*

The proposed guidelines would require the replacement vessels to provide other accessible features that have incremental construction costs, including expanding toilet rooms; modifying doors and thresholds; installing automatic doors at doorways with coamings and double ramps; adding assistive listening systems; and providing protected waiting areas as part of an accessible means of escape.[8]

The owner of the 450 passenger high-speed ferry in the case study noted that the engine system would need to be upgraded due to the accessible features and vessel lengthening. The incremental cost to upgrade the engine system is included in the other accessible features costs for the multi-hull ferries and multi-purpose vessels permitted to carry 151 to 600 passengers matched with the case study of the 450 passenger high-speed ferry. The owners and operators of the other case study vessels did not note a need to upgrade the engine systems.

The naval architect who worked on the 600 passenger dinner vessel in the case study noted that the electric generator system

would need to be upgraded due to the addition of an elevator. The incremental cost to upgrade the electric generator system is included in the other accessible features costs for the mono-hull multi-purpose vessels permitted to carry 500 to 1,000 passengers matched with the case study of the 600 passenger dinner vessel. We request comment on whether the electric generator system on other replacement vessels would need to be upgraded in the preamble to the proposed guidelines.

The incremental construction costs to provide the other accessible features on the replacement vessels are shown in Table 10. The costs range from $19,000 for mono-hull ferries permitted to carry 151 to 1,000 passengers plus vehicles to $631,000 for mono-hull ferries permitted to carry 1,001 or more passengers plus vehicles and mono-hull and multi-purpose vessels permitted to carry 1,001 or more passengers. The costs are higher for mono-hull ferries permitted to carry 1,001 or more passengers plus vehicles and multi-purpose vessels permitted to carry 1,001 or more passengers because the owner of the 4,400 passenger and 30 vehicle ferry in the case study matched to these vessels wanted to provide automatic sprinkler systems instead of protected waiting areas as part of an accessible means of escape even though the automatic sprinkler systems are more costly. The costs would be lower if protected waiting areas are provided.

Table 10. Estimated Compliance Costs to Provide Other Accessible Features Costs on Replacement Vessels

| Vessel Type & Size | Number of Vessels | Vessels Affected | Cost Per Vessel (thousands of dollars) | Assumptions & Explanations |
|---|---|---|---|---|
| **Multi-Hull Ferries** | | | | |
| 100-124 passengers only | 4 | 4 | $25 | Modifying doors and thresholds<br>Expanding toilet room<br>Adding accessible lockers and assistive listening system |
| 145-150 passengers only | 41 | 41 | $38 | Increasing ceiling height<br>Modifying doors<br>Adding assistive listening system<br>Adjusting overhead grab rails |
| 151-600 passengers only | 32 | 32 | $153 | Expanding vertical clearances at doors<br>Adding drinking fountain and assistive listening system<br>Providing protected waiting areas for accessible means of escape<br>Upgrading engine system |
| **Mono-Hull Ferries** | | | | |
| 100-150 passengers only | 70 | 70 | $39 | Modifying doors and thresholds<br>Adding accessible lockers and assistive listening system |
| 100-150 passengers plus vehicles | 67 | 34 | $54 | Lengthening seating cabin<br>Adding accessible lockers and assistive listening system |
| 151-1000 passengers only | 72 | 72 | $116 | Adding assistive listening system<br>Providing automatic sprinkler system instead of protected waiting areas for accessible means of escape<br>Providing visible alarms |
| 151-1000 passengers plus vehicles | 82 | 82 | $19 | Expanding toilet room<br>Adding guardrails under stairway, drinking fountain, and assistive listening system |
| 1001 or more passengers plus vehicles | 19 | 19 | $631[1] | Installing automatic doors and door drainage systems at doorways with coamings<br>Adding assistive listening system<br>Providing automatic sprinkler system instead of protected waiting areas for accessible means of escape |
| **Multi-Hull Multi-Purpose Vessels** | | | | |
| 151-600 passengers | 13 | 13 | $153 | Expanding vertical clearances at doors<br><br>Adding drinking fountain and assistive listening system<br><br>Providing protected waiting areas for accessible means of escape |

| Vessel Type & Size | Number of Vessels | Vessels Affected | Cost Per Vessel (thousands of dollars) | Assumptions & Explanations |
|---|---|---|---|---|
| | | | | Upgrading engine system |
| **Mono-Hull Multi-Purpose Vessels** | | | | |
| 151-499 passengers | 181 | 181 | $78 | Expanding toilet rooms |
| | | | | Adding assistive listening system |
| 500-1000 passengers | 86 | 36 | $112 | Modifying doors and thresholds |
| | | | | Adding assistive listening system |
| | | | | Providing protected waiting areas for accessible means of escape |
| | | 50 | $125 | Modifying doors and thresholds, and service counter |
| | | | | Adding assistive listening system |
| | | | | Providing protected waiting areas for accessible means of escape |
| | | | | Upgrading electric generator system |
| 1001 or more passengers | 6 | 2 | $222[1] | Installing automatic doors at doorways with coamings |
| | | | | Adding assistive listening system |
| | | 4 | $631[1] | Installing automatic doors at doorways with coamings |
| | | | | Adding assistive listening system |
| | | | | Providing automatic sprinkler system instead of protected waiting areas for accessible means of escape |
| **Small Cruise Ships** | | | | |
| 50-299 passengers | 23 | 23 | $95 | Modifying doors, thresholds, and medical care facilities |
| | | | | Adding accessible guest rooms, ramps, visible alarms, and assistive listening system |
| **Total** | **696** | **663[2]** | | |

Notes:

1. The cost shown is the average total cost for vessels in the group since vessels in the group had some variation in the other accessible feature costs.

2. Thirty-three (33) of the existing mono-hull ferries carrying 100 to 150 passengers plus vehicles currently provide the other accessible features. We assume that the replacement vessels for these 33 ferries would be the same design and would not incur any compliance costs for the other accessible features.

*Lengthening Cost*

Some of the case study vessels needed to be lengthened to accommodate the accessible features and to maintain passenger and vehicle capacity. The larger vessels in the case studies could accommodate the accessible features, and maintain passenger and vehicle capacity without being lengthened. It is more costly to lengthen multi-hull vessels than mono-hull vessels.

We make the following assumptions to determine how many feet to lengthen the replacement vessels that needed to be lengthened:

• Multi-hull ferries permitted to carry 100 to 124 passengers would be lengthened by 5 feet since the owner of the matched case study vessel (108 passenger high-speed ferry) wanted to lengthen the replacement vessel by more than 5 feet for reasons unrelated to the accessible features.

• Mono-hull ferries permitted to carry 100 to 150 passengers plus vehicles that have two decks would be lengthened by 16 feet to maintain vehicle capacity. The owner of the matched case study vessel (150 passenger and 20 vehicle mono-hull ferry) wanted to lose a vehicle space instead of lengthening the replacement vessel by 16 feet to maintain its vehicle capacity. We assume other

ferry owners would lengthen the vessel to maintain the vehicle capacity.

• 11 of the small cruise ships are smaller than the matched case study vessel (120 passenger cruise ship) and the lengthening cost is adjusted proportionally to the vessel size.

Based on the above assumptions, we estimate 267 of the replacement vessels (38 percent) would need to be lengthened as shown in Table 11. The lengthening cost would range from $60,000 for mono-hull ferries permitted to carry 100 to 150 passengers to $2,117,000 for some small cruise ships. We assume lengthening the vessels would not impact their use of docking areas. We request comment on this issue in the preamble to the notice of proposed rulemaking.

Table 11. Estimated Lengthening Cost for Replacement Vessels

| Vessel Type & Size | Number of Vessels | Vessels Affected | Cost Per Vessel (thousands of dollars) | Assumptions & Explanations |
|---|---|---|---|---|
| **Multi-Hull Ferries** | | | | |
| 100-124 passengers only | 4 | 4 | $261 | Lengthen 5 feet (modified from case study) |
| 145-150 passengers only | 41 | 41 | $90 | Lengthen 3 feet (same as case study) |
| 151-600 passengers only | 32 | 32 | $217 | Lengthen 4 feet (same as case study) |
| **Mono-Hull Ferries** | | | | |
| 100-150 passengers only | 70 | 70 | $60 | Lengthen 3 feet (same as case study) |
| 100-150 passengers plus vehicles | 67 | 34 | $270 | Lengthen 16 feet for 34 vessels with two decks; no lengthening for the rest of vessels with only one deck |
| 151-1000 passengers only | 72 | 0 | 0 | None (same as case study) |
| 151-1000 passengers plus vehicles | 82 | 0 | 0 | |
| 1001 or more passengers plus vehicles | 19 | 0 | 0 | |
| **Multi-Hull Multi-Purpose Vessels** | | | | |
| 151-600 passengers | 13 | 13 | $217 | Lengthen 4 feet (same as case study) |
| **Mono-Hull Multi-Purpose Vessels** | | | | |
| 151-499 passengers | 181 | 0 | 0 | None (same as case study) |
| 500-1000 passengers | 86 | 50 | $205 | Lengthen 4 feet for 50 vessels that need vertical access (same as case study) |
| 1001 or more passengers | 6 | 0 | 0 | None (same as case study) |
| **Small Cruise Ships** | | | | |
| 50-299 passengers | 23 | 11 | $974 | Length adjusted proportionally to vessel size |
| | | 12 | $2,117 | Lengthen 8 feet (same as case study) |
| **Total** | 696 | 267 | | |

*Redesign Cost*

Some of the case study vessels needed architectural design drawings for the replacement vessel where it differed in design from the existing vessel. Vessels that are nearly identical in design under the same owner's fleet are considered sister ships. We assume the redesign cost would be incurred only for the first vessel of each new design and there would be no redesign cost for sister ships. Based on this assumption, we estimate 575 of the 696 replacement vessels (83 percent) would incur redesign costs as shown in Table 12. We estimate the redesign cost is 10 percent of the incremental construction costs, and would range from $2,000 for some mono-hull ferries permitted to carry 151 to 1000 passengers plus vehicles to $261,100 for some small cruise ships.

Table 12. Redesign Cost for Replacement Vessels

| Vessel Type & Size | Number of | Vessels | Cost Per Vessel (thousands of | Assumptions & Explanations |
|---|---|---|---|---|

| | Vessels | Affected | dollars) | |
|---|---|---|---|---|
| **Multi-Hull Ferries** | | | | |
| 100-124 passengers only | 4 | 4 | $29 | 10% of incremental construction costs |
| 145-150 passengers only | 41 | 26 | $13 | |
| 151-600 passengers only | 32 | 2 | $48 | |
| | | 25 | $37 | |
| **Mono-Hull Ferries** | | | | |
| 100-150 passengers only | 70 | 64 | $10 | 10% of incremental construction costs |
| 100-150 passengers plus vehicles | 67 | 27 | $32 | |
| 151-1000 passengers only | 72 | 6 | $41 | |
| | | 51 | $12 | |
| 151-1000 passengers plus vehicles | 82 | 8 | $39 | |
| | | 12 | $32 | |
| | | 50 | $2 | |
| 1001 or more passengers plus vehicles | 19 | 8 | $63[1] | |
| **Multi-Hull Multi-Purpose Vessels** | | | | |
| 151-600 passengers | 13 | 13 | $37 | 10% of incremental construction costs |
| **Mono-Hull Multi-Purpose Vessels** | | | | |
| 151-499 passengers | 181 | 3 | $45 | 10% of incremental construction costs |
| | | 18 | $38 | |
| | | 156 | $8 | |
| 500-1000 passengers | 86 | 17 | $70 | |
| | | 26 | $63 | |
| | | 34 | $11 | |
| 1001 or more passengers | 6 | 4 | $87[1] | |
| | | 2 | $41[1] | |
| **Small Cruise Ships** | | | | |
| 50-299 passengers | 23 | 10 | $135[1] | 10% of incremental construction costs |
| | | 9 | $232[1] | |
| **Total** | **696** | **575** | | |

**Note:**

1. The average of total redesign costs is shown for all vessels in the group.

*Additional Operation and Maintenance Costs*

We estimate the additional annual operational and maintenance costs for the replacement vessels based on the case study vessels, additional information provided by vessel owners and operators, and input from the Volpe National Transportation Systems Center. We estimate the following additional operation and maintenance costs for the replacement vessels in Tables 13 and 14:

• The annual maintenance cost for a platform lift is $2,800, and for a LULA or elevator is $5,500.

• The annual maintenance cost for an automatic door is $1,100.

• The annual cost for additional engine maintenance due to added weight from the accessible features or vessel lengthening is $22,000 per vessel for multi-hull ferries carrying 150 or fewer passengers.  For mono-hull vessels and small cruise ships that operate at slower speeds than multi-hull vessels, and larger multi-hull vessels carrying more than 150 passengers, we assume there is no additional engine maintenance cost.

• The additional fuel consumption varies based on the vessel characteristics and ranges from none for mono-hull ferries permitted to carry more than 150 passengers plus vehicles and mono-hull multi-purpose vessels permitted to carry more than 1,000 passengers to 10 percent for some multi-hull vessels carrying passengers only.  Future diesel price estimates are based on the U.S. Energy Information Administration Annual Energy Outlook 2010 with Projections to 2035.[9]  Fuel is estimated to be $3.89 per gallon, the price forecasted for 2031 at the end of the 20 year period.

Table 13.  Estimated Vertical Access Maintenance Cost & Automatic Door Maintenance Cost for Replacement Vessels

| Vessel Type & Size | Number of Vessels | Vertical Access Maintenance Cost | | | Automatic Door Maintenance Cost | | |
|---|---|---|---|---|---|---|---|
| | | Vessels Affected | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations | Vessels Affected | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations |
| **Multi-Hull Ferries** | | | | | | | |
| 100-124 passengers only | 4 | 0 | 0 | None | 0 | 0 | None |
| 145-150 passengers only | 41 | 0 | 0 | | 0 | 0 | |
| 151-600 passengers only | 32 | 2 | $3 | Vessels with platform lift | 0 | 0 | |
| **Mono-Hull Ferries** | | | | | | | |
| 100-150 passengers only | 70 | 0 | 0 | None | 0 | 0 | None |
| 100-150 passengers plus vehicles | 67 | 0 | 0 | | 0 | 0 | |
| 151-1000 passengers only | 72 | 7 | $6 | Vessels with LULA or elevator | 0 | 0 | |
| 151-1000 passengers plus vehicles | 82 | 28 | $6 | | 0 | 0 | |
| 1001 or more passengers plus vehicles | 19 | 0 | 0 | None | 3 | $4 | Four new doors per vessel |
| | | | | | 16 | $6 | Six new doors per vessel |
| **Multi-Hull Multi-Purpose Vessels** | | | | | | | |
| 151-600 passengers | 13 | 0 | 0 | None | 0 | 0 | None |
| **Mono-Hull Multi-Purpose Vessels** | | | | | | | |
| 151-499 passengers | 181 | 21 | $6 | Vessels with LULA or elevator | 0 | 0 | None |
| 500-1000 passengers | 86 | 50 | $6 | | 86 | $1 | One new door per vessel (same as in the case study) |
| 1001 or more passengers | 6 | 4 | $6 | | 6 | $6 | Six new doors per vessel |
| **Small Cruise Ships** | | | | | | | |
| 50-299 passengers | 23 | 12 | $3 | Vessels with platform lift only | 0 | 0 | None |

| Vessel Type & Size | Number of Vessels | Vertical Access Maintenance Cost | | | Automatic Door Maintenance Cost | | |
|---|---|---|---|---|---|---|---|
| | | Vessels Affected | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations | Vessels Affected | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations |
| | | 11 | $8 | Vessels with platform lift plus LULA or elevator | | | |
| Total | 696 | 135 | | | 111 | | |

Table 14.  Estimated Engine Maintenance Cost & Fuel Cost for Replacement Vessels

| Vessel Type & Size | Number of Vessels | Engine Maintenance Cost | | | Fuel Cost | | |
|---|---|---|---|---|---|---|---|
| | | Vessels Affected | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations | Vessels Affected | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations |
| **Multi-Hull Ferries** | | | | | | | |
| 100-124 passengers only | 4 | 4 | $22 | Due to lengthening without engine upgrade (estimate based on the case study vessel) | 4 | $37 | 9% increase in fuel consumption (modified from case study vessel) |
| 145-150 passengers only | 41 | 41 | $22 | | 41 | $13 | 4.8% increase in fuel consumption (same as case study vessel) |
| 151-600 passengers only | 32 | 0 | 0 | None | 32 | $214 | 10% increase in fuel consumption (same as case study vessel) |
| **Mono-Hull Ferries** | | | | | | | |
| 100-150 passengers only | 70 | 0 | 0 | None assumed for slow-speed vessels; lengthening has no or little effect on engine maintenance in a slow-speed vessel | 70 | $5 | 1.5% increase in fuel consumption due to lengthening and added weight related to vertical access and other accessibility features |
| 100-150 passengers plus vehicles | 67 | 0 | 0 | | 34 | $5 | |
| 151-1000 passengers only | 72 | 0 | 0 | | 7 | $6 | |
| 151-1000 passengers plus vehicles | 82 | 0 | 0 | | 0 | 0 | No increase in fuel consumption given the current size of vessel |
| 1001 or more passengers plus vehicles | 19 | 0 | 0 | | 0 | 0 | |
| **Multi-Hull Multi-Purpose Vessels** | | | | | | | |
| 151-600 passengers | 13 | 0 | 0 | None | 13 | $214 | 10% increase in fuel consumption (same as case study vessel) |
| **Mono-Hull Multi-Purpose Vessels** | | | | | | | |
| 151-499 passengers | 181 | 0 | 0 | None assumed for slow-speed vessels; lengthening has no or little effect on engine maintenance in a slow-speed vessel | 21 | $6 | 1.5% increase in fuel consumption due to lengthening and added weight related to vertical access and other accessible features |
| 500-1000 passengers | 86 | 0 | 0 | | 50 | $5 | |
| 1001 or more passengers | 6 | 0 | 0 | | 0 | 0 | No increase in fuel consumption given current size of vessel |

**Small Cruise Ships**

| Vessel Type & Size | Number of Vessels | Vessels Affected | Engine Maintenance Cost | | Vessels Affected | Fuel Cost | |
| | | | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations | | Annual Cost Per Vessel (thousands of dollars) | Assumptions & Explanations |
|---|---|---|---|---|---|---|---|
| 50-299 passengers | 23 | 0 | 0 | None assumed; lengthening has no or little effect on engine maintenance. | 11 | $7 | 2.75% increase in fuel consumption due to lengthening |
| | | | | | 12 | $16 | 1% increase in fuel consumption due to lengthening |
| Total | 696 | 45 | | | 295 | | |

We estimate the total compliance costs for the replacement vessels annualized over 20 years are 16 million dollars discounted at 7 percent and 3 percent as shown in Table 15. The total estimated compliance costs are higher in the first year because about 33% of the existing vessels (275 vessels) would reach or exceed their expected service life in the first year, and we assume these vessels are replaced by new vessels in the first year. See Table 4.

Table 15. Total Estimated Compliance Costs for Replacement Vessels Over 20 Years
(millions of dollars)

| Year[1] | Incremental Construction Costs | Additional Operation & Maintenance Costs | Total Costs | | |
| | | | Not Discounted | 7% Discount Rate | 3% Discount Rate |
|---|---|---|---|---|---|
| 1 | $47 | $1 | $48 | $45 | $46 |
| 2 | $4 | $1 | $5 | $4 | $4 |
| 3 | $5 | $1 | $7 | $6 | $6 |
| 4 | $8 | $2 | $11 | $8 | $9 |
| 5 | $7 | $3 | $10 | $7 | $9 |
| 6 | $5 | $3 | $8 | $5 | $7 |
| 7 | $7 | $4 | $11 | $7 | $9 |
| 8 | $10 | $5 | $15 | $9 | $12 |
| 9 | $7 | $5 | $13 | $7 | $10 |
| 10 | $11 | $6 | $16 | $8 | $12 |
| 11 | $8 | $6 | $14 | $7 | $10 |
| 12 | $7 | $6 | $14 | $6 | $10 |
| 13 | $11 | $7 | $18 | $7 | $12 |
| 14 | $3 | $7 | $10 | $4 | $7 |
| 15 | $5 | $8 | $13 | $5 | $8 |
| 16 | $6 | $9 | $15 | $5 | $10 |
| 17 | $11 | $10 | $22 | $7 | $13 |
| 18 | $12 | $12 | $24 | $7 | $14 |
| 19 | $8 | $12 | $20 | $6 | $12 |
| 20 | $9 | $13 | $22 | $6 | $12 |

**Note:**

1. Year 1 is 2012. Estimates are 2011 dollars.

| Year[1] | Incremental Construction Costs | Additional Operation & Maintenance Costs | | Total Costs | |
|---|---|---|---|---|---|
| | | | Not Discounted | 7% Discount Rate | 3% Discount Rate |
| | | Annualized Over 20 Years | $16 | | $16 |

**Note:**

1. Year 1 is 2012.  Estimates are 2011 dollars.

## CHAPTER 3.  LARGE CRUISE SHIPS

### 3.1  Introduction

This chapter discusses the impact of the proposed guidelines on large cruise ships permitted to carry 300 or more overnight passengers that operate in U.S. ports.[10]  We estimate there were 113 large cruise ships operating in U.S. ports as of 2011.  Appendix II lists these large cruise ships, along with the data sources.  The appendix provides data on each cruise ship, including vessel name, year constructed, total guest rooms, and guest rooms with mobility features.

New large cruise ships provide many accessible features that would be required by the proposed guidelines, including elevators to connect passenger decks; guest rooms with mobility features; guest rooms with communication features; wheelchair spaces and assistive listening systems in assembly areas; and pool lifts.  We proposed to conduct case studies of new large cruise ships to examine the impact of the proposed guidelines on the vessels.[11]  However, we did not conduct case studies of large cruise ships because we could not find cruise ship owners and operators to participate in the case studies.  Due to the lack of information, we did not estimate the incremental costs to construct large cruise ships in compliance with the proposed guidelines, and the additional operation and maintenance costs due to the proposed guidelines.

The cruise industry is concerned that the proposed scoping provision for guest rooms with mobility features would result in a loss of guest rooms and revenue.  This chapter discusses the impact of the proposed scoping provision for guest rooms with mobility features on large cruise ships.

### 3.2  Proposed Scoping Provision for Guest Rooms with Mobility Features

The proposed scoping provision for guest rooms with mobility features is based on the scoping provision for hotels in the guidelines for landside facilities and would require cruise ships to provide a minimum number of guest rooms with mobility features based on the total number of guest rooms in accordance with Table V224.2 set out below.  For instance, a cruise ship with 501 to 1,000 guest rooms would be required to provide a minimum of 3 percent of guest rooms with mobility features.  A cruise ship with more than 1,000 guest rooms would be required to provide a minimum of 30 guest rooms with mobility features for the first 1,000 guest rooms (3%), plus 2 guest rooms with mobility features for each additional 100 guest rooms or fraction thereof over 1,000 (2%).  The proposed scoping provision would require a portion of the guest rooms with mobility features to provide a roll-in shower.  The proposed scoping provision would also require guest rooms with mobility features to be dispersed among the various classes of guest rooms.

Table V224.2.  Proposed Scoping Provision for Guest Rooms with Mobility Features

| Total Number of Guest Rooms Provided | Minimum Required Number of Rooms With Tubs or Showers | Minimum Number of Required Rooms With Roll-In Showers | Total Number of Required Rooms |
|---|---|---|---|
| 1 to 25 | 1 | 0 | 1 |
| 26 to 50 | 2 | 0 | 2 |
| 51 to 75 | 3 | 1 | 4 |
| 76 to 100 | 4 | 1 | 5 |
| 101 to 150 | 5 | 2 | 7 |
| 151 to 200 | 6 | 2 | 8 |
| 201 to 300 | 7 | 3 | 10 |
| 301 to 400 | 8 | 4 | 12 |
| 401 to 500 | 9 | 4 | 13 |
| 501 to 1000 | 2 percent of total | 1 percent of total | 3 percent of total |
| 1001 and over | 20, plus 1 for each 100, or fraction thereof, over 1000 | 10, plus 1 for each 100, or fraction thereof, over 1000 | 30, plus 2 for each 100, or fraction thereof, over 1000 |

Guest rooms with mobility features are typically larger than other guest rooms to accommodate passengers who use wheelchairs or

scooters.  The proposed technical provisions for guest rooms with mobility features would require wider doorways; turning space within the guest room; clear deck space on both sides of a bed or between two beds and at the closet; turning space within the bathroom and clear deck space at the bathtub or shower, lavatory or sink, and toilet (the turning space and clear deck spaces can overlap); and grab bars at the toilet and at the bathtub or shower.

### 3.3  Mobility Device Use Among U.S. Population

The Survey of Income and Program Participation (SIPP) sponsored by the U.S. Census Bureau has asked questions about use of mobility devices, including wheelchairs, scooters, canes, crutches, and walkers, by persons aged 15 and older since 1990.  The SIPP provides stability in measuring disability over a long period with a large sample that is representative of the U.S. population.  We had a report prepared that converted the SIPP data on individuals who used mobility devices to households that have a member who used a mobility device because families typically go on cruises for vacation and leisure travel.[12]  This report is referred to as the household report.

The household report shows households with a member who used a wheelchair or scooter doubled from 1.5 percent in 1990 to 3 percent in 2010.  If past trends continue, a linear extrapolation to 2025 projects about 4 percent of households will have a member who uses a wheelchair or scooter.  We assume households with a member who uses a wheelchair or scooter would need a guest room with mobility features.

The household report also shows households with a member who used a cane, crutches, or walker grew from 4.5 percent in 1990 to 7 percent in 2010.  If past trends continue, a linear extrapolation to 2025 projects about 9 percent of households will have a member who uses a cane, crutches, or walker.  Households with a member who uses a cane, crutches, or walker may rent a wheelchair or scooter for distance travel on a cruise ship and for shore excursions.[13]  We assume these households may need a guest room with mobility features.  We assume households with a member who uses a cane, crutches, or walker may also need features such as grab bars at toilets and at bathtubs or showers that are provided in guest rooms with mobility features, regardless of whether they rent a wheelchair or scooter for distance travel on a cruise ship and for shore excursions.

The cruise industry submitted a report indicating that about 70 percent of the passengers who used wheelchairs or scooters on 45 cruise ships in 2005 did not occupy a guest room with mobility features.[14]  The report suggested that these passengers may have used wheelchairs or scooters for distance travel on the cruise ships and for shore excursions, and may not have needed a guest room with mobility features.  The entry doorway to guest rooms is typically 22 to 24 inches wide and is too narrow for a wheelchair or scooter to pass through.[15]  The proposed guidelines would require 32 inches minimum clear opening at the entry doorway to guest rooms with mobility features.  The report did not consider other possible reasons why a significant percent of passengers who used wheelchairs or scooters did not occupy a guest room with mobility features.  Passengers who do not have a disability may have reserved guest rooms with mobility features because they are larger than other guest rooms resulting in the rooms not being available to passengers with disabilities.  Some cruise lines had a practice of requesting passengers with disabilities to provide a doctor's note to reserve a guest room with mobility features.  This practice may have discouraged passengers with disabilities from reserving guest rooms with mobility features.  DOT issued regulations in 2010 that require cruise lines to hold guest rooms with mobility features for passengers with disabilities until all other rooms in the same class are sold, and ban the practice of requesting passengers with disabilities to provide a doctor's note to reserve a guest room with mobility features.  See 49 CFR 39.39 (b) (2) and (f).

### 3.4  Alternative Scoping Provisions

We consider two alternative scoping provisions along with the proposed scoping provision for guest rooms with mobility features.  The first alternative scoping provision was recommended by the cruise industry and would require a minimum of 2 percent of the total number of guest rooms to provide mobility features.[16]  The second alternative scoping provision would require a minimum of 4 percent of the total number of guest rooms to provide mobility features.  As noted above, a linear extrapolation of data on households with a member who uses a mobility device projects about 4 percent of households will have a member who uses a wheelchair or scooter in 2025, and about 9 percent of households will have a member who uses a cane, crutches, or walker in 2025.  The second alternative scoping provision assumes future increases in the percentage of the households with a member who uses a mobility device would result in a need for an increase in the number of guest rooms with mobility features.

### 3.5  Estimated Guest Room Loss

According to the cruise industry, two guest rooms with mobility features occupy the same square footage as three guest rooms resulting in the loss of one guest room for every two guest rooms with mobility features.  This may be valid for interior guest rooms, which tend to be smaller than other guest rooms, but may not be valid for guest rooms with a balcony and suites, which tend to be larger than interior guest rooms.[17]  As noted above, the proposed scoping provision would require guest rooms with mobility features to be dispersed among the various classes of guest rooms.

The cruise industry submitted a report estimating the number of guest rooms that would be lost applying various scoping provisions to 192 cruise ships that contained a total of 225,364 guest rooms as of 2005.[18]  The cruise industry report did not identify the 192 cruise ships.  As shown in Appendix II, we estimate there were 113 large cruise ships operating in U.S. ports as of 2011 that contained a total of 123,516 guest rooms.[19]  We estimate the number of guest rooms that would be lost over 20 years applying the proposed scoping provision to the fleet of large cruise ships in Appendix II operating in U.S. ports as of 2011.  The proposed scoping provision would apply as the cruise ship fleet is replaced.  The cruise industry report noted that cruise ships operating in the U.S. market are replaced after 20 to 25 years.  We assume the cruise ship fleet is replaced over 20 years and 5 percent of the guest rooms are replaced annually.  Based on this assumption, we estimate 6,176 guest rooms per year would be replaced by new guest rooms as shown in the second column of Table 16.  The cruise industry report assumed the total number of guest rooms in the cruise ship fleet would increase by 3 percent annually.  Based on this assumption, we estimate 99,568 new guest rooms would be added to the cruise ship fleet over 20 years as shown in the third and fourth columns of Table 16.  Assuming a 5 percent annual

replacement rate and 3 percent annual growth rate, we estimate the total number of new guest rooms would range from 9,881 in Year 1 to 12,673 in Year 20 for a total of 223,084 new guest rooms over 20 years as shown in the fifth column of Table 16.

We estimate the number of guest rooms that would be lost under the proposed scoping provision against the baseline of the cruise industry practice in the absence of the proposed guidelines. As shown in Appendix II, the average percent of guest rooms with mobility features in the fleet of large cruise ships operating in U.S. ports as of 2011 was 1.9 percent. We assume the cruise industry would continue to provide guest rooms with mobility features at this rate in the absence of the proposed guidelines. Under this baseline, we estimate the cruise industry would provide 4,240 guest rooms with mobility features over 20 years in the absence of the proposed guidelines as shown in the sixth column of Table 16.

We estimate the number of guest rooms with mobility features that would be required under the proposed scoping provision based on the average number of guest rooms on large cruise ships constructed or under contract for construction between 2012 and 2015. As shown in Appendix III, the average number of guest rooms on these cruise ships is 1,700 guest rooms. We assume cruise ships constructed over 20 years would have the same average number of guest rooms. The proposed scoping provision would require a cruise ship with 1,700 guest rooms to provide 44 guest rooms with mobility features (2.6% of guest rooms). See Table V224.2. Applying the proposed scoping provision in this manner, we estimate the cruise industry would be required to provide 5,802 guest rooms with mobility features over 20 years as shown in the seventh column of Table 16. Thus, the proposed scoping provision would require the cruise industry to provide 1,562 (5,802 - 4,240) additional guest rooms with mobility features than it would provide in the absence of the proposed guidelines.

Applying the cruise industry's premise that two guest rooms with mobility features occupy the same square footage as three guest rooms resulting in the loss of one guest room for every two guest rooms with mobility features, we estimate the number of guest rooms that would be lost under the proposed scoping provision based on the additional number of guest rooms with mobility features that would be required under the proposed scoping provision, and divide this number by two. As shown in the eighth and ninth column of Table 16, the number of guest rooms that would be lost under the proposed scoping provision would range from 35 in Year 1 to 45 in Year 20 for a total of 786 guest rooms over 20 years.

Table 16.  Estimated Guest Room Loss Over 20 Years Under Proposed Scoping Provision

| 1 Year1 | 2 New Guest Rooms Assuming 5% Annual Replacement1 | 3 New Guest Rooms Assuming 3% Annual Growth | | 5 Total New Guest Rooms3 | 6 Number of Guest Rooms with Mobility Features | | 8 9 Number of Guest Rooms Lost | |
|---|---|---|---|---|---|---|---|---|
| | | Guest Rooms in Cruise Ship Fleet1 | New Guest Rooms2 | | Baseline (1.9%)4 | Proposed Scoping (2.6%)5 | Annual6 | Cumulative |
| 0 | | 123,516 | | | | | | |
| 1 | 6,176 | 127,221 | 3,705 | 9,881 | 188 | 257 | 35 | 35 |
| 2 | 6,176 | 131,038 | 3,817 | 9,992 | 190 | 260 | 35 | 70 |
| 3 | 6,176 | 134,969 | 3,931 | 10,107 | 192 | 263 | 36 | 106 |
| 4 | 6,176 | 139,018 | 4,049 | 10,225 | 194 | 266 | 36 | 142 |
| 5 | 6,176 | 143,189 | 4,171 | 10,346 | 197 | 269 | 36 | 178 |
| 6 | 6,176 | 147,485 | 4,296 | 10,471 | 199 | 272 | 37 | 215 |
| 7 | 6,176 | 151,909 | 4,425 | 10,600 | 201 | 276 | 38 | 253 |
| 8 | 6,176 | 156,466 | 4,557 | 10,733 | 204 | 279 | 38 | 291 |
| 9 | 6,176 | 161,160 | 4,694 | 10,870 | 207 | 283 | 38 | 329 |
| 10 | 6,176 | 165,995 | 4,835 | 11,011 | 209 | 286 | 39 | 368 |
| 11 | 6,176 | 170,975 | 4,980 | 11,156 | 212 | 290 | 39 | 407 |
| 12 | 6,176 | 176,104 | 5,129 | 11,305 | 215 | 294 | 40 | 447 |
| 13 | 6,176 | 181,387 | 5,283 | 11,459 | 218 | 298 | 40 | 487 |
| 14 | 6,176 | 186,829 | 5,442 | 11,617 | 221 | 302 | 41 | 528 |
| 15 | 6,176 | 192,434 | 5,605 | 11,781 | 224 | 306 | 41 | 569 |
| 16 | 6,176 | 198,207 | 5,773 | 11,949 | 227 | 311 | 42 | 611 |

| 1 Year1 | 2 New Guest Rooms Assuming 5% Annual Replacement1 | 3 New Guest Rooms Assuming 3% Annual Growth | 4 | 5 Total New Guest Rooms3 | 6 Number of Guest Rooms with Mobility Features | 7 | 8 Number of Guest Rooms Lost | 9 |
|---|---|---|---|---|---|---|---|---|
| | | Guest Rooms in Cruise Ship Fleet1 | New Guest Rooms2 | | Baseline (1.9%)4 | Proposed Scoping (2.6%)5 | Annual6 | Cumulative |
| 17 | 6,176 | 204,153 | 5,946 | 12,122 | 230 | 315 | 43 | 654 |
| 18 | 6,176 | 210,278 | 6,125 | 12,300 | 234 | 320 | 43 | 697 |
| 19 | 6,176 | 216,586 | 6,308 | 12,484 | 237 | 325 | 44 | 741 |
| 20 | 6,176 | 223,084 | 6,498 | 12,673 | 241 | 330 | 45 | 786 |
| Total | 123,516 | | 99,568 | 223,084 | 4,240 | 5,802 | 786 | |

**Notes:**

1. Year 0 is 2011; Year 1 is 2012. We estimate there were 123,516 guest rooms in the cruise ship fleet operating in U.S. ports as of 2011. See Appendix II. We assume the cruise ship fleet is replaced over 20 years and 5 percent of the guest rooms are replaced annually. We further assume the total number of guest rooms in the cruise ship fleet would increase by 3% annually.

2. The number of new guest rooms is calculated by subtracting the number of guest rooms in the cruise ship fleet for the prior year from the given year.

3. The total number of new guest rooms is the sum of columns 2 and 4.

4. The baseline (1.9%) is the average percent of guest rooms with mobility features provided in the cruise ship fleet operating in U.S. ports as of 2011 in the absence of the proposed guidelines. See Appendix II.

5. The proposed scoping (2.6%) is based on the average number of guest rooms (1,700 guest rooms) provided on large cruise ships constructed or under contract for construction between 2012 and 2015. See Appendix III. The proposed scoping in Table V224.2 would require a cruise ship with 1,700 guest rooms to provide 44 guest rooms with mobility features (2.6% of guest rooms).

6. The number of guest rooms lost is based on the cruise industry's premise that two guest rooms with mobility features occupy the same square footage as three guest rooms resulting in the loss of one guest room for every two guest rooms with mobility features. The annual number of guest rooms lost is calculated by subtracting the number of guest rooms with mobility features provided under the baseline (1.9%) from the number of guest rooms with mobility features that would be required under the proposed scoping (2.6%) and dividing the remainder by two.

We estimate the number of guest rooms that would be lost under the alternative scoping provisions the same way as we did for the proposed scoping provision. The cumulative numbers of guest rooms that would be lost over 20 years under the proposed and alterative scoping provisions estimated against the baseline of the cruise industry practice in the absence of the proposed guidelines are shown in Table 17. Under the proposed scoping, we estimate 786 guest rooms would be lost over 20 years. Under the 2 percent alternative scoping, we estimate 114 guest rooms would be lost over 20 years. Under the 4 percent alternative scoping, we estimate 2,346 guest rooms would be lost over 20 years.

Table 17. Estimated Cumulative Guest Room Loss Over 20 Years Under Proposed and Alternative Scoping Provisions

| Year1 | Proposed Scoping (2.6%) | 2% Alternative Scoping | 4% Alternative Scoping |
|---|---|---|---|
| 1 | 35 | 5 | 104 |
| 2 | 70 | 10 | 209 |
| 3 | 106 | 15 | 315 |
| 4 | 142 | 20 | 423 |
| 5 | 178 | 25 | 532 |
| 6 | 215 | 30 | 642 |

**Note:**

1. Year 1 is 2012.

| Year[1] | Proposed Scoping (2.6%) | 2% Alternative Scoping | 4% Alternative Scoping |
|---|---|---|---|
| 7 | 253 | 36 | 754 |
| 8 | 291 | 42 | 867 |
| 9 | 329 | 47 | 981 |
| 10 | 368 | 53 | 1,097 |
| 11 | 407 | 59 | 1,214 |
| 12 | 447 | 65 | 1,333 |
| 13 | 487 | 71 | 1,453 |
| 14 | 528 | 77 | 1,575 |
| 15 | 569 | 83 | 1,699 |
| 16 | 611 | 89 | 1,825 |
| 17 | 654 | 95 | 1,953 |
| 18 | 697 | 101 | 2,082 |
| 19 | 741 | 108 | 2,213 |
| 20 | 786 | 114 | 2,346 |

Note:

1. Year 1 is 2012.

### 3.6 Estimated Revenue Loss

According to the cruise industry report, each guest room produced $400 gross revenue per day for 350 days per year in 2005, or $140,000 per year.[20]  Gross revenue per guest room includes passenger fares based on double occupancy per room plus expenditures on other goods and services purchased on the cruise ship.  The correct measure for estimating revenue loss for lost guest rooms is net revenue per guest room (i.e., gross revenue minus labor, food, and other operating costs), but we lack information to estimate net revenue.  We use the cruise industry's figures for gross revenue per guest room ($140,000 in 2005 dollars) adjusted for inflation ($161,250 in 2011 dollars) to estimate revenue loss for lost guest rooms.[21]  If we were to use net revenue per guest room, and all our other assumptions are unchanged, our estimates of revenue loss for lost guest rooms would be lower.

The estimated gross revenue loss over 20 years for the guest rooms lost under the proposed and alternative scoping provisions is shown in Table 18.  Under the proposed scoping, we estimate the gross revenue loss annualized over 20 years is $50 million discounted at 7 percent, and $58 million discounted at 3 percent.  Under the 2 percent alternative scoping, we estimate the gross revenue loss annualized over 20 years is $7 million discounted at 7 percent, and $8 million discounted at 3 percent.  Under the 4 percent alternative scoping, we estimate the gross revenue loss annualized over 20 years is $149 million discounted at 7 percent, and $172 million discounted at 3 percent.

Cruise lines construct classes of cruise ships or sister vessels based on the same design without major modification.  Each new class of cruise ship is generally larger than the previous class.  As shown in Appendix II, cruise ships constructed in 2010 and 2011 have over 50 percent more guest rooms than cruise ships constructed in the 1990's.  Cruise lines can mitigate the loss of revenue due to providing guest rooms with mobility features by increasing the number of guest rooms when designing new classes of cruise ships.

Table 18.  Estimated Gross Revenue Loss in Millions Over 20 Years Under Proposed and Alternative Scoping Provisions

| Year[1] | Proposed Scoping (2.6%) | | | 2% Alternative Scoping | | | 4% Alternative Scoping | | |
|---|---|---|---|---|---|---|---|---|---|
| | Not Discounted | 7% Discount Rate | 3% Discount Rate | Not Discounted | 7% Discount Rate | 3% Discount Rate | Not Discounted | 7% Discount Rate | 3% Discount Rate |
| 1 | $6 | $5 | $5 | $1 | $1 | $1 | $17 | $16 | $16 |
| 2 | $11 | $10 | $11 | $2 | $1 | $2 | $34 | $29 | $32 |
| 3 | $17 | $14 | $16 | $2 | $2 | $2 | $51 | $41 | $46 |

| Year[1] | Proposed Scoping (2.6%) | | | 2% Alternative Scoping | | | 4% Alternative Scoping | | |
|---|---|---|---|---|---|---|---|---|---|
| | Not Discounted | 7% Discount Rate | 3% Discount Rate | Not Discounted | 7% Discount Rate | 3% Discount Rate | Not Discounted | 7% Discount Rate | 3% Discount Rate |
| 4 | $23 | $17 | $20 | $3 | $2 | $3 | $68 | $52 | $61 |
| 5 | $29 | $20 | $25 | $4 | $3 | $3 | $86 | $61 | $74 |
| 6 | $35 | $23 | $29 | $5 | $3 | $4 | $104 | $69 | $87 |
| 7 | $41 | $25 | $33 | $6 | $4 | $5 | $122 | $76 | $99 |
| 8 | $47 | $27 | $37 | $7 | $4 | $5 | $140 | $81 | $110 |
| 9 | $53 | $29 | $41 | $8 | $4 | $6 | $158 | $86 | $121 |
| 10 | $59 | $30 | $44 | $9 | $4 | $6 | $177 | $90 | $132 |
| 11 | $66 | $31 | $47 | $10 | $5 | $7 | $196 | $93 | $141 |
| 12 | $72 | $32 | $51 | $10 | $5 | $7 | $215 | $95 | $151 |
| 13 | $79 | $33 | $53 | $11 | $5 | $8 | $234 | $97 | $160 |
| 14 | $85 | $33 | $56 | $12 | $5 | $8 | $254 | $98 | $168 |
| 15 | $92 | $33 | $59 | $13 | $5 | $9 | $274 | $99 | $176 |
| 16 | $99 | $33 | $61 | $14 | $5 | $9 | $294 | $100 | $183 |
| 17 | $105 | $33 | $64 | $15 | $5 | $9 | $315 | $100 | $191 |
| 18 | $112 | $33 | $66 | $16 | $5 | $10 | $336 | $99 | $197 |
| 19 | $119 | $33 | $68 | $17 | $5 | $10 | $357 | $99 | $204 |
| 20 | $127 | $33 | $70 | $18 | $5 | $10 | $378 | $98 | $209 |
| Annualized over 20 years | $50 | $58 | | | $7 | $8 | | $149 | $172 |

## CHAPTER 4.  TOTAL ESTIMATED COMPLIANCE COSTS

The total estimated compliance costs for ferries, multi-purpose vessels, and small cruise ships discussed in Chapter 2, and for large cruise ships discussed in Chapter 3 are shown in Table 19.  We estimate the total compliance costs for these passenger vessels annualized over 20 years are $66 million discounted at 7 percent, and $74 million discounted at 3 percent.

Table 19.  Total Estimated Compliance Costs in Millions Over 20 Years
    for New Passenger Vessels Covered by Proposed Guidelines

| Year[1] | Not Discounted | 7% Discount Rate | 3% Discount Rate |
|---|---|---|---|
| 1 | $54 | $50 | $51 |
| 2 | $16 | $14 | $15 |
| 3 | $24 | $20 | $22 |
| 4 | $34 | $25 | $29 |
| 5 | $39 | $27 | $34 |
| 6 | $33 | $28 | $36 |
| 7 | $52 | $32 | $42 |

**Note:**

1.  Year 1 is 2012.  Estimates are 2011 dollars.

| Year[1] | Not Discounted | 7% Discount Rate | 3% Discount Rate |
|---|---|---|---|
| 8 | $62 | $36 | $49 |
| 9 | $66 | $36 | $51 |
| 10 | $75 | $38 | $56 |
| 11 | $80 | $38 | $57 |
| 12 | $86 | $38 | $61 |
| 13 | $97 | $40 | $65 |
| 14 | $95 | $37 | $63 |
| 15 | $105 | $38 | $67 |
| 16 | $114 | $38 | $71 |
| 17 | $127 | $40 | $77 |
| 18 | $136 | $40 | $80 |
| 19 | $139 | $39 | $80 |
| 20 | $149 | $39 | $82 |
| Annualized over 20 Years | $66 | | $74 |

**Note:**

1. Year 1 is 2012. Estimates are 2011 dollars.

## CHAPTER 5. ALTERATIONS TO EXISTING VESSELS

### 5.1 Introduction

When alterations are made to existing passenger vessels, the proposed guidelines would require the alterations to comply with the proposed provisions for new construction. An alteration would be defined as a change to a passenger vessel that affects or could affect the usability of the passenger vessel or portion thereof. Alterations would include, but are not limited to, remodeling, renovation, rehabilitation, reconstruction, historic restoration, changes or rearrangement of the structural parts or elements, and changes or rearrangement in the plan configuration of bulkheads and partitions. The definition would exclude normal maintenance, painting or wallpapering, or changes to propulsion, mechanical, and electrical systems unless they affect the usability of the vessel.

Only the portions of a passenger vessel that are altered would be required to comply with the proposed provisions for new construction. For example, if a toilet room on a passenger vessel is altered, the altered portions of the toilet room would be required to comply with the applicable proposed provisions for new construction. Earlier drafts of the proposed guidelines included a provision that would have required a path of travel to altered areas containing a primary function. This provision is not included in the proposed guidelines because the DOJ regulations require a path of travel to altered areas containing a primary function. See 28 CFR 35.151 (b) and 36.403.

### 5.2 Proposed Exceptions

Three general exceptions are proposed for alterations to existing passenger vessels. Exception 1 would not require an onboard accessible route where elements or spaces are altered but the circulation path to the altered elements or spaces is not altered.

Exception 2 would require alterations to comply with the proposed guidelines to the maximum extent feasible where compliance is technically infeasible. Technically infeasible would be defined with respect to an alteration as something that has little likelihood of being accomplished because existing structural conditions would require removing or altering an essential structural member; or because other existing physical or vessel constraints prohibit modification or addition of elements, spaces, or features that are in full and strict compliance with the guidelines.

Exception 3 would require alterations to provide accessibility to the maximum extent feasible where compliance with the proposed guidelines would result in any of the following:

• An increase in tonnage that changes the passenger vessel's classification from 46 CFR Chapter I, Subchapter T (Small Passenger Vessels (Under 100 Gross Tons)) or 46 CFR Chapter I, Subchapter K (Small Passenger Vessels Carrying More Than 150 Passengers or With Overnight Accommodations For More Than 49 Passengers) to 46 CFR Chapter I, Subchapter H (Passenger Vessels);[22]

• A violation of the minimum requirements established by the administrative authority for the stability of the vessel;

• A reduction in the structural integrity or fire resistance of a Class A or B bulkhead or deck surface; or

• An increase in power load in excess of the existing power supply.

Specific exceptions are also proposed in certain proposed provisions for alterations to existing passenger vessels, including:

• Platform lifts would be permitted as a component of onboard accessible routes in alterations to existing passenger vessels. V206.7 Exception.

• An accessible means of escape would not be required in alterations to existing passenger vessels. V207.1 Exception 2.

• A unisex toilet room would be permitted in alterations to existing passenger vessels where it is technically infeasible for existing toilet rooms to comply with the proposed guidelines provided the unisex toilet room is located in the same area and on the same deck as the existing non-complying toilet rooms. V213.2 Exception 2.

• Visible alarms in public areas would not be required in alterations to existing passenger vessels unless an existing alarm system is upgraded or replaced, or a new alarm system installed. V215.1 Exception 2.

• Thresholds 3/4 inch high maximum would be permitted at doorways without coamings in alterations to existing passenger vessels provided the thresholds have a beveled edge on each side with a slope not steeper than 1:2. V404.2.5.1 Exception.

• Running slopes not steeper than 1:8 for a maximum rise of 3 inches and not steeper than 1:10 for a maximum rise of 6 inches would be permitted in alterations to existing passenger vessels where necessary due to space limitations. V405.2 Exception.

• Elevator cars in altered elevators would not be required to comply with the proposed provision for car dimensions where the existing elevator car configuration provides a clear deck area 16 square feet minimum; an inside clear depth of 54 inches minimum; and an inside clear depth 36 inches minimum. V407.4.1 Exception.

• Alternative dimensions are proposed for sales and service counters in alterations to existing passenger vessels where compliance with the proposed provisions would result in a reduction of the number of existing counters at work stations. V904.4 Exception.

## 5.3  Types and Frequency of Alterations

We requested comment on the types and frequency of alterations to existing passenger vessels when the 2006 draft guidelines were released.  The Cruise Lines International Association (formerly International Council of Cruise Lines) responded that when a new deck or mid-section is added to an existing cruise ship, it may not always be feasible for existing circulation paths on the vessel to comply with the proposed provisions for onboard accessible routes.  The proposed guidelines would not require existing circulation paths that are not otherwise altered to comply with the proposed provisions for onboard accessible routes when a new deck or mid-section is added to a cruise ship.

Individual passenger vessel owners and operators commented that alterations generally involve installing new motors and pumps; redecorating toilet rooms; and changing chairs and equipment such as the beverage dispenser and dish washing machine on a dinner vessel.  These changes would not trigger a need to comply with the proposed guidelines.  The Passenger Vessel Association responded that passenger vessels generally do not undergo major alterations if there is no change in ownership because it would trigger a need to comply with subsequently developed U.S. Coast Guard regulations.  According to the Passenger Vessels Association, small cosmetic changes are made when a passenger vessel is transferred to a new owner in similar service.  Small cosmetic changes generally would not trigger a need to comply with the proposed guidelines.  The Passenger Vessel Association noted that if a passenger vessel changes service, more extensive changes may be undertaken.  For example, if an excursion vessel changes service to a dinner vessel, a galley would be added, passenger space lay outs would be changed, bulkheads may be moved, and stairways may be added or relocated.

Based on the proposed exceptions and responses received from passenger vessel owners and operators, we expect the proposed guidelines to have little or no impact on alterations to existing passenger vessels.


## CHAPTER 6.  BENEFITS

### 6.1  Nature of Benefits

We do not quantify the benefits of the proposed guidelines due to the nature of the benefits.  The proposed guidelines would address the discriminatory effects of architectural, transportation, and communication barriers encountered by individuals with mobility, hearing, and vision disabilities on passenger vessels.  Accessible passenger boarding systems would enable passengers with mobility disabilities to independently board and disembark from passenger vessels.  Wheelchair spaces in seating areas would enable passengers who use wheelchairs or scooters to sit with other passengers.  Passengers with mobility disabilities would be able to use toilet rooms and guest rooms on passenger vessels and cruise ships.  Assistive listening systems would enable passengers who have difficulty hearing to listen to a narrated tour delivered on the public address system of an excursion vessel.  Passengers who have difficulty seeing or are blind would be able to walk around passenger vessels without encountering protruding objects. The proposed guidelines would afford these individuals equal opportunity to travel on passenger vessels for employment, transportation, public accommodation, and leisure.  The proposed guidelines would enable these individuals to achieve greater participation in society, independent living, and economic self-sufficiency.  The benefits are difficult to quantify, but include important national values that are recognized in Executive Order 13563 such as equity, human dignity, and fairness.

## 6.2   Persons Who Benefit From Proposed Provisions

The Survey of Income and Program Participation (SIPP) sponsored by the U.S. Census Bureau asks questions about whether persons have difficulty performing a specific set of functional activities.[23]  The SIPP provides estimates of disability prevalence that are representative of the civilian non-institutionalized population living in the United States.  We recognize that not all these individuals are likely to directly benefit from the proposed guidelines because some may not use passenger vessels covered by the proposed guidelines.  We do not have information to estimate the number of people with mobility disabilities or their family members who would directly benefit from the proposed guidelines.  We provide the data below for illustrative purposes.

*Persons with Mobility Disabilities*

The proposed provisions for accessible passenger boarding systems, onboard accessible routes, accessible means of escape, accessible toilet rooms, wheelchair spaces in assembly areas and transportation seating areas, and guest rooms with mobility features would directly benefit persons with mobility disabilities who use passenger vessels covered by the proposed guidelines.  The SIPP data show among persons aged 15 and older 30.6 million (12.6%) had limitations associated with ambulatory activities of the lower body, including difficulty walking, climbing stairs, or using mobility devices.  This number includes:

• 23.9 million (9.9%) had difficulty walking a quarter of a mile;

• 22.3 million (9.2%) had difficulty climbing a flight of stairs;

• 11.6 million (4.8%) used a cane, crutches, or walker to assist with mobility; and

• 3.6 million (1.5%) used a wheelchair or scooter.

*Persons Who Have Difficulty Hearing or Are Deaf*

The proposed provisions for assistive listening systems, general emergency alarms, and guest rooms with communication features would directly benefit persons who have difficulty hearing or are deaf and use passenger vessels covered by the proposed guidelines.  The SIPP data show among persons aged 15 and older 7.6 million (3.1%) had difficulty hearing, including 5.6 million (2.3%) used a hearing aid and 1.1 million (0.5%) were deaf.

The SIPP reports fewer persons with hearing impairments compared to the National Health and Nutritional Examination Survey (NHANES).  NHANES includes audiometric testing of participants.  NHANES data for persons aged 12 and older show 30 million (12.7%) had a bilateral hearing loss and the number increases to 48.1 million (20.3%) when unilateral hearing loss is included.[24]

*Persons Who Have Difficulty Seeing or Are Blind*

The proposed provisions for protruding objects, elevator call buttons and signals, and tactile and visual characters on signs would directly benefit persons who have difficulty seeing or are blind and use passenger vessels covered by the proposed guidelines.  The SIPP data show among persons aged 15 and older 8.1 million (3.3%) had difficulty seeing, including 2.0 million (0.8%) were blind.


## CHAPTER 7.   INITIAL REGULATORY FLEXIBILITY ANALYSIS

We are required by the Regulatory Flexibility Act to consider the impact of regulatory proposals on small entities; analyze alternatives that minimize the impact on small entities; and make the analysis available for comment.  We prepared this initial regulatory flexibility analysis to meet the requirements of the Regulatory Flexibility Act.

*Why Are We Issuing the Proposed Guidelines?*

We are required by section 502 of the Rehabilitation Act and section 504 of the Americans with Disabilities Act (ADA) to issue accessibility guidelines for the construction and alteration of passenger vessels covered by the ADA.  We are issuing the proposed guidelines pursuant to this statutory authority.  The U.S. Department of Transportation (DOT) and U.S. Department of Justice (DOJ) are required to issue accessibility standards for the construction and alteration of passenger vessels covered by the ADA that are consistent with our guidelines.  Passenger vessel owners and operators would not be required to comply with the proposed guidelines until they are adopted by DOT and DOJ as accessibility standards for the construction and alteration of passenger vessels covered by the ADA.

*What is the Objective of, and Legal Basis for, the Proposed Guidelines?*

The objective of the proposed guidelines is to ensure that newly constructed and altered portions of passenger vessels are readily accessible to and usable by individuals with disabilities.  The legal basis for the proposed guidelines is section 502 of the Rehabilitation Act and section 504 of the ADA.

*How Many Small Entities Would Be Affected by Proposed Guidelines?*

The proposed guidelines would affect small businesses identified by the North American Industry Classification System (NAICS) codes listed in Table 24 and small governments with a population of 50,000 or less that own or operate passenger vessels, other than ferries or tenders, permitted to carry more than 150 passengers or more than 49 overnight passengers; ferries permitted to carry more than 99 passengers; and tenders permitted to carry more than 59 passengers.

Table 20.  Small Business Administration Size Standards

| NAICS Code | Small Business Size |
|---|---|

| | |
|---|---|
| 483112 Deep Sea Passenger Transportation | 500 or fewer employees |
| 483114 Coastal and Great Lakes Passenger Transportation | 500 or fewer employees |
| 483212 Inland Water Passenger Transportation | 500 or fewer employees |
| 487110 Scenic and Sightseeing Transportation, Water | $7 million or less annual receipts |
| 713210 Casinos (except Casino Hotels) | $7 million or less annual receipts |

We estimate small entities own or operate 635 vessels in the size categories covered by the proposed guidelines. This includes 372 small businesses that own or operate 257 ferries, 338 multi-purpose vessels, and 23 small cruise ships permitted to carry 50 to 299 overnight passengers; and 9 small governments that own or operate 16 ferries and 1 multi-purpose vessel.

*What Are the Proposed Compliance Requirements?*

The proposed guidelines would apply when small entities replace their existing vessels with new vessels or add new vessels to their fleet. The proposed guidelines, themselves, would not require existing vessels to be made accessible except where altered. The proposed guidelines contain proposed scoping and technical provisions. The proposed scoping provisions specify what features would be required to be accessible. When multiple features of the same type are provided, the proposed scoping provisions specify how many of the features would be required to be accessible. The proposed technical provisions specify the design criteria for accessible features. The passenger vessel features addressed by the proposed scoping and technical provisions include onboard accessible routes connecting passenger decks and passenger amenities within decks; accessible means of escape; doorways and coamings; toilet rooms; wheelchair spaces in assembly areas and transportation seating areas; assistive listening systems; general emergency alarms; guest rooms; and other passenger amenities. The proposed guidelines include proposed technical provisions for accessible passenger boarding systems. However, we defer to DOT and DOJ to address when accessible passenger boarding systems would be required since passenger boarding systems can be provided at landside facilities and involve operational issues between the owner or operator of the landside facility and the passenger vessel owner or operator that DOT and DOJ are authorized to address.

*What Are the Compliance Costs for Small Entities*

We estimate the compliance costs for small entities that construct new vessels to replace existing vessels. As shown in Table 21, we estimate 533 vessels owned or operated by small entities would reach the end of their expected service life over 20 years beginning in 2011. We assume small entities would construct new vessels to replace these vessels. The estimated compliance costs are based on case studies and are adjusted to 2011 dollars.

Table 21. Small Entity Vessels Replaced by New Vessels

| Vessel | Number | Number Replaced Over 20 Years |
|---|---|---|
| Ferries | 273 | 238 |
| Multi-Purpose Vessels | 339 | 279 |
| Small Cruise Ships | 23 | 16 |
| **Total** | **635** | **533** |

The compliance costs include the following components:

• *Vertical Access Cost.* This is the cost of installing an elevator, limited use-limited application elevator (LULA), or platform lift to connect passenger decks on a vessel with more than one deck. When small entities construct new vessels to replace existing vessels, we estimate 65 vessels would be required to provide a LULA at a cost of $297,000; 29 vessels would be required to provide an elevator at a cost of $372,000; 5 small cruise ships that currently provide elevators would be required to provide larger elevators when the vessels are replaced at a cost of $2,700; and 16 small entity small cruise ships would be required to provide a platform lift to tender boarding platforms at the stern of the vessel at a cost of $27,700. See Table 22 for the types and sizes of the vessels that would incur compliance costs for an elevator, LULA, or platform lift.

• *Other Accessible Feature Costs.* This includes the cost to expand toilet rooms; modify doors and thresholds; install automatic doors at doorways with coamings and provide ramps; add assistive listening systems; and provide protected waiting areas as part of an accessible means of escape where passengers with disabilities wait for crew assistance during emergencies. When small entities construct new vessels to replace existing vessels, we estimate 516 vessels would incur compliance costs for other accessible features. The costs range from $19,000 for mono-hull ferries permitted to carry 151 to 1,000 passengers plus vehicles to $631,000 for mono-hull ferries permitted to carry 1,001 or more passengers plus vehicles. The costs are higher for mono-hull ferries permitted to carry 1,001 or more passengers plus vehicles because the estimate is based on the case study of a 4,400 passenger and 30 vehicle ferry where the owner wanted to provide automatic sprinkler systems instead of protected waiting areas as part of an accessible means of escape even though the automatic sprinkler systems are more costly. The costs would be lower if protected waiting areas are provided. See Table 23 for the types and sizes of the vessels that would incur compliance costs for other accessible features.

• *Lengthening Cost.* This is the cost of increasing the length of a vessel to accommodate the accessible features and maintain passenger and vehicle capacity. When small entities construct new vessels to replace existing vessels, we estimate 217 vessels would need to be lengthened due to the proposed guidelines. The lengthening cost would range from $60,000 for mono-hull ferries

permitted to carry 100 to 150 passengers to $2,117,000 for some small cruise ships. See Table 23 for the types and sizes of the vessels that would incur compliance costs to lengthen the vessel.

• *Redesign Cost.* This is the cost for architectural design drawings for a new vessel that differs in design from the existing vessel it replaces. When small entities construct new vessels to replace existing vessels, we estimate 470 vessels would need to be lengthened due to the proposed guidelines. The redesign cost would range from $2,000 for some mono-hull ferries permitted to carry 151 to 1000 passengers plus vehicles to $261,100 for some small cruise ships. See Table 23 for the types and sizes of the vessels that would incur compliance costs to redesign the vessel.

• *Additional Fuel Cost.* This is the annual cost for additional fuel consumption due to installing an elevator, LULA, or platform lift to connect passenger decks and vessel lengthening. When small entities construct new vessels to replace existing vessels, we estimate 243 vessels would incur additional fuel costs due to the proposed guidelines. The additional fuel costs would range from $5,000 annually for mono-hull vessels permitted to carry 151 to 600 passengers. See Table 24 for the types and sizes of the vessels that would incur additional fuel costs.

• *Vertical Access Maintenance Cost.* This is the annual cost of maintaining an elevator, LULA, or platform lift to connect passenger decks. When small entities construct new vessels to replace existing vessels, we estimate 100 vessels would incur these annual maintenance costs. The annual maintenance cost would be $5,500 for an elevator or LULA, and $2,800 for a platform lift. See Table 24 for the types and sizes of the vessels that would incur these annual maintenance costs.

• *Additional Engine Maintenance Cost.* This is the annual cost for additional engine maintenance due to added weight from the accessible features or vessel lengthening. When small entities construct new vessels to replace existing vessels, we estimate 37 vessels would incur these annual maintenance costs. The annual maintenance cost would be $22,000 multi-hull ferries permitted to carry 100 to 150 passengers. See Table 24 for the types and sizes of the vessels that would incur these annual maintenance costs.

• *Automatic Door Maintenance Cost.* This is the annual cost of maintaining and replacing the automatic doors at doorways with coamings and double ramps. When small entities construct new vessels to replace existing vessels, we estimate 54 vessels would incur these annual maintenance costs. The annual maintenance cost would range from $1,000 for mono-hull multi-purpose vessels permitted to carry 500 to 1,000 passengers, to $6,000 for mono-hull multi-purpose vessels permitted to carry 1,001 or more passengers. See Table 24 for the types and sizes of the vessels that would incur these annual maintenance costs.

Table 22.  Vertical Access Cost
(thousands of dollars)

| Vessel Type & Size | Number of Vessels | Vessels Affected | LULA Cost | Vessels Affected | Elevator Cost |
|---|---|---|---|---|---|
| **Multi-Hull Ferries** | | | | | |
| 100-124 passengers only | 4 | | | | |
| 145-150 passengers only | 33 | | | | |
| 151-600 passengers only | 22 | | | | |
| **Mono-Hull Ferries** | | | | | |
| 100-150 passengers only | 61 | | | | |
| 100-150 passengers plus vehicles | 37 | | | | |
| 151-1000 passenger only | 54 | 5 | $297 | | |
| 151-1000 passengers plus vehicles | 27 | 5 | $297 | 1 | $372 |
| 1001 or more passengers plus vehicles | 0 | | | | |
| **Multi-Hull Multi-Purpose Vessels** | | | | | |
| 151-600 passengers only | 13 | | | | |
| **Mono-Hull Multi-Purpose Vessels** | | | | | |
| 151-499 passengers | 176 | 18 | $297 | 3 | $372 |
| 500-1000 passengers | 84 | 28 | $297 | 20 | $372 |
| 1001 or more passengers | 6 | 2 | $297 | 2 | $372 |
| **Small Cruise Ships[1]** | | | | | |
| 50-299 passengers | 16 | 7 | $297 | 3 | $372 |

**Note:**

1. The small cruise ships would be required to also provide a platform lift to connect to the tender boarding platform at the stern of the vessel at a cost of $27,100. Five small cruise ships that currently provide elevators would be required to provide larger elevators at a cost of $2,700.

| Vessel Type & Size | Number of Vessels | Vessels Affected | LULA Cost | Vessels Affected | Elevator Cost |
|---|---|---|---|---|---|
| Total | 533 | 65 | | 29 | |

**Note:**

1. The small cruise ships would be required to also provide a platform lift to connect to the tender boarding platform at the stern of the vessel at a cost of $27,100. Five small cruise ships that currently provide elevators would be required to provide larger elevators at a cost of $2,700.

Table 23. Other Accessible Features, Lengthening, and Redesign Costs
(thousands of dollars)

| Vessel Type & Size | Number of Vessels | Affected Vessels | Other Access Feature Costs | Affected Vessels | Length Cost | Affected Vessels | Redesign Cost |
|---|---|---|---|---|---|---|---|
| **Multi-Hull Ferries** | | | | | | | |
| 100-124 passengers only | 4 | 4 | $25 | 4 | $261 | 4 | $29 |
| 145-150 passengers only | 33 | 33 | $38 | 33 | $90 | 21 | $13 |
| 151-600 passengers only | 22 | 22 | $153 | 22 | $217 | 18 | $37 |
| **Mono-Hull Ferries** | | | | | | | |
| 100-150 passengers only | 61 | 61 | $39 | 61 | $60 | 56 | $10 |
| 100-150 passengers plus vehicles | 37 | 20 | $54 | 20 | $270 | 20 | $32 |
| 151-1000 passengers only | 54 | 54 | $116 | 0 | $0 | 42 | $12 to $41 |
| 151-1000 passengers plus vehicles | 27 | 27 | $19 | 0 | $0 | 27 | $2 to $39 |
| 1001 or more passengers plus vehicles | 0 | 0 | $0 | 0 | $0 | 0 | $0 |
| **Multi-Hull Multi-Purpose Vessels** | | | | | | | |
| 151-600 passengers only | 13 | 13 | $153 | 13 | $217 | 13 | $37 |
| **Mono-Hull Multi-Purpose Vessels** | | | | | | | |
| 151-499 passengers | 176 | 176 | $78 | 0 | $0 | 173 | $8 to $45 |
| 500-1000 passengers[1] | 84 | 84 | $112 to $125 | 48 | $205 | 75 | $11 to $70 |
| 1001 or more passengers[2] | 6 | 6 | $222 to $631 | 0 | $0 | 6 | $22 to $100 |
| **Small Cruise Ships** | | | | | | | |
| 50-299 passengers | 16 | 11 | $95 | 11 | $974 | 15 | $110 to $261 |
| | | 5 | $95 | 5 | $2,117 | | |
| **Total** | 533 | 516 | | 217 | | 470 | |

**Notes:**

1. Thirty-six (36) multi-purpose vessels with 500-1000 passengers have other accessible feature costs of $112,000.

2. Two (2) multi-purpose vessels with 1001 or more passengers have other accessible feature costs of $222,000.

Table 24. Additional Operation and Maintenance Costs
(thousands of dollars)

| Vessel Type & Size | Number of Vessels | Vessels Affected | Fuel Cost | Vessels Affected | Vert. Access Maint. Cost | Vessels Affected | Engine Maint. Cost | Auto Door Maint. Cost |
|---|---|---|---|---|---|---|---|---|
| **Multi-Hull Ferries** | | | | | | | | |
| 100-124 passengers only | 4 | 4 | $37 | | | 4 | $22 | |
| 145-150 passengers only | 33 | 33 | $13 | | | 33 | $22 | |

| Vessel Type & Size | Number of Vessels | Vessels Affected | Fuel Cost | Vessels Affected | Vert. Access Maint. Cost | Vessels Affected | Engine Maint. Cost | Auto Door Maint. Cost |
|---|---|---|---|---|---|---|---|---|
| 151-600 passengers only | 22 | 22 | $214 | | | | | |
| **Mono-Hull Ferries** | | | | | | | | |
| 100-150 passengers only | 61 | 61 | $5 | | | | | |
| 100-150 passengers plus vehicles | 37 | 20 | $5 | | | | | |
| 151-1000 passengers only | 54 | 5 | $6 | 5 | $6 | | | |
| 151-1000 passengers plus vehicles | 27 | | | 6 | $6 | | | |
| 1001 or more passengers plus vehicles | 0 | | | | | | | |
| **Multi-Hull Multi-Purpose Vessels** | | | | | | | | |
| 151-600 passengers only | 13 | 13 | $214 | | | | | |
| **Mono-Hull Multi-Purpose Vessels** | | | | | | | | |
| 151-499 passengers | 176 | 21 | $6 | 21 | $6 | | | |
| 500-1000 passengers | 84 | 48 | $5 | 48 | $6 | 48 | | $1 |
| 1001 or more passengers | 6 | | | 4 | $6 | 6 | | $6 |
| **Small Cruise Ships** | | | | | | | | |
| 50-299 passengers | 16 | 11 | $7 | 9 | $8 | | | |
| | | | | 2 | $3 | | | |
| | | 5 | $16 | 1 | $8 | | | |
| | | | | 4 | $3 | | | |
| **Total** | 533 | 243 | | 100 | | 91 | | |

*What Significant Alternatives Did We Consider?*

We based the proposed guidelines on our accessibility guidelines for landside facilities. Table 25 compares the proposed guidelines for passenger vessels to the guidelines for landside facilities to show the exceptions and alternative provisions that we propose to reduce the impact on passenger vessels owners and operators, including small entities.

Table 25. Exceptions and Alternative Provisions Proposed to Reduce Impact on Passenger Vessel Owners and Operators, Including Small Entities

| Feature | Proposed Passenger Vessel Guidelines | Reduced Impacts |
|---|---|---|
| Employee-only areas | Access not required to areas used only by employees. | *Landside Facilities*<br><br>Access required in areas used only by employees.<br><br>*Passenger Vessels*<br><br>Reduces impact by not requiring access in areas used only by employees. |
| Elevator or limited access-limited application elevator (LULA) | Elevator or LULA not required on vessels with only two passenger decks, unless both decks are entry decks. | *Landside Facilities*<br><br>Elevator or LULA not required in certain facilities that are less than 3 stories. Exception does not apply to state and local governments. |

| Feature | Proposed Passenger Vessel Guidelines | Reduced Impacts |
|---|---|---|
| | | *Passenger Vessels* |
| | | Reduces impact by applying exception to vessels owned or operated by private entities and state and local governments. |
| | Elevator or LULA not required to connect decks that are not entry decks where each deck is less than 3,000 square feet. | *Landside Facilities* |
| | | Elevator or LULA not required in certain facilities that have less than 3,000 square feet per story. Exception does not apply to state and local governments. |
| | | *Passenger Vessels* |
| | | Reduces impact by applying exception to vessels owned or operated by private entities and state and local governments. |
| | In vessels otherwise eligible to use the above exceptions, elevator or LULA not required to connect entry decks where at least one designated entry deck serves each stop used for embarking and disembarking passengers and provides the same passenger amenities. | *Landside Facilities* |
| | | No comparable exception. |
| | | *Passenger Vessels* |
| | | Reduces impact by allowing exception where vessels have more than one entry deck and meet certain conditions. |
| | **Elevator or LULA not required in high-speed vessels with 3 decks that meet certain conditions.** | *Landside Facilities* |
| | | No comparable exception. |
| | | *Passenger Vessels* |
| | | Reduces impact of additional weight and fuel consumption in high-speed vessels with 3 decks that meet certain conditions. |
| | Elevator or LULA not required to connect to sundecks on high-speed vessels that meet certain conditions and non-enclosed spaces are available on other accessible decks. | *Landside Facilities* |
| | | No comparable exception. |
| | | *Passenger Vessels* |
| | | Reduces impact of additional weight and fuel consumption in high-speed vessels with sundecks that meet certain conditions. |
| | Elevator or LULA not required to connect to one segment of decks divided into two segments by vehicle lanes on vehicle ferries. | *Landside Facilities* |
| | | No comparable exception. |
| | | *Passenger Vessels* |
| | | Reduces impact by requiring vertical access to only one deck segment. |
| | Elevator or LULA not required to connect to decks containing vehicle parking lanes that are designed to be raised and lowered and do not provide any other passenger amenities on vehicle ferries. | *Landside Facilities* |
| | | No comparable exception. |
| | | *Passenger Vessels* |
| | | Reduces impact by not requiring vertical access to certain decks used only for vehicle parking. |
| | Elevator or LULA not required to connect to decks, other than entry decks, that are less than 300 square feet. | *Landside Facilities* |
| | | No comparable exception. |

| Feature | Proposed Passenger Vessel Guidelines | Reduced Impacts |
|---|---|---|
| | | *Passenger Vessels* |
| | | Reduces impact by not requiring access to small decks that are not entry decks. |
| | Elevator or LULA not required to connect to decks below the bulkhead deck. | *Landside Facilities* |
| | | No comparable exception. |
| | | *Passenger Vessels* |
| | | Reduces impact by not requiring vertical access below the bulkhead deck. |
| Platform Lifts | Platform lifts permitted to connect decks less than 3,000 square feet, and to tender boarding platforms. | *Landside Facilities* |
| | | Platform lifts permitted only in limited situations in new construction. |
| | | *Passenger Vessels* |
| | | Reduces impact by allowing platform lifts to be used instead of elevator or LULA. Reduces weight and additional fuel consumption impacts in high-speed vessels. |
| Location of onboard accessible routes | Onboard accessible route not required to coincide with or be located in the same area as general passenger circulation paths on small vessels where largest deck is less than 3,000 square feet. | *Landside Facilities* |
| | | No comparable exception. |
| | | *Passenger Vessels* |
| | | Provides flexibility in designing onboard accessible routes on small vessels. |
| Single-user toilet rooms in a cluster | On high-speed vessels that do not transport overnight passengers, 5 percent of single user toilet rooms clustered in a single location would be required to be accessible. | *Landside Facilities* |
| | | 50 percent of single user toilet rooms clustered in a single location required to be accessible. |
| | | *Passenger Vessels* |
| | | Reduces impact of additional weight and fuel consumption in high-speed vessels. |
| Wheelchair spaces in transportation seating areas | Companion seat not required for wheelchair spaces in seating areas on ferries. Reduces number of wheelchair spaces that would be required in seating areas on small ferries with 240 or less fixed seats. | *Landside Facilities* |
| | | Companion seat required for each wheelchair space. |
| | | *Passenger Vessels* |
| | | Reduces impact by not requiring companion seats and reducing the number of wheelchair spaces on small ferries. |
| Guest rooms with mobility features | Vessels with less than 121 guest rooms would be required to provide not more than 5 percent of guest rooms with mobility features. | *Landside Facilities* |
| | | Facilities with 101 to 121 guest rooms required to provide 7 guest rooms with mobility features. |
| | | *Passenger Vessels* |
| | | Reduces impact on small vessels. |
| Vehicle Ferries | Walking surfaces on onboard accessible routes, accessible means of escape, and accessible passenger boarding systems on ferries permitted to overlap vehicle ways.[1] | *Landside Facilities* |
| | | No comparable provision. |
| | | *Passenger Vessels* |

| Feature | Proposed Passenger Vessel Guidelines | Reduced Impacts |
|---|---|---|
| | | Reduces impact on vehicle ferries. |
| Doorways with coamings | Alternative provisions proposed for coamings greater than ½ inch in height. | *Landside Facilities* |
| | | Door thresholds cannot exceed ½ inch in height. |
| | | *Passenger Vessels* |
| | | Resolves conflicts with coaming requirements. |

**Note:**

1.  The proposed guidelines do not address vehicle parking on ferries.  Ferry operators need effective operational loading plans to identify vehicles needing accessible parking and to position the vehicles on the deck to access passenger amenities.

*Are There Other Relevant Federal Rules?*

DOT has issued regulations implementing the ADA for passenger vessels that provide designated public transportation services operated by state and local governments or specified public transportation services operated by private entities that are primarily engaged in the business of transporting people and whose operations affect commerce.  DOT has reserved a subpart in the regulations for accessibility standards for the construction and alteration passenger vessels in anticipation of our issuing these guidelines.  See 49 CFR part 39, subpart E.  DOJ has issued regulations implementing the ADA for state and local governments and public accommodations, including those provided on passenger vessels such as cruise ships, gaming vessels, and dinner vessels.  See 28 CFR parts 35 and 36.  Passenger vessel owners and operators would not be required to comply with the guidelines until they are adopted by DOT and DOJ as accessibility standards for the construction and alteration of passenger vessels covered by the ADA.

## APPENDIX I.  FERRIES, MULTI-PURPOSE VESSELS, AND SMALL CRUISE SHIPS OPERATING IN U.S. PORTS AS OF 2010

This appendix provides data on ferries permitted to carry more than 99 passengers; multi-purpose vessels such as dinner or excursion vessels permitted to carry more than 150 passengers; and small cruise ships permitted to carry more than 49 but fewer than 300 overnight passengers operating in U.S. ports as of 2010.  We compiled the data from the following sources:

1.  U.S. Coast Guard Port State Information eXchange (PSIX) System at: **http://cgmix.uscg.mil/psix/**.  The PSIX System contains vessel specific information derived from the U.S. Coast Guard's Marine Information and Law Enforcement System.

2.  U.S. Department of Transportation, Research and Innovative Technology Administration, Bureau of Transportation Statistics, 2008 National Census of Ferry Operators at: **http://www.rita.dot.gov/bts/sites/rita.dot.gov.bts/files/subject_areas/ncfo/index.html**.

3.  Specific vessel websites.

The following symbols are used: (f) indicates foreign flag vessel; (g) indicates gaming vessel; (na) indicates no data available; and (*) indicates vessel currently provides elevator, limited use-limited access elevator (LULA), or platform lift.  The last column in the table shows whether a new vessel that is constructed to replace an existing vessel and has the same number of decks would be required to provide an elevator, LULA, or platform lift to connect the decks.  The last column does not show whether the small cruise ships would be required to provide a platform lift to a tender boarding platform.

| Vessel Type | Number of Vessels |
|---|---|
| Multi-Hull Ferry (Passengers Only) | 96 |
| Multi-Hull Ferry (Passengers & Vehicles) | 3 |
| Mono-Hull Ferry (Passengers Only) | 160 |
| Mono-Hull Ferry (Passengers & Vehicles) | 195 |
| Multi-Hull Multi-Purpose Passenger Vessel | 16 |
| Mono-Hull Multi-Purpose Passenger Vessel | 330 |
| Small Cruise or Charter Ship | 32 |
| **Total** | **832** |

Multi-Hull Ferries (Passengers Only)

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| ENCINAL | 1985 | 388 | 3 | No |
| CAT EXPRESS | 1986 | 360 | 2 | No |
| VICTORIA CLIPPER (f) | 1986 | >150 | 2 | No |
| ZELINSKY | 1986 | 400 | 3 | No |
| CATALINA EXPLORER | 1987 | 149 | 2 | No |
| MACKINAC EXPRESS | 1987 | 346 | 3 | No |
| ISLAND ROCKET (f) | 1988 | 149 | 2 | No |
| CATALINA FLYER | 1988 | 600 | 3 | No |
| ISLAND EXPRESS | 1988 | 380 | 3 | No |
| MELISSA ANN | 1988 | 199 | 2 | No |
| BIMINI BREEZE II | 1989 | 124 | 1 | No |
| AMELIA | 1989 | 149 | 1 | No |
| COVADONGA | 1989 | 149 | 1 | No |
| SEAJET I | 1989 | 400 | 3 | No |
| VIEJO SAN JUAN | 1990 | 149 | 1 | No |
| JESSICA W | 1990 | 530 | 3 | No |
| VICTORIA CLIPPER III | 1990 | 511 | 3 | No |
| VALLEJO | 1991 | 300 | 3 | No |
| JET EXPRESS II | 1992 | 395 | 3 | No |
| HARBOR BAY EXPRESS II | 1993 | 149 | 1 | No |
| VICTORIA CLIPPER IV | 1993 | 330 | 2 | No |
| BAY BREEZE | 1994 | 250 | 2 | No |
| CHELSEA LANE TYLER | 1995 | 117 | 2 | No |
| JET EXPRESS IV | 1995 | 147 | 2 | No |
| STRAITS EXPRESS | 1995 | 399 | 3 | No |
| FLYING CLOUD | 1996 | 149 | 2 | No |
| LIGHTNING | 1996 | 149 | 1 | No |
| FINEST | 1996 | 349 | 2 | No |
| LADY MARTHA | 1997 | 145 | 2 | No |
| MAKANA (f) | 1997 | 149 | 2 | No |
| DEL NORTE | 1997 | 390 | 2 | Yes – Platform Lift |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

Case 1:17-cv-10432-DJC   Document 55-6   Filed 12/17/18   Page 38 of 72

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| M/V INTINTOLI | 1997 | 301 | 2 | No |
| MARE ISLAND | 1997 | 300 | 2 | No |
| AUTSHUMATO (f) | 1998 | 149 | 2 | No |
| GOLDEN GATE | 1998 | 350 | 2 | No |
| NORA VITTORIA | 1998 | 400 | 3 | No |
| FIORELLO LAGUARDIA | 1999 | 150 | 3 | No |
| FRANK SINATRA | 1999 | 150 | 3 | No |
| YANKEE FREEDOM II | 1999 | 149 | 2 | No |
| YOGI BERRA | 1999 | 150 | 2 | No |
| AURORA | 1999 | 400 | 3 | No |
| CATALINA JET | 1999 | 440 | 3 | No |
| NAPA | 1999 | 350 | 2 | No |
| STARSHIP EXPRESS | 1999 | 298 | 2 | No |
| CHRISTOPHER COLUMBUS | 2000 | 150 | 3 | No |
| SALACIA | 2000 | 600 | 3 | No |
| FAIRWEATHER EXPRESS II | 2001 | 150 | 2 | No |
| FLORENCE MARTUS | 2001 | 149 | 1 | No |
| PEACEMAKER (f) | 2001 | 149 | 2 | No |
| PETER R WEISS | 2001 | 150 | 2 | No |
| ATHENA | 2001 | 250 | 2 | No |
| MENDOCINO | 2001 | 449 | 3 | Yes – Platform Lift |
| PERALTA | 2001 | 331 | 2 | No |
| SEASTREAK NEW JERSEY | 2001 | 399 | 3 | No |
| SEASTREAK NEW YORK | 2001 | 399 | 3 | No |
| DOWNTOWN | 2002 | 100 | 1 | No |
| B.V.I. PATRIOT (f) | 2002 | 150 | 2 | No |
| BROOKLYN | 2002 | 150 | 2 | No |
| HOBOKEN | 2002 | 150 | 2 | No |
| JET EXPRESS III | 2002 | 147 | 2 | No |
| U.S. SENATOR FRANK R LAUTENBERG | 2002 | 150 | 2 | No |
| ADMIRAL RICHARD E BENNIS | 2003 | 150 | 1 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

Case 1:17-cv-10432-DJC   Document 55-6   Filed 12/17/18   Page 39 of 72

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| BAYONNE | 2003 | 150 | 2 | No |
| EXPEDITIONS FOUR | 2003 | 149 | 2 | No |
| GOVERNOR THOMAS H. KEAN | 2003 | 150 | 2 | No |
| ISLAND ADVENTURE | 2003 | 149 | 2 | No |
| JERSEY CITY | 2003 | 150 | 2 | No |
| OCEAN STATE | 2003 | 149 | 2 | No |
| PATRIOT | 2003 | 149 | 2 | No |
| ATLANTICAT | 2003 | 442 | 3 | No |
| GREY LADY | 2003 | 294 | 2 | No |
| SEASTREAK WALL STREET | 2003 | 399 | 3 | No |
| PROVINCETOWN III | 2004 | 149 | 2 | No |
| SPIRIT OF KINGSTON | 2004 | 149 | 2 | No |
| WHALING CITY EXPRESS | 2004 | 150 | 3 | No |
| BIG CAT EXPRESS | 2004 | 377 | 3 | No |
| SEASTREAK HIGHLANDS | 2004 | 399 | 3 | No |
| SOLANO | 2004 | 300 | 2 | No |
| SEYMOUR B. DURST | 2005 | 149 | 2 | No |
| JET CAT EXPRESS | 2005 | 383 | 2 | No |
| EXPEDITIONS FIVE | 2006 | 108 | 2 | No |
| ED ROGOWSKY | 2006 | 149 | 2 | No |
| MARINA FLYER | 2006 | 149 | 2 | No |
| RANGER | 2006 | 149 | 2 | No |
| KEY WEST EXPRESS | 2006 | 199 | 2 | No |
| MV IYANOUGH | 2006 | 393 | 2 | No |
| CATALINA ADVENTURE | 2007 | 149 | 2 | No |
| LITTLE LADY II | 2007 | 149 | 2 | No |
| MARIAN S HEISKELL | 2007 | 149 | 2 | No |
| GEMINI | 2008 | 149 | 2 | No |
| PISCES | 2008 | 149 | 2 | No |
| KACHEMAK VOYAGER | 2009 | 150 | 2 | No |
| SCORPIO | 2009 | 199 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| RICH PASSAGE 1 | 2010 | 118 | 1 | No |
| YORK | 2010 | 148 | 2 | No |
| TAURUS | 2010 | 285 | 3 | No |
| **Multi-Hull Ferries (Passengers & Vehicles)** | | | | |
| FAIRWEATHER | 2003 | 250 | 2 | (*) |
| LAKE EXPRESS | 2004 | 400 | 3 | (*) |
| M/V CHENEGA | 2005 | 250 | 2 | (*) |
| **Mono-Hull Ferries (Passengers Only)** | | | | |
| CARLISLE II | 1917 | 140 | 2 | No |
| THOMAS JEFFERSON | 1942 | 794 | 1 | No |
| BADGER | 1953 | 600 | 3 | Yes – LULA |
| BIDE-A-WEE | 1955 | 150 | 2 | No |
| HOLIDAY | 1957 | 150 | 2 | No |
| HIAWATHA | 1959 | 150 | 2 | No |
| SACRE BLEU | 1959 | 147 | 2 | No |
| OTTAWA | 1959 | 600 | 2 | No |
| WENONAH | 1960 | 144 | 2 | No |
| BONITA | 1961 | 114 | 1 | No |
| MICHAEL COSGROVE | 1961 | 149 | 1 | No |
| CHIPPEWA | 1962 | 598 | 2 | No |
| MONITOR II | 1963 | 105 | 2 | No |
| ZEE WHIZ | 1964 | 150 | 2 | No |
| CABRILLO | 1964 | 303 | 2 | No |
| FIRE ISLAND DUCHESS | 1966 | 147 | 1 | No |
| ZEE LION | 1966 | 150 | 2 | No |
| ST FRANCISVILLE | 1967 | 143 | 2 | No |
| FAT CAT | 1967 | 300 | 2 | No |
| NEIL HENLY | 1967 | 380 | 2 | No |
| QUAIAPEN | 1967 | 248 | 2 | No |
| MERRIMAC II | 1968 | 107 | 2 | No |
| MT. MANSFIELD | 1969 | 122 | 2 | No |
| THE WELCOME | 1969 | 120 | 2 | No |

**Note:**

1.  Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| STRAITS OF MACKINAC II | 1969 | 295 | 2 | No |
| ROYAL STAR | 1970 | 650 | 3 | No |
| MOLOKAI PRINCESS | 1971 | 149 | 2 | No |
| ALCATRAZ FLYER | 1971 | 700 | 3 | Yes – LULA |
| FELICITY | 1972 | 150 | 2 | No |
| PARADISE CHALLENGER (f) | 1972 | 112 | 2 | No |
| CAPT PATTERSON | 1972 | 299 | 2 | No |
| BRANT POINT | 1973 | 603 | 3 | No |
| CATALINA KING | 1973 | 686 | 3 | Yes – LULA |
| ISLAND ROMANCE | 1973 | 299 | 2 | No |
| ALCATRAZ CLIPPER | 1974 | 693 | 3 | Yes – LULA |
| ISLAND QUEEN | 1974 | 354 | 2 | No |
| LADY VENTURE | 1974 | 325 | 1 | No |
| CUMBERLAND QUEEN | 1975 | 146 | 2 | No |
| VIKING SUPER STAR | 1975 | 149 | 3 | No |
| ANGEL ISLAND | 1975 | 396 | 2 | No |
| SAN FRANCISCO | 1975 | 715 | 3 | (*) |
| SANS SOUCI | 1976 | 149 | 2 | No |
| TAMALPAIS | 1976 | 120 | 2 | No |
| THE HOPE | 1976 | 150 | 2 | No |
| VICTORIA STAR2 | 1976 | 142 | 2 | No |
| BAY MONARCH | 1976 | 414 | 2 | No |
| FIRE ISLAND MISS | 1976 | 297 | 2 | No |
| MARIN | 1976 | 624 | 3 | (*) |
| SONOMA | 1976 | 715 | 3 | (*) |
| NATIVE SON EXPRESS | 1977 | 149 | 2 | No |
| VIKING STARSHIP | 1977 | 144 | 2 | No |
| CAPT. NEVILLE LEVY | 1977 | 999 | 3 | Yes – LULA |
| PATHFINDER II | 1977 | 249 | 2 | No |
| STATUE OF LIBERTY V | 1977 | 792 | 3 | Yes – LULA |
| TRAVELER | 1977 | 297 | 1 | No |

**Note:**

1.  Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| CARIBE TIME | 1978 | 145 | 1 | No |
| SAPELO QUEEN | 1978 | 147 | 2 | No |
| COL. FRANK X. ARMIGER | 1978 | 402 | 2 | No |
| MUNNATAWKET | 1978 | 209 | 2 | No |
| SEN. ALVIN T. STUMPF | 1978 | 999 | 3 | Yes – LULA |
| MARQUETTE | 1979 | 150 | 2 | No |
| STERLING (f) | 1979 | 149 | 2 | No |
| VAGABOND | 1979 | 150 | 1 | No |
| VICTORIA EXPRESS II | 1979 | 147 | 2 | No |
| FIRE ISLAND CLIPPER | 1979 | 343 | 2 | No |
| GOLDEN BEAR | 1979 | 396 | 2 | No |
| OLD BLUE | 1979 | 336 | 3 | No |
| OSKI | 1979 | 396 | 3 | No |
| WYANDOT | 1979 | 265 | 2 | No |
| VENTURE PRIDE | 1980 | 264 | 2 | No |
| CHESAPEAKE BREEZE | 1981 | 147 | 2 | No |
| SPEEDY'S FANTASY (f) | 1981 | 107 | 2 | No |
| VICTORIA EXPRESS | 1981 | 147 | 2 | No |
| CAPITOL VENTURE | 1981 | 248 | 2 | No |
| FIREBALL | 1981 | 297 | 2 | No |
| FREEDOM | 1981 | 599 | 2 | No |
| RITA | 1982 | 149 | 2 | No |
| ANNA | 1983 | 149 | 2 | No |
| LA SALLE | 1983 | 150 | 2 | No |
| M/V CUTTYHUNK | 1983 | 146 | 2 | No |
| KIKI | 1983 | 297 | 2 | No |
| FIREBIRD | 1984 | 395 | 2 | No |
| FORT INDEPENDENCE | 1984 | 518 | 3 | No |
| MCNEIL | 1984 | 260 | 2 | No |
| ISLANDER | 1985 | 119 | 2 | No |
| NICOLET | 1985 | 150 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| STRANGER | 1985 | 150 | 1 | No |
| TWO HARBORS | 1985 | 149 | 2 | No |
| BAY MIST | 1985 | 328 | 2 | No |
| ELIZABETH RIVER FERRY II | 1986 | 150 | 2 | No |
| CAPT. SHEPLER | 1986 | 265 | 1 | No |
| GULF ISLANDER | 1986 | 360 | 2 | No |
| 2TH FERRY | 1987 | 150 | 1 | No |
| ADVENTURE | 1987 | 149 | 2 | No |
| FLAMINGO | 1987 | 100 | 1 | No |
| LA NINA | 1987 | 150 | (na) | No |
| LADY VIRGINIA | 1987 | 307 | 3 | No |
| PORT IMPERIAL MANHATTAN | 1987 | 492 | 2 | No |
| BALMY DAYS II | 1988 | 145 | 2 | No |
| CUMBERLAND LADY | 1988 | 147 | 2 | No |
| LA PINTA | 1988 | 150 | (na) | No |
| PORT IMPERIAL NEW JERSEY | 1988 | 150 | 2 | No |
| CARIBE TIDE | 1988 | 284 | 2 | No |
| RADISSON | 1988 | 350 | 3 | No |
| GRAND ISLAND | 1989 | 150 | 2 | No |
| SUPER EXPRESS | 1989 | 149 | 2 | No |
| WEST NEW YORK | 1989 | 150 | 2 | No |
| ABRAHAM LINCOLN | 1989 | 399 | 2 | No |
| ALEXANDER HAMILTON | 1989 | 399 | 2 | No |
| GEORGE WASHINGTON | 1989 | 399 | 2 | No |
| KALAMA | 1989 | 250 | 1 | No |
| SKAGIT | 1989 | 250 | 1 | No |
| THOMAS JEFFERSON | 1989 | 399 | 2 | No |
| AVALON EXPRESS | 1990 | 150 | 2 | No |
| CADILLAC | 1990 | 150 | 2 | No |
| CUMBERLAND PRINCESS | 1990 | 144 | 2 | No |
| ELIZABETH RIVER FERRY III | 1990 | 150 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| VOYAGER | 1990 | 398 | 2 | No |
| PIED PIPER | 1991 | 103 | 2 | No |
| EXPLORER | 1991 | 398 | 2 | No |
| HENRY HUDSON | 1992 | 305 | 2 | No |
| ANNEMARIE | 1993 | 150 | 2 | No |
| JOLIET | 1993 | 150 | 2 | No |
| EMPIRE STATE | 1993 | 399 | 2 | No |
| ROBERT FULTON | 1993 | 350 | 2 | No |
| CATALINA EXPRESS | 1994 | 149 | 2 | No |
| ISLANDER EXPRESS | 1994 | 149 | 2 | No |
| GARDEN STATE | 1994 | 399 | 2 | No |
| ELIZABETH ANN | 1995 | 149 | 2 | No |
| OUTWARD BOUND | 1995 | 149 | 2 | No |
| CARIBE CAY | 1995 | 277 | 2 | No |
| CULEBRA II | 1996 | 523 | 3 | No |
| FAJARDO II | 1996 | 272 | 3 | No |
| JOHN STEVENS | 1996 | 399 | 2 | No |
| SOUTH BAY CLIPPER | 1996 | 412 | 2 | No |
| VIEQUES II | 1996 | 504 | 4 | No |
| ADMIRALTY WIND | 1998 | 148 | 3 | No |
| ATLANTIS | 1998 | 290 | (na) | No |
| BRAVO | 2001 | 107 | 1 | No |
| ORAL FREEMAN | 2001 | 146 | 2 | No |
| FIRE ISLAND FLYER | 2001 | 300 | 2 | No |
| ROYAL EXPRESS III | 2001 | 270 | 2 | No |
| SUNRISE | 2002 | 149 | 1 | No |
| WESTIN BREEZE | 2002 | 132 | 1 | No |
| NORTHERN LIGHTS | 2003 | 149 | 2 | No |
| POINT O' WOODS VII | 2003 | 150 | 2 | No |
| SUSIE KING TAYLOR | 2003 | 100 | 1 | No |
| CARIBENA | 2004 | 272 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| FIRE ISLAND EMPRESS | 2004 | 270 | 2 | No |
| MV MARTHA'S VINEYARD EXPRESS | 2005 | 150 | 2 | No |
| SAM HOLMES | 2005 | 149 | 2 | No |
| AUCOCISCO III | 2005 | 399 | 4 | (*) |
| MARQUETTE II | 2005 | 330 | 2 | No |
| KATIE UNDERWOOD | 2006 | 149 | 2 | No |
| YUNQUE PRINCESS | 2006 | 148 | 2 | No |
| GENE FLATOW | 2008 | 149 | 1 | No |
| MANHANSETT | 2008 | 149 | 2 | No |
| SOUTHSIDE | 2008 | 150 | 1 | No |
| CAYO BLANCO | 2009 | 596 | 3 | Yes – LULA |
| JERSEY | 2010 | 148 | 2 | No |
| **Mono-Hull Ferries (Passengers & Vehicles)** | | | | |
| ADIRONDACK | 1913 | 219 | 2 | No |
| CHAMPLAIN | 1930 | 368 | 2 | No |
| GOLDEN EAGLE FERRY | 1934 | 149 | 1 | No |
| VIRGINIA | 1936 | 144 | 1 | No |
| LOUIS B. PORTERIE | 1937 | 794 | 4 | Yes – Elevator |
| CAPE HENLOPEN | 1944 | 660 | 4 | (*) |
| NEEBISH ISLANDER II | 1946 | 112 | 1 | No |
| RHODODENDRON | 1947 | 546 | 2 | No |
| VALCOUR | 1947 | 219 | 2 | No |
| SAINT CHARLES | 1951 | 136 | 2 | No |
| BAYFIELD | 1952 | 149 | 1 | No |
| GRAND ISLE | 1953 | 149 | 2 | No |
| EVERGREEN STATE | 1954 | 984 | 2 | No |
| GOVERNOR | 1954 | 250 | 2 | No |
| HURON | 1955 | 341 | 2 | No |
| FELICIANA | 1956 | 143 | 1 | No |
| LT SAMUEL S. COURSEN | 1956 | 1242 | 2 | No |
| CAPT VIC | 1957 | 149 | 2 | No |
| IBERVILLE | 1958 | 143 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| KLAHOWYA | 1958 | 800 | 3 | (*) |
| NORTH HAVEN | 1959 | 124 | 1 | No |
| COHO | 1959 | 975 | 1 | No |
| TILLIKUM | 1959 | 1192 | 2 | No |
| SHELTER ISLAND | 1961 | 150 | 1 | No |
| NICHEVO II | 1962 | 149 | 2 | No |
| WHATCOM CHIEF | 1962 | 100 | 1 | No |
| BEAVER ISLANDER | 1962 | 200 | 2 | No |
| MALASPINA | 1963 | 499 | 5 | (*) |
| MATANUSKA | 1963 | 499 | 6 | (*) |
| TAKU | 1963 | 370 | 4 | (*) |
| CAMERON NO II | 1964 | 261 | 1 | No |
| SUSAN ANNE | 1964 | 585 | 5 | (*) |
| TUSTUMENA | 1964 | 174 | 3 | Yes – LULA |
| PAMLICO | 1965 | 300 | 2 | Yes – LULA |
| SILVER LAKE | 1965 | 300 | 2 | Yes – LULA |
| JOHN F. KENNEDY | 1965 | 3515 | 3 | (*) |
| ISLAND QUEEN | 1966 | 149 | 2 | No |
| NORTH CHANNEL | 1967 | 100 | 1 | No |
| EVERETT LIBBY | 1967 | 174 | 1 | No |
| HIYU | 1967 | 199 | 2 | No |
| POINTE A LA HACHE | 1967 | 174 | 2 | No |
| HYAK | 1967 | 2000 | 6 | (*) |
| KALEETAN | 1967 | 2000 | 6 | (*) |
| YAKIMA | 1967 | 2000 | 6 | (*) |
| GOVERNOR CURTIS | 1968 | 221 | 1 | No |
| NORTH STAR | 1968 | 300 | 2 | No |
| ELWHA | 1968 | 2000 | 6 | (*) |
| ISLANDER | 1969 | 147 | 1 | No |
| JULIET ALICA | 1969 | 149 | 2 | No |
| MANITOU | 1969 | 202 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

Case 1:17-cv-10432-DJC   Document 55-6   Filed 12/17/18   Page 47 of 72

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| EYRARBAKKI | 1970 | 147 | 2 | No |
| FT GAINES | 1970 | 149 | 1 | No |
| KAYLA MARIE | 1970 | 149 | 1 | No |
| MARISSA MAE NICOLE | 1970 | 149 | 2 | No |
| ROANOKE | 1970 | 133 | 2 | No |
| CARIBBEAN FERRY | 1971 | 120 | 2 | No |
| BOB ELLIS | 1972 | 100 | 2 | No |
| SPOKANE | 1972 | 2000 | 5 | (*) |
| LECONTE | 1973 | 247 | 5 | (*) |
| WALLA WALLA | 1973 | 2000 | 5 | (*) |
| GREENPORT | 1974 | 132 | 2 | No |
| COLUMBIA | 1974 | 600 | 7 | (*) |
| DELAWARE | 1974 | 898 | 4 | Yes – Elevator |
| NANTUCKET | 1974 | 752 | 4 | (*) |
| NEW JERSEY | 1974 | 598 | 3 | Yes – LULA |
| GOV GEORGE D. AIKEN | 1975 | 117 | 2 | No |
| TWIN CAPES | 1975 | 895 | 4 | (*) |
| ISLA GRANDE | 1976 | 149 | 1 | No |
| NEW ROADS | 1976 | 143 | 1 | No |
| ASCENSION | 1977 | 113 | 2 | No |
| BOONE NO. 9 | 1977 | 138 | 1 | No |
| AURORA | 1977 | 300 | 5 | (*) |
| GIBB GILCHRIST | 1977 | 491 | 1 | No |
| GOVERNOR EDWARD HYDE | 1977 | 300 | 2 | No |
| ST. JOHN | 1977 | 233 | 2 | No |
| GUEMES | 1979 | 100 | 1 | No |
| ROBERT NOBLE | 1979 | 150 | 2 | No |
| NEW LONDON | 1979 | 295 | 2 | No |
| SURRY | 1979 | 354 | 2 | No |
| ISSAQUAH | 1979 | 1200 | 3 | (*) |
| ACADIA | 1980 | 143 | 1 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| KITSAP | 1980 | 1200 | 2 | (*) |
| KITTITAS | 1980 | 1200 | 2 | (*) |
| GAY HEAD | 1981 | 140 | 2 | No |
| PELICAN | 1981 | 100 | 1 | No |
| CAPE HENLOPEN | 1981 | 598 | 3 | Yes – LULA |
| NELSECO | 1981 | 429 | 3 | Yes – LULA |
| SANKATY | 1981 | 290 | 4 | Yes – Elevator |
| ANDREW J. BARBERI | 1981 | 5992 | 3 | (*) |
| CATHLAMET | 1981 | 1200 | 2 | (*) |
| CHELAN | 1981 | 1198 | 3 | (*) |
| KATAMA | 1982 | 143 | 2 | No |
| SAMUEL I. NEWHOUSE | 1982 | 5997 | 3 | (*) |
| SEALTH | 1982 | 1200 | 2 | (*) |
| ISLANDER | 1983 | 443 | 2 | No |
| MARY ELLEN | 1983 | 660 | 3 | Yes – LULA |
| WILLIAMSBURG | 1983 | 349 | 1 | No |
| J B HUNT JR | 1984 | 143 | 2 | No |
| MADELINE | 1984 | 149 | 1 | No |
| PLATTSBURGH | 1984 | 146 | 2 | No |
| CAROL JEAN | 1984 | 797 | 4 | Yes – Elevator |
| CAPE MAY | 1985 | 895 | 4 | (*) |
| RACE POINT | 1985 | 245 | 2 | No |
| PRUDENCE FERRY | 1986 | 149 | 1 | No |
| PARK CITY | 1986 | 997 | 3 | Yes – LULA |
| ALICE AUSTEN | 1986 | 1279 | 2 | (*) |
| JOHN A. NOBLE | 1986 | 1271 | 2 | (*) |
| B. L. DEBERRY | 1987 | 118 | 1 | No |
| CARLEE EMILY | 1987 | 150 | 2 | No |
| J. C. DINGWALL | 1987 | 118 | 1 | No |
| EAGLE | 1987 | 799 | 5 | (*) |
| MACHIGONNE II | 1987 | 399 | 3 | Yes – LULA |

**Note:**

1.  Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| MARGARET CHASE SMITH | 1987 | **221** | 1 | No |
| EVANS-WADHAMS-WOLCOTT | 1988 | 146 | 2 | No |
| FT. MORGAN | 1988 | 149 | 1 | No |
| CARTERET | 1988 | 300 | 2 | Yes – LULA |
| CAPE POINT | 1989 | 149 | 2 | No |
| CHICAMACOMICO | 1989 | 149 | 2 | No |
| DRUMMOND ISLANDER III | 1989 | 149 | 2 | No |
| FRISCO | 1989 | 149 | 2 | No |
| KINNAKEET | 1989 | 149 | 2 | No |
| MARK G GOODE | 1989 | 118 | 1 | No |
| WASHINGTON | 1989 | 150 | 2 | No |
| M. V. JOHN H. | 1989 | 1000 | 4 | (*) |
| SOUTH BASS | 1989 | 500 | 2 | No |
| OCRACOKE | 1990 | 149 | 2 | No |
| SANTA MARIA | 1990 | 149 | 1 | No |
| SHIRLEY IRENE | 1991 | 149 | 2 | No |
| ROBERT C LANIER | 1991 | 495 | 4 | Yes – Elevator |
| CAPTAIN HENRY LEE | 1992 | 221 | 2 | No |
| GOVERNOR DANIEL RUSSELL | 1992 | 300 | 2 | Yes – LULA |
| VERMONT | 1992 | **221** | 2 | No |
| R E STOTZER JR | 1993 | 118 | 1 | No |
| CAPTAIN CHARLES PHILBROOK | 1993 | 221 | 2 | No |
| CAPTAIN NEAL BURGESS | 1993 | 221 | 2 | No |
| WM. MARKET | 1993 | 500 | 2 | No |
| MARTHA'S VINEYARD | 1993 | 1376 | 3 | (*) |
| ROANOKE | 1994 | 149 | 2 | No |
| CEDAR ISLAND | 1994 | 300 | 2 | Yes – LULA |
| CHRISTINE ANDERSON | 1994 | 250 | 2 | No |
| DEWITT C. GREER | 1994 | 494 | 5 | Yes – Elevator |
| MAQUOIT II | 1994 | 399 | 3 | (*) |
| GENERAL II | 1995 | 149 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| SUGAR ISLANDER II | 1995 | 138 | 1 | No |
| THOMAS A BAUM | 1995 | 149 | 2 | No |
| CAYO NORTE | 1995 | 205 | 2 | No |
| POCAHONTAS | 1995 | 444 | 4 | Yes – Elevator |
| ARNOLD W. OLIVER | 1996 | 118 | 1 | No |
| MIDDLE CHANNEL | 1996 | 149 | 1 | No |
| THE HICKMAN | 1996 | 148 | 1 | No |
| JEAN RIBAULT | 1996 | 199 | 1 | No |
| RAY STOKER, JR. | 1996 | 495 | 4 | Yes – Elevator |
| SOUTHPORT | 1996 | 300 | 2 | Yes – LULA |
| LT JOE THEINERT | 1997 | 150 | 1 | No |
| BLOCK ISLAND | 1997 | 962 | 3 | Yes – LULA |
| EMERALD ISLE | 1997 | 293 | 3 | (*) |
| PUT-IN-BAY | 1997 | 500 | 2 | No |
| M/V TACOMA | 1997 | 2499 | 5 | (*) |
| KENNICOTT | 1998 | 499 | 4 | (*) |
| LADY NAOMI (f) | 1998 | 220 | 3 | Yes – LULA |
| NEUSE | 1998 | 300 | 2 | Yes – LULA |
| ROBERT H. DEDMAN | 1998 | 495 | 4 | Yes – Elevator |
| PUYALLUP | 1998 | 2499 | 5 | (*) |
| WENATCHEE | 1998 | 2499 | 5 | (*) |
| WILLIAM G BURNETT | 1999 | 118 | 1 | No |
| PT BARNUM | 1999 | 988 | 4 | (*) |
| DRUMMOND ISLANDER IV | 2000 | 149 | 2 | No |
| CUMBERLAND | 2000 | 203 | 3 | Yes – LULA |
| FLOYD J. LUPTON | 2000 | 300 | 2 | Yes – LULA |
| FORT FISHER | 2000 | 300 | 2 | Yes – LULA |
| CHARLES HALL | 2001 | 147 | 1 | No |
| PRINCE OF WALES | 2001 | 165 | 3 | (*) |
| AMERICA | 2002 | 150 | 1 | No |
| HERON | 2002 | 100 | 2 | No |

**Note:**

1.  Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| MASHOMACK | 2002 | 149 | 1 | No |
| ARNI J. RICHTER | 2003 | 145 | 2 | No |
| CROATOAN | 2003 | 300 | 2 | Yes – LULA |
| GRAND REPUBLIC | 2003 | 988 | 4 | (*) |
| W STANFORD WHITE | 2003 | 300 | 2 | Yes – LULA |
| GEES BEND | 2004 | 149 | 1 | No |
| LITUYA | 2004 | 149 | 2 | No |
| ISLENO | 2004 | 208 | 2 | No |
| PLAQUEMINES PRIDE | 2004 | 200 | 1 | No |
| GUY V. MOLINARI | 2004 | 4400 | 5 | (*) |
| SEN. JOHN J. MARCHI | 2004 | 4400 | 4 | (*) |
| MENANTIC | 2005 | 149 | 1 | No |
| SPIRIT OF AMERICA | 2005 | 4400 | 4 | (*) |
| MISTER B | 2006 | 150 | 2 | No |
| HATTERAS | 2006 | 300 | 2 | Yes – LULA |
| STEILACOOM II | 2006 | 324 | 2 | No |
| STIKINE | 2006 | 195 | 3 | (*) |
| ISLAND HOME | 2007 | 1200 | 6 | (*) |
| CAYO LARGO | 2008 | 300 | 2 | No |
| CHETZEMOKA | 2010 | 750 | 3 | Yes – LULA |
| RAYMOND C PECOR JR | 2010 | 200 | 2 | No |
| **Multi-Hull Multi-Purpose Passenger Vessels** | | | | |
| FREEDOM | 1974 | 389 | 2 | No |
| AMERICAN EAGLE | 1984 | 152 | 2 | No |
| GLACIER EXPRESS | 1985 | 292 | 3 | No |
| SPIRIT OF ADVENTURE | 1985 | 240 | 3 | No |
| JET EXPRESS | 1989 | 380 | 3 | No |
| NAVATEK I | 1989 | 422 | 2 | No |
| BRAVEST | 1996 | 349 | 2 | No |
| FRIENDSHIP V | 1996 | 366 | 3 | No |
| DEACON | 1998 | 250 | 3 | No |
| MILLENNIUM | 1998 | 367 | 3 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| KLONDIKE EXPRESS | 1999 | 342 | 3 | No |
| VOYAGER III | 1999 | 349 | 2 | No |
| ROYAL MISS BELMAR | 2000 | 300 | 3 | No |
| BISCAYNE LADY | 2002 | 400 | 3 | No |
| ZEPHYR | 2003 | 600 | 3 | No |
| ISLAND DISCOVERY | 2005 | 200 | 2 | No |
| **Mono-Hull Multi-Purpose Passenger Vessels** | | | | |
| BELLE OF LOUISVILLE | 1914 | 999 | 3 | Yes – LULA |
| CLIPPER WINNEBAGO | 1922 | 300 | 2 | No |
| INTERNATIONAL | 1927 | 200 | 2 | No |
| SIGHTSEER XII | 1933 | 600 | 2 | No |
| CIRCLE LINE XVI | 1934 | 585 | 2 | No |
| CIRCLE LINE XVII | 1934 | 585 | 2 | No |
| INDIAN HARBOR | 1937 | 251 | 2 | No |
| PAN AMERICAN CLIPPER | 1937 | 200 | 1 | No |
| SILVERGATE | 1940 | 296 | 2 | No |
| BAHIA BELLE | 1942 | 195 | 3 | No |
| 109 | 1943 | 205 | 1 | No |
| CIRCLE LINE X | 1944 | 492 | 2 | No |
| NEWPORT PRINCESS | 1944 | 250 | 2 | No |
| TEMPTRESS | 1944 | 700 | 4 | Yes – Elevator |
| THE ISLANDER | 1945 | 236 | 1 | No |
| ROMANCE | 1946 | 400 | 3 | No |
| MAJESTIC | 1950 | 1067 | 3 | Yes – LULA |
| DISCOVERY II | 1953 | 391 | 3 | No |
| COEUR D'ALENE | 1954 | 400 | 2 | No |
| HARBOR QUEEN | 1954 | 444 | 2 | No |
| PRINCESS WENONAH | 1954 | 249 | 2 | No |
| MISS LIBERTY | 1954 | 827 | 2 | No |
| DIAMOND JACK | 1955 | 254 | 3 | No |
| MEMPHIS QUEEN II | 1955 | 308 | 2 | No |
| SAMUEL CLEMENS | 1955 | 273 | 3 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| DIAMOND QUEEN | 1956 | 300 | 2 | No |
| MARIETTA | 1957 | 269 | 2 | No |
| DIAMOND BELLE | 1958 | 400 | 3 | No |
| HARBOR KING | 1958 | 222 | 3 | No |
| HARBOR PRINCESS | 1959 | 444 | 2 | No |
| MONHEGAN | 1959 | 190 | 1 | No |
| BELLE OF HOT SPRINGS | 1960 | 224 | 3 | No |
| MISS CHRISTIN | 1960 | 210 | 2 | No |
| SIGHTSEER | 1960 | 250 | 2 | No |
| BECKY THATCHER | 1961 | 237 | 2 | No |
| ISLAND BEACH | 1961 | 339 | 2 | No |
| MARLYN | 1961 | 260 | 3 | No |
| MARTHA WASHINGTON | 1961 | 209 | 2 | No |
| LADY ST JOHNS | 1962 | 300 | 2 | No |
| MOONCHASER | 1962 | 257 | 2 | No |
| VIRGINIA C II | 1962 | 215 | 2 | No |
| ROYAL PRINCE | 1962 | 500 | 3 | No |
| BECKY THATCHER | 1963 | 339 | 2 | No |
| HALF MOON | 1963 | 230 | 2 | No |
| JUBILEE II | 1963 | 194 | 3 | No |
| SENECA LEGACY | 1963 | 265 | 2 | No |
| SPIRIT OF JEFFERSON | 1963 | 300 | 3 | No |
| VIKING STARLINER | 1963 | 348 | 2 | No |
| MARK TWAIN | 1964 | 388 | 3 | No |
| NEW BOSTON | 1964 | 395 | 2 | No |
| MISS CIRCLE LINE | 1964 | 1035 | 3 | Yes – LULA |
| DUCHESS | 1965 | 310 | 3 | No |
| PADDLEWHEEL QUEEN | 1965 | 408 | 3 | No |
| TUNICA QUEEN (g) | 1965 | 395 | 3 | No |
| CARRIE B | 1966 | 300 | 2 | No |
| TOM SAWYER | 1966 | 362 | 2 | No |

**Note:**

1.  Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator<br>LULA<br>Platform Lift |
|---|---|---|---|---|
| FREEDOM | 1967 | 430 | 2 | No |
| SPIRIT OF SACRAMENTO | 1967 | 344 | 3 | No |
| SUMMER OF GEORGE | 1967 | 200 | 3 | No |
| MISH-AN-NOCK | 1968 | 400 | 2 | No |
| HARBOR EMPEROR | 1968 | 500 | 2 | No |
| POINT LOMA | 1969 | 400 | 3 | Yes – LULA |
| CAPE MAY WHALE WATCHER | 1970 | 275 | 3 | No |
| JONATHAN PADELFORD | 1970 | 200 | 2 | No |
| AMBASSADOR II (f) (g) | 1970 | 1,600 | 5 | (*) |
| GENERAL BEAUREGARD | 1971 | 311 | 2 | No |
| GOODTIME I | 1971 | 347 | 2 | No |
| ISLAND WANDERER | 1971 | 219 | 2 | No |
| JUNGLE QUEEN IV | 1971 | 536 | 3 | No |
| RANGER | 1971 | 514 | 2 | No |
| DANDY | 1972 | 200 | 2 | No |
| HARBOR QUEEN | 1972 | 297 | 2 | No |
| MISS BUFFALO II | 1972 | 226 | 2 | No |
| SHERYLL PRINCESS | 1972 | 315 | 2 | No |
| CABANA | 1973 | 366 | 2 | No |
| MUSETTE | 1974 | 400 | 2 | No |
| RIVER ROSE | 1974 | 215 | 1 | No |
| NATCHEZ | 1975 | 1603 | 4 | Yes – Elevator |
| BENNIE ALICE | 1976 | 195 | 2 | No |
| GOODTIME II | 1976 | 437 | 2 | No |
| STAR OF PALM BEACH | 1976 | 429 | 2 | No |
| UNCLE SAM 7 | 1976 | 226 | 2 | No |
| BAY STATE | 1976 | 549 | 3 | No |
| ENDEAVOR | 1977 | 350 | 1 | No |
| HURRICANE II | 1977 | 295 | 2 | No |
| SPIRIT OF DUBUQUE | 1977 | 375 | 2 | No |
| MISS FREEDOM | 1977 | 564 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| TEXAS STAR CASINO (f) (g) | 1977 | 595 | 3 | Yes – LULA |
| CORNUCOPIA PRINCESS | 1978 | 400 | 4 | Yes – Elevator |
| ESCAPADE | 1978 | 440 | 3 | Yes – LULA |
| GOODTIME III | 1978 | 223 | 2 | No |
| STAR OF THE NORTHWEST | 1978 | 245 | 3 | Yes – LULA |
| VISTA KING | 1978 | 255 | 2 | No |
| CARIBBEAN DREAM II | 1979 | 295 | 1 | No |
| MEMPHIS QUEEN III | 1979 | 401 | 2 | No |
| STEVEN THOMAS | 1979 | 195 | 2 | No |
| MONTE CARLO (f) (g) | 1980 | 315 | 3 | No |
| PRINCE CHARMING | 1980 | 398 | 2 | No |
| RIP VAN WINKLE | 1980 | 388 | 2 | No |
| PROVINCETOWN II | 1980 | 713 | 3 | Yes – LULA |
| NAUTICA QUEEN | 1981 | 407 | 3 | Yes – LULA |
| STARLITE MAJESTY | 1981 | 399 | 3 | No |
| THE HARRIOTT II | 1981 | 400 | 2 | No |
| AQUASINO | 1981 | 600 | 5 | Yes – Elevator |
| CAPT CLARK'S FLAGSHIP | 1982 | 364 | 3 | No |
| MYSTIQUE | 1982 | 350 | 3 | No |
| PACIFIC HORNBLOWER | 1982 | 271 | 2 | No |
| THE STAR | 1982 | 305 | 2 | No |
| JOHN JAMES AUDUBON | 1982 | 600 | 3 | (*) |
| MISS GATEWAY | 1982 | 500 | 2 | No |
| CAPITOL HORNBLOWER | 1983 | 223 | 2 | No |
| CARRIE B | 1983 | 324 | 2 | No |
| GRAND DUCHESS | 1983 | 350 | 3 | Yes – LULA |
| ISLAND QUEEN | 1983 | 401 | 3 | No |
| TAHOE QUEEN | 1983 | 350 | 3 | Yes – LULA |
| VOYAGEUR | 1983 | 230 | 1 | No |
| COLUMBIA GORGE | 1983 | 599 | 2 | No |
| CREOLE QUEEN | 1983 | 955 | 3 | Yes – LULA |

**Note:**

1.  Vessel is an overnight deep sea charter fishing vessel.

Case 1:17-cv-10432-DJC   Document 55-6   Filed 12/17/18   Page 56 of 72

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| FIRST LADY | 1983 | 544 | (na) | No |
| CAPT. ANDERSON III | 1984 | 175 | 2 | No |
| CHERRY BLOSSOM | 1984 | **408** | 3 | No |
| HARBOR LIGHTS | 1984 | 400 | 3 | No |
| M/V INDIAN RIVER QUEEN | 1984 | 261 | 3 | No |
| MAJESTY | 1984 | 280 | 3 | Yes – LULA |
| MUSIC CITY QUEEN | 1984 | 338 | 3 | No |
| PRINCESS | 1984 | 399 | 3 | No |
| QUEEN OF SEATTLE | 1984 | 275 | 3 | Yes – LULA |
| ALI'I KAI | 1984 | 838 | 2 | No |
| AVALON | 1984 | 602 | 3 | Yes – LULA |
| LORD HORNBLOWER | 1984 | 800 | 3 | Yes – LULA |
| CAPT. JOHN & SON IV | 1985 | 294 | 2 | No |
| CELEBRATION LADY | 1985 | 299 | 3 | No |
| FT. DEARBORN | 1985 | 200 | 2 | No |
| JEWEL | 1985 | 337 | 2 | No |
| SPIRIT OF CHARLESTON | 1985 | 422 | 2 | No |
| TAYLORS FALLS PRINCESS | 1985 | 250 | 2 | No |
| COLONEL | 1985 | 785 | 3 | Yes – LULA |
| DIAMOND ROYALE (g) | 1985 | 600 | 3 | Yes – LULA |
| ENTERTAINER | 1985 | 574 | 2 | No |
| FREDERICK L NOLAN JR | 1985 | 550 | 3 | No |
| GEORGIA QUEEN | 1985 | 600 | 3 | No |
| HENRIETTA III | 1985 | 600 | 5 | Yes – Elevator |
| INNER HARBOR SPIRIT | 1985 | 574 | 2 | No |
| OPUS CASINO (f) (g) | 1985 | 800 | 3 | Yes – LULA |
| RESPECT | 1985 | 499 | 3 | Yes – LULA |
| SOUTHERN BELLE | 1985 | 507 | 3 | No |
| SPIRIT OF SAN DIEGO | 1985 | 579 | 3 | Yes – LULA |
| GENERAL JACKSON | 1985 | 1200 | 4 | (*) |
| CAPT. PETE | 1986 | 300 | 2 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| MARINA HORNBLOWER | 1986 | 200 | 3 | No |
| QUEEN | 1986 | 393 | 2 | No |
| ROYAL WINNER PRINCESS II | 1986 | 396 | 3 | No |
| STARLITE PRINCESS | 1986 | 339 | 3 | No |
| ANNA C | 1986 | 647 | 4 | Yes – Elevator |
| CELEBRATION BELLE | 1986 | 800 | 4 | (*) |
| EMPRESS ANDIAMO | 1986 | 500 | 3 | No |
| ISLANDER | 1986 | 500 | 3 | No |
| PORTLAND SPIRIT | 1986 | 540 | 3 | Yes – LULA |
| SPIRIT OF THE LOWCOUNTRY | 1986 | 527 | 3 | (*) |
| WILLIAM D. EVANS | 1986 | 580 | 3 | (*) |
| WORLD YACHTS DUCHESS | 1986 | 600 | 3 | Yes – LULA |
| WORLD YACHTS PRINCESS | 1986 | 600 | 3 | Yes – LULA |
| BEN FRANKLIN | 1987 | 317 | 3 | No |
| CAP STREETER | 1987 | 300 | 2 | No |
| KENAI STAR | 1987 | 195 | 2 | No |
| SHORELINE II | 1987 | 350 | 2 | No |
| SPIRIT OF SEATTLE | 1987 | 461 | 3 | No |
| THOMAS LAIGHTON | 1987 | 346 | 3 | No |
| VISTA STAR | 1987 | 300 | 3 | No |
| CAPT. JP | 1987 | 593 | 4 | No |
| CAPT. JP II | 1987 | 600 | 3 | Yes – LULA |
| DISCOVERY III | 1987 | 900 | 4 | Yes – Elevator |
| RIVER QUEEN | 1987 | 500 | 2 | No |
| SAVANNAH RIVER QUEEN | 1987 | 600 | 3 | No |
| STATUE OF LIBERTY IV (g) | 1987 | 600 | 3 | Yes – LULA |
| ALEXANDRIA BELLE | 1988 | 425 | 3 | No |
| AMERICAN PRINCESS | 1988 | 220 | 2 | No |
| ANSON NORTHRUP | 1988 | 350 | 2 | No |
| CAROLINA BELLE | 1988 | 300 | 2 | No |
| ISLAND DUCHESS | 1988 | 439 | 3 | No |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

Case 1:17-cv-10432-DJC    Document 55-6    Filed 12/17/18    Page 58 of 72

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| MASSACHUSETTS | 1988 | 346 | 2 | No |
| QUEEN CITY CLIPPER | 1988 | 208 | 1 | No |
| SKYLINE PRINCESS | 1988 | 450 | 3 | No |
| SPIRIT OF PEORIA | 1988 | 428 | 3 | Yes – LULA |
| THE STAR | 1988 | 300 | 3 | No |
| ANNABEL LEE | 1988 | 506 | 2 | No |
| CITY OF CARUTHERSVILLE | 1988 | 800 | 4 | Yes – Elevator |
| EMPRESS HORNBLOWER | 1988 | 500 | 3 | No |
| GREAT POINT | 1988 | 804 | 3 | Yes – LULA |
| SPIRIT OF BALTIMORE | 1988 | 600 | 4 | Yes – Elevator |
| SPIRIT OF CHICAGO | 1988 | 600 | 4 | Yes – Elevator |
| AQUA (f) | 1989 | 325 | 3 | No |
| CALIFORNIA HORNBLOWER | 1989 | 359 | 3 | Yes – LULA |
| ISLAND GIRL | 1989 | 296 | 2 | No |
| LADY WINDRIDGE | 1989 | 407 | 2 | No |
| MAJESTIC PRINCESS | 1989 | 353 | 2 | No |
| PTARMIGAN | 1989 | 196 | 2 | No |
| VALLEY GEM | 1989 | 295 | 2 | No |
| VISTA JUBILEE | 1989 | 428 | 3 | Yes – LULA |
| CATALINA | 1989 | 600 | 1 | No |
| NAUTICAL EMPRESS | 1989 | 600 | 3 | (*) |
| SPIRIT OF NEW JERSEY | 1989 | 579 | 3 | Yes – LULA |
| SPIRIT OF NEW YORK | 1989 | 600 | 4 | Yes – Elevator |
| SPIRIT OF PHILADELPHIA | 1989 | 600 | 4 | Yes – Elevator |
| MISS MARQUETTE (g) | 1989 | 1,200 | 4 | Yes – Elevator |
| BETSEY NORTHRUP | 1990 | 360 | 1 | No |
| LAURA | 1990 | 347 | 2 | No |
| MATTHEW J. HUGHES | 1990 | 347 | 2 | No |
| THE ANITA DEE II | 1990 | 400 | 4 | No |
| GOODTIME III | 1990 | 975 | 4 | Yes – Elevator |
| SPIRIT OF BOSTON | 1990 | 600 | 4 | Yes – Elevator |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

Case 1:17-cv-10432-DJC   Document 55-6   Filed 12/17/18   Page 59 of 72

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| SPIRIT OF MOUNT VERNON | 1990 | 573 | 3 | Yes – LULA |
| CATALINA DUCHESS | 1991 | 292 | 2 | No |
| CHICAGO'S FIRST LADY | 1991 | 225 | 2 | No |
| DESERT PRINCESS | 1991 | 300 | 3 | No |
| FUME BLANC COMMODORE | 1991 | 450 | 3 | No |
| GRAND ROMANCE | 1991 | 350 | 3 | Yes – LULA |
| PORTUGUESE PRINCESS II | 1991 | 293 | 2 | No |
| ROYAL PRINCESS | 1991 | 242 | 3 | Yes – LULA |
| SAN FRANCISCO SPIRIT | 1991 | 355 | 4 | Yes – Elevator |
| W. L. CALLAHAN | 1991 | 260 | 2 | No |
| BELLE OF CINCINNATI | 1991 | 1000 | 3 | Yes – LULA |
| MISS ELLIS ISLAND | 1991 | 799 | 3 | Yes – LULA |
| MISS NEW JERSEY | 1991 | 799 | 3 | Yes – LULA |
| MISSISSIPPI QUEEN | 1991 | 840 | 4 | Yes – Elevator |
| ODYSSEY | 1991 | 800 | 4 | Yes – Elevator |
| HORIZON STAR (g) | 1992 | 285 | 4 | Yes – Elevator |
| JAMES J DOHERTY | 1992 | 348 | 2 | No |
| INSPIRATION HORNBLOWER | 1992 | 1000 | 4 | Yes – Elevator |
| SPIRIT OF NORFOLK | 1992 | 600 | 2 | No |
| STAR OF HONOLULU | 1992 | 1500 | 5 | (*) |
| DISCOVERY | 1993 | 212 | 2 | No |
| BIG EASY | 1993 | 1,000 | 4 | Yes – Elevator |
| LADY ANDERSON | 1993 | 500 | 3 | Yes – LULA |
| MISS NEW YORK | 1993 | 799 | 3 | Yes – LULA |
| ODYSSEY II | 1993 | 749 | 4 | Yes – Elevator |
| ALTON BELLE CASINO II (g) | 1993 | 1321 | 3 | (*) |
| CATFISH BEND RIVERBOAT CASINO II (g) | 1993 | 1,389 | 4 | Yes – Elevator |
| CORNUCOPIA MAJESTY | 1993 | 1200 | 4 | (*) |
| DETROIT PRINCESS | 1993 | 1636 | 5 | (*) |
| SOUTHERN STAR I (g) | 1993 | 1,200 | 4 | Yes – Elevator |
| STAR CASINO (g) | 1993 | 1,409 | 3 | Yes – LULA |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| ARKANSAS QUEEN | 1994 | 338 | 2 | No |
| LADY MARY | 1994 | 300 | 2 | No |
| TAILS OF THE SEA | 1994 | 293 | 2 | No |
| ADVENTURE HORNBLOWER | 1994 | 600 | 3 | Yes – LULA |
| M.S. DIXIE II | 1994 | 570 | 3 | Yes – LULA |
| PHILADELPHIA BELLE | 1994 | 1000 | 6 | Yes – Elevator |
| ARGOSY III | 1994 | 1555 | 3 | (*) |
| CASINO ROUGE (g) | 1994 | 1800 | 4 | (*) |
| CROWN CASINO (g) | 1994 | 1750 | 5 | (*) |
| GRAND VICTORIA (g) | 1994 | 1736 | 2 | (*) |
| GRAND VICTORIA II (g) | 1994 | 2700 | 6 | (*) |
| HARRAHS NORTH STAR (g) | 1994 | 1800 | 5 | (*) |
| MARY'S PRIZE (g) | 1994 | 1650 | 3 | (*) |
| PAR-A-DICE (g) | 1994 | 1654 | 4 | (*) |
| PRIDE OF LAKE CHARLES (g) | 1994 | 1,660 | 4 | Yes – Elevator |
| SAN FRANCISCO BELLE | 1994 | 2000 | 4 | (*) |
| SHREVE STAR (g) | 1994 | 1650 | 4 | (*) |
| THE MARGARET MARY (g) | 1994 | 2050 | 4 | (*) |
| TREASURE CHEST CASINO (g) | 1994 | 1725 | 4 | (*) |
| TREBLE CLEF (g) | 1994 | 1,900 | 4 | Yes – Elevator |
| AMERICAN PRINCESS II | 1995 | 168 | 2 | No |
| DOLPHIN VIII | 1995 | 292 | 2 | No |
| DREAM ON | 1995 | 260 | 2 | No |
| STARSHIP | 1995 | 343 | 3 | No |
| ODYSSEY III | 1995 | 600 | 1 | No |
| SHOWBOAT BRANSON BELLE | 1995 | 750 | 4 | (*) |
| AMERISTAR II (g) | 1995 | 2,710 | 2 | No |
| BELLE OF ORLEANS (g) | 1995 | 2450 | 2 | (*) |
| BETTENDORF CAPRI (g) | 1995 | 2,300 | 3 | Yes – LULA |
| CITY OF EVANSVILLE (g) | 1995 | 2700 | 4 | (*) |
| GRAND PALAIS (g) | 1995 | 2000 | 3 | (*) |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| KANESVILLE QUEEN (g) | 1995 | 2,352 | 3 | Yes – LULA |
| EMERALD STAR | 1996 | 250 | 1 | No |
| THE BIG M CASINO | 1996 | 400 | 3 | Yes – LULA |
| DESTINY | 1997 | 330 | 4 | No |
| SPIRIT OF ETHAN ALLEN III | 1997 | 424 | 3 | Yes – LULA |
| LIBERTY BELLE | 1997 | 600 | 3 | Yes – LULA |
| ARGOSY VI | 1997 | 4000 | 3 | (*) |
| BLUE CHIP CASINO (g) | 1997 | 3,000 | 4 | Yes – Elevator |
| KING OF THE RED (g) | 1997 | 2678 | 4 | (*) |
| MAJESTIC STAR (g) | 1997 | 3000 | 5 | (*) |
| WINSTAR (g) | 1997 | 3750 | 5 | (*) |
| CELESTIAL | 1998 | 374 | 1 | No |
| FANTASEA ONE | 1998 | 348 | 4 | (*) |
| MIDNIGHT GAMBLER II (g) | 1998 | 500 | 3 | Yes – LULA |
| SPIRIT OF CAROLINA | 1998 | 454 | 3 | No |
| EMERALD PRINCESS II | 1998 | 600 | 4 | Yes – Elevator |
| JACKS OR BETTER CASINO (g) | 1998 | 500 | 3 | Yes – LULA |
| MYSTIC BLUE | 1998 | 492 | 4 | Yes – Elevator |
| GLORY OF ROME (g) | 1998 | 4557 | 4 | (*) |
| CAPRICE | 1999 | 284 | 3 | No |
| CATHERINE MARIE | 1999 | 250 | 3 | No |
| CORNUCOPIA DESTINY | 1999 | 400 | 5 | No |
| ETERNITY | 1999 | 343 | 3 | (*) |
| NINA'S DANDY | 1999 | 286 | 2 | No |
| ROYAL CASINO I (g) | 1999 | 375 | 3 | Yes – LULA |
| WHALE WATCHER | 1999 | 393 | 2 | No |
| STARSHIP | 1999 | 600 | 3 | Yes – LULA |
| CABERNET SAUVIGNON COMMODORE | 2000 | 400 | 4 | (*) |
| HORIZON 'S EDGE (g) | 2000 | 500 | 3 | Yes – LULA |
| ROYAL ARGOSY | 2000 | 800 | 3 | Yes – LULA |
| SPIRIT OF WASHINGTON | 2000 | 600 | 4 | (*) |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| HOLLYWOOD DREAMS (g) | 2000 | 3100 | 4 | (*) |
| MISS BELTERRA (g) | 2000 | 2932 | 3 | (*) |
| EVENING STAR | 2001 | 305 | 2 | No |
| OUILMETTE | 2001 | 217 | 2 | No |
| ENDLESS DREAMS | 2002 | 468 | 3 | Yes – LULA |
| KANAN | 2002 | 400 | 4 | (*) |
| ATLANTICA | 2003 | 400 | 3 | Yes – LULA |
| BRIGHT STAR | 2003 | 336 | 2 | No |
| M/V MAJESTIC | 2003 | 375 | 3 | Yes – LULA |
| ROYAL EXPRESS IV | 2003 | 300 | 3 | No |
| ATLANTIS | 2004 | 319 | 2 | No |
| THE GRAND FLORIDIAN | 2004 | 300 | 4 | (*) |
| CALIFORNIA SPIRIT | 2004 | 600 | 3 | Yes – LULA |
| BIG M CASINO (g) | 2005 | 500 | 3 | Yes – LULA |
| ISLAND EXPEDITION | 2005 | 199 | 2 | No |
| OVATION | 2005 | 323 | 3 | No |
| L 'AUBERGE DU LAC (g) | 2005 | 3637 | 2 | (*) |
| SIR WINSTON | 2006 | 400 | 5 | (*) |
| THE FLORIDIAN PRINCESS | 2006 | 400 | 4 | No |
| BLUE CHIP 2 (g) | 2006 | 5914 | 3 | (*) |
| WENDELLA | 2007 | 340 | 2 | No |
| GRAND LUXE | 2007 | 600 | 3 | (*) |
| CIRCLE LINE MANHATTAN | 2008 | 600 | 2 | No |
| CIRCLE LINE BROOKLYN | 2009 | 600 | 2 | No |
| CIRCLE LINE QUEENS | 2009 | 600 | 2 | No |
| LINNEA | 2010 | 340 | 2 | No |

### Small Cruise or Charter Ships (50 to 299 Overnight Passengers)

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| LA PESCA | 1970 | 62 | 1[1] | No |
| PACIFIC MONARCH | 1971 | 136 | 3 | Yes – LULA |
| WILDERNESS EXPLORER (ex-Spirit of Discovery) | 1976 | 95 | 3 | Yes – LULA |
| ADMIRALTY DREAM (ex-Spirit of Columbia) | 1979 | 80 | 3 | Yes – LULA |
| SPIRIT OF ALASKA | 1980 | 86 | 3 | Yes – LULA |

**Note:**

1. Vessel is an overnight deep sea charter fishing vessel.

Case 1:17-cv-10432-DJC    Document 55-6    Filed 12/17/18    Page 63 of 72

| Vessel Name | Year Constructed | Passengers | Passenger Decks | Elevator LULA Platform Lift |
|---|---|---|---|---|
| NAT.GEOGRAPHIC SEA BIRD | 1981 | 92 | 3 | Yes – LULA |
| NAT.GEOGRAPHIC SEA LION | 1982 | 92 | 3 | Yes – LULA |
| NAT.GEOGRAPHIC EXPLORER (f) | 1982 | 150 | 3 | (*) |
| SAFARI ENDEAVOUR (ex-Spirit of Endeavor) | 1983 | 109 | 5 | Yes – Elevator |
| WILDERNESS ADVENTURER | 1983 | 85 | 3 | Yes – LULA |
| SAFARI LEGACY (ex-spirit of '98) | 1984 | 101 | 5 | (*) |
| SEADREAM I (f) | 1984 | 110 | 5 | (*) |
| SEADREAM II (f) | 1985 | 112 | 5 | (*) |
| SEABOURN PRIDE (f) | 1987 | 218 | 6 | (*) |
| YORKTOWN (ex-Spirit of Yorktown) | 1988 | 138 | 5 | Yes – Elevator |
| WIND SPIRIT (f) | 1988 | 150 | 4 | Yes – Elevator |
| CLIPPER ODYSSEY (f) | 1989 | 132 | 4 | (*) |
| SILVER EXPLORER (ex-Prince Albert II) (f) | 1989 | 132 | 6 | (*) |
| SEABOURN SPIRIT (f) | 1989 | 208 | 6 | (*) |
| BREMEN (f) | 1990 | 164 | 6 | (*) |
| SEABOURN LEGEND (f) | 1990 | 212 | 6 | (*) |
| HANSEATIC (f) | 1991 | 200 | 6 | Yes – Elevator |
| SPIRIT OF OCEANUS (f) | 1991 | 120 | 5 | (*) |
| NIAGARA PRINCE | 1994 | 90 | 3 | Yes – LULA |
| SILVER CLOUD (f) | 1994 | 296 | 6 | (*) |
| QUEEN OF THE WEST | 1995 | 140 | 5 | (*) |
| SILVER WIND (f) | 1995 | 296 | 6 | (*) |
| GRANDE CARIBE | 1997 | 98 | 4 | Yes – Elevator |
| GRANDE MARINER | 1998 | 100 | 4 | Yes – Elevator |
| AMERICAN SPIRIT | 2005 | 98 | 4 | (*) |
| AMERICAN STAR | 2007 | 98 | 4 | (*) |
| INDEPENDENCE | 2010 | 104 | 4 | (*) |

**Note:**

1.  Vessel is an overnight deep sea charter fishing vessel.


**APPENDIX II.   LARGE CRUISE SHIPS OPERATING IN U.S. PORTS AS OF 2011**

This appendix provides data on large cruise ships permitted to carry 300 or more overnight passengers operating in U.S. ports as of 2011.[25]  We compiled the data from the following sources:

1.  U.S. Department of Transportation, Maritime Administration, Cruise Detail Table at:

http://www.marad.dot.gov/library_landing_page/data_and_statistics/Data_and_Statistics.htm. The Cruise Detail Table contains data on cruises, passengers, and departure and destination ports derived from the U.S. Customs and Border Protection Vessel Entrance and Clearance Documents for the period from January 1, 2004 to March 31, 2012.

2. Cruise Lines International Association (CLIA), Cruise Lines & Ships webpage at: http://www.cruising.org/vacation/cruise-lines-ships. The CLIA webpage provides data on the year the cruise ships were constructed, the total number of guest rooms, and the number of guest rooms with mobility features.

3. Cruise ship deck plans available on the cruise line websites. The deck plans show the guest rooms on each deck and indicate the guest rooms with mobility features with a symbol. Where the number of guest rooms with mobility features shown on the cruise ship deck plan differs from the number on the CLIA webpage, the number on the cruise ship deck plan is used.

| | | | Large Cruise Ships Operating in U.S. Ports as of 2011: Percent Guest Rooms with Mobility Features | |
|---|---|---|---|---|
| **Cruise Line** | **Large Cruise Ships** | **Total Guest Rooms** | **Guest Rooms with Mobility Features** | **Percent Guest Rooms with Mobility Features** |
| Carnival | 23 | 29,143 | 594 | 2.0% |
| Celebrity | 9 | 10,819 | 234 | 2.2% |
| Disney | 3 | 3,004 | 57 | 1.9% |
| Holland America | 15 | 11,745 | 335 | 2.9% |
| Norwegian | 10 | 12,002 | 221 | 1.8% |
| Princess | 14 | 16,994 | 333 | 2.0% |
| Royal Caribbean | 21 | 30,260 | 472 | 1.6% |
| Other[1] | 18 | 9,549[2] | 146[2] | 1.5% |
| **Total** | **113** | **123,516** | **2,392** | **1.9%** |

**Notes:**

1. Other cruise lines include AIDA Cruises, Azamara Club Lines, Costa Cruises, Crystal Cruises, Cunard Lines, MCS Cruises, Oceania Cruises, Regent Seven Sea Cruises, Seabourne Cruises, and Silver Sea Cruises.

2. Data on total number of guest rooms and guest rooms with mobility features are not available for the AIDAaura and AIDAluna.

| | | | Carnival Cruise Ships | |
|---|---|---|---|---|
| **Cruise Ship** | **Year Constructed** | **Total Guest Rooms** | **Guest Rooms with Mobility Features** | **Percent Guest Rooms with Mobility Features** |
| | | | **Fantasy Class** | |
| Carnival Fantasy | 1990 | 1,028 | 25[1] | 2.4% |
| Carnival Ecstasy | 1991 | 1,026 | 25[1] | 2.4% |
| Carnival Sensation | 1993 | 1,026 | 25[1] | 2.4% |
| Carnival Fascination | 1994 | 1,026 | 24 | 2.3% |
| Carnival Imagination | 1995 | 1,026 | 25[1] | 2.4% |
| Carnival Inspiration | 1996 | 1,026 | 25[1] | 2.4% |
| Carnival Elation | 1998 | 1,026 | 25[1] | 2.4% |
| Carnival Paradise | 1998 | 1,026 | 25[1] | 2.4% |
| | | | **Destiny Class** | |
| Carnival Destiny | 1996 | 1,321 | 28 | 2.1% |

**Note:**

1. The number of guest rooms with mobility features is from the cruise ship deck plans.

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | **Triumph Class** | |
| Carnival Triumph | 1999 | 1,379 | 31[1] | 2.2% |
| Carnival Victory | 2000 | 1,379 | 31[1] | 2.2% |
| | | | **Spirit Class** | |
| Carnival Spirit | 2001 | 1,062 | 17[1] | 1.6% |
| Carnival Pride | 2001 | 1,062 | 17[1] | 1.6% |
| Carnival Legend | 2002 | 1,062 | 17[1] | 1.6% |
| Carnival Miracle | 2004 | 1,062 | 17[1] | 1.6% |
| | | | **Conquest Class** | |
| Carnival Conquest | 2002 | 1,487 | 26[1] | 1.7% |
| Carnival Glory | 2003 | 1,487 | 27[1] | 1.7% |
| Carnival Valor | 2004 | 1,487 | 27[1] | 1.8% |
| Carnival Liberty | 2005 | 1,487 | 29 | 2.0% |
| Carnival Freedom | 2007 | 1,487 | 29 | 2.0% |
| | | | **Splendor Class** | |
| Carnival Splendor | 2008 | 1,503 | 29 | 2.0% |
| | | | **Dream Class** | |
| Carnival Dream | 2009 | 1,823 | 35 | 2.0% |
| Carnival Magic | 2011 | 1,845 | 35 | 1.9% |
| | | Total 29,143 | 594 | 2.0% |

**Note:**

1. The number of guest rooms with mobility features is from the cruise ship deck plans.

Celebrity Cruise Ships

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | **Century Class** | |
| Celebrity Century | 1995 | 907 | 10 | 1.1% |
| | | | **Millennium Class** | |
| Celebrity Millennium | 2000 | 1,019 | 26 | 2.6% |
| Celebrity Summit | 2001 | 1,085 | 26 | 2.4% |
| Celebrity Infinity | 2001 | 1,085 | 26 | 2.4% |
| Celebrity Constellation | 2002 | 1,019 | 26 | 2.6% |
| | | | **Solstice Class** | |
| Celebrity Solstice | 2008 | 1,426 | 30 | 2.1% |
| Celebrity Equinox | 2009 | 1,426 | 30 | 2.1% |
| Celebrity Eclipse | 2010 | 1,426 | 30 | 2.1% |
| Celebrity Silhouette | 2011 | 1,426 | 30 | 2.1% |
| | | Total 10,819 | 234 | 2.2% |

### Disney Cruise Ships

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| Disney Magic | 1998 | 877 | 16 | 1.8% |
| Disney Wonder | 1999 | 877 | 16 | 1.8% |
| Disney Dream | 2011 | 1,250 | 25 | 2.0% |
| | Total | 3,004 | 57 | 1.9% |

### Holland America Cruise Ships

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| **Other** | | | | |
| ms Prinsendam | 1988 | 419 | 10 | 2.4% |
| **Statendam Class** | | | | |
| ms Statendam | 1993 | 630 | 15 | 2.4% |
| ms Maasdam | 1993 | 629 | 16 | 2.5% |
| ms Ryndam | 1994 | 630 | 15 | 2.4% |
| ms Veendam | 1996 | 675 | 17 | 2.5% |
| **Rotterdam Class** | | | | |
| ms Rotterdam | 1997 | 702 | 25 | 3.6% |
| Ms Volendam | 1999 | 702 | 25 | 3.6% |
| ms Zaandam | 2000 | 716 | 22 | 3.1% |
| ms Amsterdam | 2000 | 690 | 21[1] | 3.0% |
| **Vista Class** | | | | |
| ms Zuiderdam | 2002 | 958 | 28 | 2.9% |
| ms Oosterdam | 2003 | 958 | 28 | 2.9% |
| ms Westerdam | 2004 | 958 | 28 | 2.9% |
| ms Noordam | 2006 | 959 | 28 | 2.9% |
| **Signature Class** | | | | |
| ms Eurodam | 2008 | 1,052 | 30 | 2.9% |
| ms Nieuw Amsterdam | 2010 | 1,053 | 30 | 2.9% |
| | Total | 11,745 | 335 | 2.9% |

**Note:**

1. The number of guest rooms with mobility features is from the cruise ship deck plan.

### Norwegian Cruise Ships

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| **Other** | | | | |
| Norwegian Spirit | 1999 | 1,009 | 5[1] | 0.5% |

**Note:**

1. The number of guest rooms with mobility features is from the cruise ship deck plans.

Case 1.17-cv-10432-DJC    Document 55-6    Filed 12/17/18    Page 67 of 72

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | Sun Class | |
| Norwegian Sky | 1999 | 1,004 | 7[1] | 0.7% |
| Norwegian Sun | 2001 | 968 | 20 | 2.1% |
| | | | Dawn Class | |
| Norwegian Star | 2001 | 1,146 | 22[1] | 1.9% |
| Norwegian Dawn | 2002 | 1,112 | 26[1] | 2.3% |
| | | | Other | |
| Norwegian Pride of America | 2005 | 1,069 | 19 | 1.8% |
| | | | Jewel Class | |
| Norwegian Jewel | 2005 | 1,188 | 27[1] | 2.3% |
| Norwegian Pearl | 2006 | 1,195 | 27 | 2.3% |
| Norwegian Gem | 2007 | 1,197 | 27 | 2.3% |
| | | | Epic Class | |
| Norwegian Epic | 2010 | 2,114 | 41[1] | 1.9% |
| | | Total 12,002 | 221 | 1.8% |

**Note:**

1. The number of guest rooms with mobility features is from the cruise ship deck plans.

Princess Cruise Ships

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | Sun Class | |
| Dawn Princess | 1997 | 975 | 19 | 1.9% |
| Sea Princess | 1998 | 975 | 18 | 1.8% |
| Coral Princess | 2003 | 987 | 20[1] | 2.0% |
| Island Princess | 2003 | 987 | 20 | 2.0% |
| | | | R Class | |
| Pacific Princess | 1999 | 334 | 5 | 1.5% |
| | | | Grand Class | |
| Grand Princess | 1998 | 1,300 | 27[1] | 2.0% |
| Golden Princess | 2001 | 1,300 | 26[1] | 2.0% |
| Star Princess | 2002 | 1,301 | 26[1] | 2.0% |
| Diamond Princess | 2004 | 1,337 | 27 | 2.0% |
| Sapphire Princess | 2004 | 1,337 | 27 | 2.0% |
| Caribbean Princess | 2004 | 1,557 | 25 | 1.6% |
| | | | Crown Class | |

**Note:**

1. The number of guest rooms with mobility features is from the cruise ship deck plans.

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| Crown Princess | 2006 | 1,532 | 31 | 2.0% |
| Emerald Princess | 2007 | 1,532 | 31 | 2.0% |
| Ruby Princess | 2008 | 1,540 | 31 | 2.0% |
| **Total** | | **16,994** | **333** | **2.0%** |

**Note:**

1. The number of guest rooms with mobility features is from the cruise ship deck plans.

Royal Caribbean Cruise Ships

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | *Sovereign Class* | |
| Monarch of the Seas | 1991 | 1,195 | 4 | 0.3% |
| Majesty of the Seas | 1992 | 1,195[2] | 4 | 0.3% |
| | | | *Vision Class* | |
| Legend of the Seas[1] | 1995 | 902 | 17 | 1.8% |
| Grandeur of the Seas[1] | 1996 | 975 | 14 | 1.4% |
| Enchantment of the Seas | 1997 | 1,126 | 19[3] | 1.7% |
| Rhapsody of the Seas | 1997 | 999 | 14 | 1.4% |
| Vision of the Seas[1] | 1998 | 999 | 14 | 1.4% |
| | | | *Radiance Class* | |
| Radiance of the Seas | 2001 | 1,056 | 15 | 1.4% |
| Brilliance of the Seas[1] | 2002 | 1,055 | 15 | 1.4% |
| Serenade of the Seas | 2003 | 1,055 | 19 | 1.8% |
| Jewel of the Seas | 2004 | 1,055 | 19 | 1.8% |
| | | | *Voyager Class* | |
| Voyager of the Seas | 1999 | 1,557 | 26 | 1.7% |
| Explorer of the Seas | 2000 | 1,557 | 26 | 1.7% |
| Adventurer of the Seas | 2001 | 1,557 | 26 | 1.7% |
| Navigator of the Seas | 2002 | 1,557 | 26 | 1.7% |
| Mariner of the Seas | 2003 | 1,557 | 26 | 1.7% |
| | | | *Freedom Class* | |
| Freedom of the Seas | 2006 | 1,817 | 32 | 1.8% |
| Liberty of the Seas | 2007 | 1,817 | 32 | 1.8% |
| Independence of the Seas[1] | 2008 | 1,817 | 32 | 1.8% |

**Notes:**

1. The Legend of the Seas, Grandeur of the Seas, Brilliance of the Seas, Vision of the Seas, and Independence of the Seas did not operate in U.S. ports in 2011, but are scheduled to operate in U.S. ports in 2013.

2. The CLIA webpage shows the total number of guest rooms as 1829. This appears to be an error.

3. The number of guest rooms with mobility features is from the cruise ship deck plan.

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | Oasis Class | |
| Oasis of the Seas | 2009 | 2,706 | 46 | 1.7% |
| Allure of the Seas | 2010 | 2,706 | 46 | 1.7% |
| | | Total 30,260 | 472 | 1.6% |

**Notes:**

1. The Legend of the Seas, Grandeur of the Seas, Brilliance of the Seas, Vision of the Seas, and Independence of the Seas did not operate in U.S. ports in 2011, but are scheduled to operate in U.S. ports in 2013.

2. The CLIA webpage shows the total number of guest rooms as 1829. This appears to be an error.

3. The number of guest rooms with mobility features is from the cruise ship deck plan.

| Cruise Ship | Year Constructed | Total Guest Rooms | Other Cruise Ships Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | AIDACruises | |
| AIDAaura | 2003 | na[1] | na[1] | na[1] |
| AIDAluna | 2009 | na[1] | na[1] | na[1] |
| | | | Azamara Club Cruises | |
| Azamara Journey | 2000 | 347 | 6 | 1.7% |
| | | | Costa Cruises | |
| Costa Atlantica | 2000 | 1,057 | 8 | 0.8% |
| | | | Crystal Cruises | |
| Crystal Symphony | 1995 | 461 | 4 | 0.9% |
| Crystal Serenity | 2003 | 535 | 8 | 1.5% |
| | | | Cunard Lines | |
| HMS Queen Mary 2 | 2003 | 1,296 | 30[2] | 2.3% |
| HMS Queen Victoria | 2007 | 1,007 | 20 | 2.0% |
| HMS Queen Elizabeth | 2010 | 1,046 | 20 | 1.9% |
| | | | MCS Cruises | |
| MCS Poesia | 2008 | 1,275 | 17 | 1.3% |
| | | | Oceania Cruises | |
| Regatta | 1998 | 342 | 3 | 0.9% |
| Marina | 2011 | 625 | 6 | 1.0% |
| | | | Regent Seven Seas Cruises | |
| Seven Seas Navigator | 1999 | 245 | 4 | 1.6% |
| Seven Seas Mariner | 2001 | 350 | 6 | 1.7% |
| Seven Seas Voyager | 2003 | 350 | 4 | 1.1% |

**Notes:**

1. Data on total number of guest rooms and guest rooms with mobility features are not available.

2. The number of guest rooms with mobility features is from the cruise ship deck plan.

Case 1:17-cv-10432-DJC   Document 55-6   Filed 12/17/18   Page 70 of 72

| Cruise Ship | Year Constructed | Total Guest Rooms | Guest Rooms with Mobility Features | Percent Guest Rooms with Mobility Features |
|---|---|---|---|---|
| | | | Seaborn Cruise Line | |
| Seabourn Sojourn | 2010 | 225 | 6 | 2.7% |
| | | | Silver Sea Cruises | |
| Silver Shadow | 2000 | 194 | 2 | 1.0% |
| Silver Whisper | 2001 | 194 | 2 | 1.0% |
| | | Total 9,549 | 146 | 1.5% |

**Notes:**

1. Data on total number of guest rooms and guest rooms with mobility features are not available.

2. The number of guest rooms with mobility features is from the cruise ship deck plan.

**APPENDIX III.   LARGE CRUISE SHIPS CONSTRUCTED OR UNDER CONTRACT FOR CONSTRUCTION BETWEEN 2012 & 2015**

| Year | Cruise Ship | Guest Rooms | Total Guest Rooms |
|---|---|---|---|
| 2012 | Carnival Breeze | 1,845 | 8,497 |
| | Celebrity Reflection | 1,515 | |
| | Costa Fascinosa[1] | 1,506 | |
| | Disney Fantasy | 1,250 | |
| | MSC Divina[2] | 1,751 | |
| | Oceania Riviera | 630 | |
| 2013 | MSC Preziosa[2] | 1,751 | 5,536 |
| | Norwegian Breakaway | 1,985 | |
| | Royal Princess | 1,800 | |
| 2014 | Costa Diadema[1] | 1,850 | 7,685 |
| | Norwegian Getaway | 1,985 | |
| | Royal Princess | 1,800 | |
| | Royal Caribbean Quantum of the Seas | 2,050 | |
| 2015 | Holland America Unnamed | 1,330 | 5,480 |
| | Norwegian Unnamed | 2,100 | |
| | Royal Caribbean Anthem of the Seas | 2,050 | |
| | Total Number of Guest Rooms 27,198 | | 27,198 |
| | Average Number of Guest Rooms 1,700 | | 1,700 |

**Source:** Cruise Lines International Association, 2013 North American Cruise Industry Update at: http://www.cruising.org/sites/default/files/pressroom/CruiseIndustryUpdate2013FINAL.pdf.

The number of guest rooms is based on the passenger capacity at two passengers per guest room.

**Notes:**

1. Costa Cruises is based in Italy. There were 14 cruise ships in Costa Cruises' fleet as of 2011. Only one of the cruise ships, the Costa Atlantica, operated in U.S. ports in 2011. The Costa Fascinosa is not scheduled to operate in U.S. ports in 2013. The Costa Diadema will be launched in October 2014. Information is not available on whether the Costa Diadema will operate in U.S. ports.

2. MSC Cruises is based in Italy. There were 11 cruise ships in MSC Cruises' fleet as of 2011. Only one of the cruise ships, the MSC Poesia, operated in U.S. ports in 2011. The MSC Divinia is scheduled to operate in U.S. ports in 2013; the MSC Preziosa is not scheduled to operate in U.S. ports in 2013. The 2013 North American Cruise Industry Update lists the capacity of the MSC Divina as 3,502 passengers and the MSC Preziosa as 2,502 passengers. The MSC Divina and MSC Preziosa are the same class cruise ship

| Year | Cruise Ship | Guest Rooms | Total Guest Rooms |

and have the same capacity of 3,502 passengers.

---

[1]  Title III of the ADA covers twelve categories of places of public accommodation, including places of lodging, establishments serving food or drink, and places of exhibition or entertainment.  See 42 U.S.C. 12181 (7).

[2]  The definitions of the terms designated public transportation and specified public transportation are similar and mean transportation by bus, rail, or any other conveyance that provides the general public with general or special service, including charter service, on a regular and continuing basis.  See 42 U.S.C. 12141 (2) and 12181 (10).

[3]  International Maritime Organization, Guidelines for the Design and Installation of a Visible Element to the General Emergency Alarm System on Passenger Ships, MSC.1/Circ.1418, June 13, 2012 at: **http://www.imo.org/OurWork/Circulars/Pages /IMODOCS.aspx**.

[4]  Some of the case study reports discuss provisions in earlier drafts of the guidelines that are modified (e.g., accessible means of escape) or deleted (e.g., stairs) in the proposed guidelines.

[5]  ASME 17.1-2010 Safety Code for Elevators and Escalators, section 5.2.1.16.5.

[6]  ASME 18.1-2011 Safety Standard for Platform Lifts and Stairway Chairlifts, section 2.7.1.

[7]  Nine two deck vehicle ferries that were matched with the 300 passenger and 40 vehicle ferry case study needed to provide a means of vertical access from the entry deck to the transportation seating areas on another deck since space was not available on the entry deck for a transportation seating area.  The 300 passenger and 40 vehicle ferry case study used an exterior vertical platform lift with additional deck surface at an estimated cost of $209,000 to provide a means of vertical access between the decks.  To simplify the assessment and to err on the side of overestimating compliance costs, we used a LULA at a cost of $297,400 for the nine ferries.

[8]  Where the administrative authority requires a passenger vessel to have a means of escape, the proposed guidelines would require an accessible means of escape that provides a substantially equivalent level of protection from hazards as is required by the administrative authority for the means of escape.  Where passengers with disabilities have to wait for crew assistance at or near stairways or exit doors with coamings or for elevators or platform lifts to be crew operated during emergencies, the waiting area would need to be sufficiently protected from hazards in order to provide the occupants a level of protection that is substantially equivalent to the level of protection afforded to passengers who can use the means of escape unassisted.  A protected waiting area would not be needed where another equivalent method of protection is provided, such as where passenger vessels are protected by automatic sprinkler systems or the area is open to the weather.

[9]  U.S. Energy Information Administration, Annual Energy Outlook 2010 with Projections to 2035 (April 2010) at: **http://www.eia.gov/oiaf/aeo/pdf/0383(2010).pdf**.

[10]  Large cruise ships operating in U.S. ports usually are registered in other countries and are referred to as foreign flag vessels. The DOT regulations, which eventually will include accessibility standards for passenger vessels covered by the ADA based on the proposed guidelines, apply to foreign flag vessels that pick up passengers in the United States, its territories, possessions, or commonwealths.  See 49 CFR 39.5 (b).

[11]  2004 Draft Plan for Regulatory Assessment and 2006 Draft Guidelines, Passenger Vessel Case Studies at: **http://www.access-board.gov/pvag/**.

[12]  Mitch P. LaPlante and H. Stephen Kaye, Mobility Device Use and Hearing Impairments Among Individuals and Households: 1990 — 2010 (February 15, 2013) at: **http://www.access-board.gov/pvag/**.

[13]  Cruise ship passengers can rent wheelchairs and scooters from Special Needs at Seas at: **http://www.specialneedsatsea.com/**.

[14]  Cruise Lines International Association, Passenger Vessel Access Guidelines Access Scoping Economic Impact Study (June 23, 2008) at: **http://www.access-board.gov/pvag/**.

[15]  A sample of about 500 wheeled mobility devices shows that the minimum clear width needed for a manual wheelchair user ranges from 27 to 31 inches; for a power wheelchair user ranges from 27 to 33 inches; and for a scooter user ranges from 24 to 33 inches.  Center for Inclusive Design and Environmental Access, Design Resources DR-1 Clear Floor Area for Wheeled Mobility: Redefining the "common wheelchair" (January 4, 2011) at: **http://udeworld.com/documents/designresources /pdfs/CFA.pdf** .

[16]  Letter from T.E.Thompson, Cruise Lines International Association, to Lawrence W. Roffee, Access Board, dated June 23, 2008.  The letter was submitted with the cruise industry report referenced in footnote 14.

[17]  A deck plan at: http://www.cruisedeckplans.com/DP/Main /decks.php?ship=Independence%20of%20the%20Seas for a large cruise ship shows that the guest room sizes vary from 152 square feet for an interior room; 200 square feet for a deluxe balcony room; and 317 square feet for a junior suite.  The size of different classes of guest rooms varies by cruise ship.

[18]  The cruise industry report is referenced in footnote 14.

[19] The Volpe National Transportation Systems Center reviewed the cruise industry report and identified other problems with the report. See Volpe National Transportation Systems Center, Review of "PVAG Access Scoping Economic Impact Study" (February 18, 2010) at: **http://www.access-board.gov/pvag/**.

[20] The cruise industry report notes that cruise ships rarely travel with empty guest rooms. In 2011, 39 percent of cruise ships with fewer than 2,000 passengers had utilization above 100 percent, and 86 percent of cruise ships with 2,000 or more passengers had utilization above 100 percent according to the U.S. Department of Transportation, Maritime Administration North American Cruise Statistical Snapshot, 2011 at: **http://www.marad.dot.gov/documents /North_American_Cruise_Statistics_Quarterly_Snapshot.pdf**. Since some guest rooms can accommodate more than two passengers, utilization can be above 100 percent.

[21] The cruise industry report assumed that gross revenue per guest room would increase by 3 percent per year. The Office of Management and Budget requires federal agencies to use both 7 percent and 3 percent annual discount rates expressed as a present value, as well as annualized, for regulatory analysis. The 7 percent discount rate is an estimate of the average before-tax rate of return to private capital in the U.S. economy. The 3 percent discount rate is appropriate when regulation primarily and directly affects private consumption (e.g., through higher consumer prices for goods and services) and is the rate at which society discounts future consumption flows to their present value. These rates discount costs in constant dollars and exclude the expected rate of future price inflation. See Office of Management and Budget, Circular A-4 Regulatory Analysis (September 17, 2003) at: **http://www.whitehouse.gov/sites/default/files/omb/assets/regulatory_matters_pdf/a-4.pdf**.

[22] U.S. Coast Guard regulations in 46 CFR Chapter I, Subchapter H that have different requirements for vessels than the regulations in 46 CFR Chapter I, Subchapters T and K.

[23] U.S. Census Bureau, Americans with Disabilities: 2010 at: **http://www.census.gov/prod/2012pubs/p70-131.pdf**.

[24] Frank R. Lin, John K. Niparko, and Luigi Ferrucci, Hearing Loss Prevalence in the United States, JAMA Internal Medicine (November 14, 2011) at: **http://archinte.jamanetwork.com/article.aspx?articleid=1106004**.

[25] The appendix includes the Legend of the Seas, Grandeur of the Seas, Brilliance of the Seas, Vision of the Seas, and Independence of the Seas, which did not operate in U.S. ports in 2011 but are scheduled to operate in U.S. ports in 2013. The appendix does not include the Celebrity Mercury, which was sold to TUI Cruises in February 2011, and the Royal Princess, which was sold to P&O Cruises in May 2011.