# EXHIBIT 3

**888.902.4272**

**ASK FOR SHARON**

CONSTRUCTION EXPERT WITNESS
DOOR & AUTOMATIC DOOR EXPERT
*Nationwide Inspection & Testimony*
PLAINTIFF & DEFENSE

888.902.4272
ASK FOR SHARON

Search

| Home | Why Retain Mike? | Expert Services & Trades | Published Articles | Case Results | Curriculum Vitae | Testimonials & News | Contact Us |

# The Nation's Leading

## AUTOMATIC DOOR Injury Expert

‹                                                                                                             ›

- CONSTRUCTION EXPERT (MOST TRADES)
- DOOR & DOOR HARDWARE EXPERT WITNESS
- AUTOMATIC DOOR EXPERT WITNESS
- CABINET, FURNITURE & ARCHITECTURAL MILLWORK EXPERT WITNESS

## CASE RESULTS

# 888.902.4272
### ASK FOR SHARON

Continue Reading More Cases[...]

# TESTIMONIALS

## HIS REFERENCES AND PAST CASE EXPERIENCES ARE IMPRESSIVE

I recently retained Mike on an elder rape case. His references and past case experiences are impressive. He really helped me sort out the lack of ...

Continue Reading More Testimonials [...]

## INQUIRE ABOUT YOUR CASE

Name:

Email:

Phone:

City, State:

Re:

Message:

☐ Please add my email to the mailing list.

**SUBMIT**

## EXPERT SERVICES & TRADES

List of Expert Service

# AN EXPERT WITNESS UNLIKE ANY OTHER EXPERT

Mike Panish is an expert unlike any other expert witness you may have worked with in the past. He is not just an engineer or architect. Unlike most other experts, he is an active, hands-on, building contractor and his income is not solely derived from his expert services.

He offers his expertise in a variety of disciplines, drawing upon his many years of personal, hands-on construction experiences and a thorough working knowledge of his craft. This makes him independent, unbiased, and highly credible. Mike Panish's reputation as a construction expert is impeccable and he is one of the most competent, professional, and knowledgeable experts in the country.

# THE NATION'S LEADING CONSTRUCTION EXPERT FOR PLAINTIFF & DEFENSE FOR MORE THAN 1100 CASES

Mike has worked almost equally for plaintiff, defense, and cross defense. He is a truly unique resource for every attorney. Don't go back to the "one-size-fits-all" expert you have used in the past. Here is your opportunity to achieve great results on your next case with a construction expert witness you can trust.

# WORK WITH THE FINEST AND MOST THOROUGH CONSTRUCTION EXPERT WITNESS IN THE COUNTRY!

Mike is the most retained construction expert witness for:

**888.902.4272**

**ASK FOR SHARON**

- Automatic Door & Sensor Expert
- Learn more about Mike - Automatic Door Expert
- Building Codes Expert & ADA Issues
- Cabinets, Furniture & Architectural Millwork Expert
- Construction Defect Expert
- Construction Dispute & Contractor Fraud Expert
- Construction Expert (Most Trades)
- Cost Analysis & Reports
- Criminal Cases Expert: Assault, Rape & Elder Abuse
- Courtroom Trial Exemplar Fabrication, Displays, Models for Presentation
- Cruise Ships - Theme Parks Expert
- Door Expert (all types), Gates, Locks, Door Closers, Door Hardware
- Electrical & Electrocution Accident Expert
- Healthcare & Mental Health Facilities Expert Witness
- Hotels, Casinos, Nightclubs, Restaurants, Hospitality Expert
- Housing Tract Defect Expert
- Insurance Claims &

- Insurance claims adjusters
- Bond companies
- Workers' compensation & subrogation attorneys
- Trial lawyers prosecuting or defending criminal cases

## RESPONSIBLE FOR MULTI-MILLION DOLLAR VERDICTS FOR PLAINTIFFS

Because of Mike's involvement as the retained and designated construction defect, personal injury, premises liability, or premises security expert, his clients have **obtained some of the highest verdicts in courts across the country**. Plaintiff's attorneys nationwide have retained Mike to help them with their cases.

## DEFENSE SUPPORT FOR CASE ASSESSMENT, LIMITING LIABILITY, OR REMOVAL FROM CASE

Mike is retained to help defend claims, investigate claims, to assess the course of events leading up to a claim. Mike has worked with many attorneys nationwide defending claims for their insurance clients for premises liability, product liability, criminal cases, workers' compensation, and subrogation cases. Mike has turned defense claims around to limit liability and even get financial rewards for the defendants.

## CASE ANALYSIS BY MIKE PANISH CAN MAKE A BIG DIFFERENCE IN THE DISPOSITION OF YOUR CASE.

Mike is incredibly knowledgeable and retains the smallest detail regarding every case he works on. He has the ability to remember and recall details that can strongly influence the outcome of your case during deposition and trial.

He is able to analyze your case files quickly and efficiently, often finding information that makes a significant difference in the disposition of your claim. He has often been asked to act on behalf of several parties in the same case, as he maintains an unbiased and neutral position.

## EXPERT IN MOST CONSTRUCTION TRADES: THE EXPERT YOU NEED. CALL NOW!

Mike Panish has expertise in almost every construction trade, with specialties that make him the nation's number-one choice for both plaintiff and defense attorneys. In addition to being qualified to inspect and testify for most every construction trade, **Mike's expert specialties are:**

**888.902.4272**
**ASK FOR SHARON**

- Schools, Government & Public Bldgs.

Retail Stores, Shopping Center, Dept. Stores Expert Witness

Slip, Trip & Fall Expert

Scaffolding & Ladder Accident Expert

Water Intrusion Expert - Causes & Remediation

**SUBSCRIBE TO MIKE'S ARTICLES**

## OUR BLOG

Automatic Doors Hit People More Often than you Think

Zero Defense Verdict

Supermarket entrance door thresholds covered in snow slush

- Cabinetry
- Furniture
- Architectural millwork

### NATIONWIDE INSPECTION AND TESTIMONY

Mike Panish has offices in California and New England and is retained by attorneys across the country to inspect, analyze, support, and testify for all types of cases for both plaintiff and defense.

**Immediate Case Support to back up your every need! Call Sharon at (888) 902-4272 to connect with Mike today. You will be impressed with the high level of personalized services that Mike and his attentive staff will bring to your case.**

### YOUR CASE IS IMPORTANT. GET THE BEST EXPERT, MIKE PANISH

More than 35 years trade experience and extensive hands-on field knowledge.

### GET MIKE INVOLVED IN THE EARLY STAGES OF YOUR CASE IT WILL MAKE A SIGNIFICANT DIFFERENCE IN ACCOMPLISHING YOUR GOALS

Due to Mike's unique abilities his expertise in the field of construction is diverse and comprehensive and includes almost every construction trade. Please browse this site to see some of the many services that Mike provides for his clients. If you do not find your specific need, please give us a call to discuss your case requirements. **Click here for Areas of Expertise.**

**Mike Panish, Expert Witness's areas of expertise include but are not limited to:**

- Construction defects (most trades)
- Construction disputes & contractor fraud
- Doors, locks, door Hardware – injuries & defects
- Automatic door injury expert
- Slip, trip, fall
- Cabinets, furniture, architectural millwork – defects & injuries
- Jobsite accidents & OSHA
- Building code & ADA issues
- Electrical & electrocution accidents
- Premises security for criminal cases

# 888.902.4272

**ASK FOR SHARON**

**Some of the types of venues where Mike Panish has been retained include:**

- Retail stores
- Healthcare facilities
- Hotels, casinos, nightclubs, hospitality
- Housing complexes & tract developments
- Cruise ships & theme parks
- Shopping centers & department stores
- Big Box stores
- Private residences
- Commercial & industrial buildings

You will be impressed with Mike Panish's extensive knowledge and his ability to help with your case. Mike Panish will give your case support like you have never had before with any other expert.

## MIKE PANISH IS AVAILABLE FOR NATIONWIDE INSPECTION & TESTIMONY.

## CALL NOW!

| CONSTRUCTION EXPERT (MOST TRADES) | DOOR & DOOR HARDWARE EXPERT WITNESS | AUTOMATIC DOOR EXPERT WITNESS | CABINET, FURNITURE & ARCHITECTURAL MILLWORK EXPERT WITNESS |

Contact Us
Site Map

# 888.902.4272
(Ask for Sharon)
**Call Today**

# 888.902.4272
**ASK FOR SHARON**

Phone: (888) 902-4272
Website: http://www.constructionwitness.com/

Information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not a retained obligation on the part of Mr. Panish. Receipt or viewing of this site does not constitute any legal contract or agreement of any kind. The content of the blog information contained in this website is not authored, edited, reviewed, or supervised by Michael Panish. Blog content is written to provide relevant information for parties interested in locating the professional services of a construction expert witness.

Michael Panish provides expert inspection and testimony to law firms, insurance companies, property owners, service providers, and businesses throughout the United States and Internationally. Mr. Panish's offices are in California and New England and provides services to Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.

Panish Construction Corporation dba Construction Systems