# EXHIBIT 1

# PENNOCK LAW FIRM

411 Lafayette, 6th Fl.
New York City, NY 10003
212-967-4213
shannonpennock@pennocklawfirm.com

October 11, 2016

**VIA FEDERAL EXPRESS**
Steven M. Sayers, Esq.
General Counsel
Steamship Authority
P.O. Box 284,
Woods Hole, MA 02543

        **Re: Litigation Hold for September 30, 2016 Incident**

Dear Mr. Sayers,

      I am writing with respect to the September 30, 2016 incident during which my client Amanda Arnold was travelling on the Eagle ferry to Nantucket and was severely injured. Ms. Arnold's fingers were nearly completely severed due to the negligence and other breach of duties by the Steamship Authority.

      Please be formally advised that Ms. Arnold expressly reserves her rights to commence litigation(s) against the Steamship Authority and any and all other negligent and/or otherwise liable persons and/or entities. Towards that end, this letter serves as a formal "litigation hold notice" by which you are directed to preserve any and all evidence that may be discoverable or relevant to a lawsuit regarding this matter. This shall include but is not limited to any and all evidence relating to the incident, including without limitation any and all physical and/or electronic material (including emails and voice mails) in any way concerning the passenger bathroom doors on this vessel, including but not limited to materials relating to the design, purchase, repair, modification and maintenance of the passenger bathroom doors, and/or any potentially relevant evidence pertaining to the incident, including any photographs, video tapes, incident reports, emails, telephone records or other reports that were generated or kept with regard to the incident or which concern the incident on September 30, 2016 and all of the same with respect to any prior incidents involving injuries caused by the passenger bathroom doors or other doors on this or any other Steamship Authority vessel.

1

    This letter is sent without waiver of and/or prejudice to any and all rights and remedies Ms. Arnold, all of which are expressly reserved.

Very truly yours,

*Shannon Pennock*

Shannon Pennock, Esq.
Pennock Law Firm LLC
411 Lafayette, 6th Fl.
NY, NYC 10003
shannonpennock@pennocklawfirm.com
212-967-4213

2