# EXHIBIT 1

*The Steamship Authority*

**REPORT OF PERSONAL INJURY**
(ON SSA PROPERTY)

[✓] PASSENGER/PATRON  [ ] VESSEL EMPLOYEES (JONES Act)

[✓] VESSEL  [ ] PARKING LOT  [ ] TERMINAL AREA  [ ] OTHER (Explain Below)

NAME: [redacted]
MAILING ADDRESS: [redacted]
CITY: [redacted]  ZIP: [redacted]  PHONE: [redacted]
Date of Birth: __/__/__  Marital Status: ____  SSA Occupation: ____

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ____  Address: ____

**INJURY INFORMATION**

DATE OF INJURY: 6/29/12  TIME: ____ AM/PM
VESSEL: M/V EAGLE  LOCATION:
Trip #: ____  Terminal: ____  Parking Lot: ____  Bus #: ____
Other: ____

Describe how injury occurred: [illegible handwriting] coming down when person with vessel no side to hold — she tripped over and twisted on right hand injury two times.

Witness, if any: [illegible]  Reported to: ____  Date: ____

Describe injuries, if any: [illegible handwriting] below [illegible] bruise

Was ambulance called? ____ If YES, was injured party transported to hospital? ____ If YES, hospital name & address:
Taken to Hyannis Hospital by M____

Did injured party make a statement as to cause of accident, If YES, what statement and to whom? ____

**CREW MEMBER/EMPLOYEE:**
Did the employee return to work? ____  If YES - When ____
Additional remarks: ____

Injured Seaman must sign here: ____  Date: ____

If injury was on vessel, report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: [signature]  Position: Capt  Date: [illegible]

ROUTING: White - Human Resources Office