# EXHIBIT 2

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
(ON SSA PROPERTY)

☒ PASSENGER/PATRON     ☐ VESSEL EMPLOYEES (JONES Act)

☒ VESSEL   ☐ PARKING LOT   ☐ TERMINAL AREA   ☐ OTHER (Explain Below)

NAME: ~~[redacted]~~
MAILING ADDRESS: ~~[redacted]~~
CITY: ~~[redacted]~~   STATE: ~~[redacted]~~   ZIP: ~~[redacted]~~   PHONE #: ~~[redacted]~~
Date of Birth: ~~[redacted]~~ / 99   Marital Status: ___   SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only) — Trip Chaperone —
Name: ~~[redacted]~~   Address: ~~[redacted]~~

## INJURY INFORMATION

DATE OF INJURY: October 6, 2011     TIME: 1:45 AM/**PM**

LOCATION:
VESSEL: M/V Eagle   Trip # NOON   Terminal: ___   Parking Lot: ___   Bus #: ___
Other: N/A

Describe how injury occurred: Forward TV Area Door slammed on finger (thumb) high winds

Witness, if any: ___   Reported to: Purser   Date: 10/6/11

Describe injuries, if any: (R) - hand thumb - swelling, bruise appearing under nail

Was ambulance called? NO   If YES, was injured party transported to hospital? ___   If YES, hospital name & address: ___

Did injured party make a statement as to cause of accident? If YES, what statement and to whom?
Wind / Door

## CREW MEMBER/EMPLOYEE:

Did the employee return to work? N/A, If YES - When ___

Additional remarks: Not broken or cut, Bruising only

Injured Seaman must sign here: N/A     Date: ___

If injury was on vessel, report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: [signature]     Position: Capt.   Date: 10/6/11

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Purser

REVISED 9-2005

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
(ON SSA PROPERTY)



[X] PASSENGER/PATRON  
[ ] VESSEL EMPLOYEES (JONES Act)

[X] VESSEL  [ ] PARKING LOT  [ ] TERMINAL AREA  [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~  
MAILING ADDRESS: ~~[redacted]~~  
CITY: ~~[redacted]~~  STATE: ~~[redacted]~~  ZIP: ~~[redacted]~~  PHONE #: ~~[redacted]~~  
Date of Birth: __/__/72  Marital Status: ~~[redacted]~~  SSA Occupation: N/A

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)  
Name: ~~[redacted]~~ (Husband)  Address: Same

## INJURY INFORMATION

DATE OF INJURY: Nov. 20th 2011   TIME: 10:15 APPX AM  
VESSEL: M/V Eagle   Trip #: ___   LOCATION: Terminal: ___  Parking Lot: ___  Bus #: ___  
Other: ___

Describe how injury occurred: rough conditions, steadied herself @ door to womens' Room, hand on door frame, door slammed on right hand thumb.

Witness, if any: ___   Reported to: ___   Date: ___

Describe injuries, if any: Contusion on thumb, minor bleeding (poss. broken) above first joint @ nail base.

Was ambulance called? (cancelled) DC  If YES, was injured party transported to hospital? YES  If YES, hospital name & address: Cottage Hospital, Nantucket.

Did injured party make a statement as to cause of accident, If YES, what statement and to whom? as above

## CREW MEMBER/EMPLOYEE:
Did the employee return to work? N/A  If YES - When: ___

Additional remarks: seated, stabilized, iced

Injured Seaman must sign here: N/A   Date: ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.  
Signature: [signature]   Position: Captain   Date: 11/20/11

ROUTING: White - Human Resources Office  
Canary - Injured Party  
Pink - Preparer

REVISED 8-2005

E-MAILED  NOV [illegible]

2

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[X] **PASSENGER/PATRON**    [ ] **VESSEL EMPLOYEES** (JONES Act)

[X] VESSEL    [ ] PARKING LOT    [ ] TERMINAL AREA    [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~

MAILING ADDRESS: ~~[redacted]~~

CITY: ~~[redacted]~~    STATE: ~~[redacted]~~    ZIP: ~~[redacted]~~    PHONE #: ~~[redacted]~~

Date of Birth: ~~[redacted]~~ 2007    Marital Status: N/A    SSA Occupation: N/A

Nearest relative ~~[redacted]~~ Passengers/Patrons only

Name: ~~[redacted]~~    Address: ~~[redacted]~~

## INJURY INFORMATION

DATE OF INJURY: 8-21-2012    TIME: 19:20 AM/(PM)

LOCATION:
VESSEL: M/V EAGLE    Trip # ___ / Terminal: HYA    Parking Lot: ___    Bus # ___
Other: ___

Describe how injury occurred: DOOR WAS LET GO ON PASSENGER (5yr.) BY ANOTHER PERSON IN FRONT OF FAMILY PORT SIDE O'2 DK (FWD) LEADING OUTSIDE.

Witness, if any: MOTHER    Reported to: PURSER/E/E    Date: 8-21-12

Describe injuries, if any: Right PINKIE FINGER BLEEDING AND POSSIBLY BROKEN

Was ambulance called? YES, If YES, was injured party transported to hospital? YES    If YES, hospital name & address: CAPE COD HOSPITAL, HYANNIS, MA 02601

Did injured party make a statement as to cause of accident, If YES, what statement and to whom? MOTHER & FATHER of child MADE THE STATEMENT

### CREW MEMBER/EMPLOYEE:
Did the employee return to work? ___, If YES - When ___

Additional remarks: ___

Injured Seaman must sign here: ___    Date: ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: [signed]    Position: Agt    Date: 8/20/12

REVISED 8-2005

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

SSA 805

3

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



- [X] **PASSENGER/PATRON**
- [ ] **VESSEL EMPLOYEES** (JONES Act)

- [X] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~
MAILING ADDRESS: ~~[redacted]~~
CITY: ~~[redacted]~~ STATE: ~~[redacted]~~ ZIP: ~~[redacted]~~ PHONE: ~~[redacted]~~
Date of Birth: __/__/__  Marital Status: ____  SSA Occupation: ____

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ~~[redacted]~~  Address: SAME

## INJURY

DATE OF INJURY: 9/3/2012   TIME: 1350  AM/**PM**
VESSEL: M/V EAGLE   Trip # 12:00   LOCATION; Terminal: ___ Parking Lot: ___ Bus # ___
Other: ___

Describe how injury occurred:
Injury ~~occurred~~ at Starboard AFT Exit Door
Fingers pinch on inside of door hinge

## INJURY INFORMATION

Witness, if any: MOTHER   Reported to: PURSER   Date: 9-3-12
Describe injuries, if any: Right 3rd digit laceration c proximal DIP joint;
Avulsed 3rd digit nail; Bruised 4th digit nail

Was ambulance called? No   If YES, was injured party transported to hospital? ___   If YES, hospital name & address:
MOTHER STATES SHE WILL GO TO HOSPITAL
Did injured party make a statement as to cause of accident, If YES, what statement and to whom?

## CREW MEMBER/EMPLOYEE:
Did the employee return to work? ____ , If YES - When ____
Additional remarks:

Injured Seaman must sign here: ____   Date: ____

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: Jim Finton   Position: Capt.   Date: 9/3/12

E-MAILED
ROUTING: White - Human Resources Office
Canary - Injured Party    SEP 05 2012
Pink - Preparer

REVISED 8-2005                          SSA 805

4

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[X] **PASSENGER/PATRON**  [ ] **VESSEL EMPLOYEES (JONES Act)**

[Y] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

**NAME:** ▓▓▓▓▓▓▓▓▓▓▓▓
**MAILING ADDRESS:** ▓▓▓▓▓▓▓▓▓▓▓▓
**CITY:** ▓▓▓   **STATE:** ▓▓   **ZIP:** ▓▓▓▓▓   **PHONE #:** ▓▓▓▓▓▓
**Date of Birth:** __/__/2009   **Marital Status:** S   **SSA Occupation:** ▓▓▓

**Nearest relative/relationship:** (To be filled out by Passengers/Patrons only)
**Name:** Cell ▓▓   **Address:** Home ▓▓

## INJURY INFORMATION

**DATE OF INJURY:** 8/14/13   **TIME:** 1925 PM

**VESSEL: M/V** EAGLE   **Trip #** ___   **Terminal:** ___   **Parking Lot** ___   **Bus #** ___
**LOCATION Other:** UNDERWAY, NANT TO HY, IN HYANNIS HARBOR.

**Describe how injury occurred:** VAGUE DESCRIPTION FROM PARENTS, THE BOY CAUGHT HIS HAND IN THE DOORWAY, O3 DECK, STBD SIDE. (RIGHT HAND)

**Witness, if any:** PARENTS   **Reported to:** ___   **Date:** ___

**Describe injuries, if any.** DOOR CLOSED ON THE FINGER TIPS, UNSURE of INJURIES, MEDICAL REPORT TO FOLLOW FROM HOSPITAL.

**Was ambulance called?** YES   **If YES, was injured party transported to hospital?** YES   **If YES, hospital name & address:** CAPE COD HOSPITAL, HYANNIS MA

**Did injured party make a statement as to cause of accident?** ___

## CREW MEMBER/EMPLOYEE:
**Did the employee return to work?** ___   If YES - When ___

**Additional remarks:** Weather: WNW WIND, 10-15 KNOTS, SEAS 1-2 ft, FAIR.

**Prepared by SSA personnel:** James Corbett   **Position:** CAPTAIN   **Date:** 8/14/13

If Injury was on vessel, report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

**Signature:** James Corbett   **Position:** CAPTAIN   **Date:** 8/14/13

5

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)

[ ] PASSENGER/PATRON  [ ] VESSEL EMPLOYEES (JONES Act)

[✓] VESSEL  [ ] PARKING LOT  [ ] TERMINAL AREA  [ ] OTHER (Explain Below)

NAME: ANANDA ARNOLD
MAILING ADDRESS: 54 HENRY ST #6
CITY: NEW YORK  STATE: NY  ZIP: 10002  PHONE #: 347-885-1250  (BROTHERS)
Date of Birth: 11/18/84  Marital Status: S  SSA Occupation: NO

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: PATRICK ARNOLD  Address:

## INJURY INFORMATION

DATE OF INJURY: ____  TIME: ____  AM / PM

VESSEL: M/V EAGLE  Trip #: ____  LOCATION Terminal: ____  Parking Lot: ____  Bus #: ____
Other: ____

Describe how injury occurred:
BATHROOM DOOR CLOSED ON TWO FINGER

Witness, if any: ____  Reported to: ____  Date: ____

Describe Injuries, if any: 2 FING. CUT BAD

Was ambulance called? YES. If YES, was injured party transported to hospital? ____  If YES, hospital name & address: NANTUCKET

Did injured party make a statement as to cause of accident. If YES what statement and to whom?
DOOR CLOSED ON FINGER

### CREW MEMBER/EMPLOYEE:
Did the employee return to work? ____ If YES - When ____
Additional remarks: ____

Prepared by SSA personnel: S. Pollitt  Position: PILOT  Date: ____

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor

Signature: ____  Position: ____  Date: ____
Stephen Pollitt

ROUTING: White & Yellow - To Personnel Department
Personnel will send Yellow to Insurance Company
Pink - Injured   Gold - Preparer

SSA 805

6