# EXHIBIT 4

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
(ON SSA PROPERTY)

[X] PASSENGER/PATRON  [ ] VESSEL EMPLOYEES (JONES Act)

[X] VESSEL  [ ] PARKING LOT  [ ] TERMINAL AREA  [ ] OTHER (Explain Below)

NAME: L, ~~[redacted]~~

MAILING ADDRESS: ~~[redacted]~~

CITY: L~~[redacted]~~  STATE: ~~[redacted]~~  PHONE #: ~~[redacted]~~

Date of Birth: ~~[redacted]~~ 50    Marital Status: ~~[redacted]~~    SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)

Name: ___    Address: ___

## INJURY INFORMATION

DATE OF INJURY: MAY 2, 2017    TIME: 10:10 (AM) PM

LOCATION:
VESSEL: M/V WOODS HOLE  Trip #: ___    Terminal: ___    Parking Lot: ___    Bus #: ___
Other: ___

Describe how injury occurred: WHILE GOING OUTSIDE, WEATHER DOOR (PORT STBD @ MIDSHIPS) WIND CAUGHT DOOR, CLOSED ON HER LEFT HAND.

Witness, if any: ___    Reported to: ___    Date: ___

Describe injuries, if any: SWELLING/BRUISING, SHALLOW CUT

Was ambulance called? YES. If YES, was Injured party transported to hospital? NO  If YES, hospital name & address: ___
EMT's responded, injured refused care

Did injured party make a statement as to cause of accident. If YES what statement and to whom? YES; DOOR SLAMMED HAND, Robert McAuliffe (crew)

### CREW MEMBER/EMPLOYEE:
Did the employee return to work? ___ If YES - When ___

Additional remarks: ICE PACK given, wound cleaned & band-Aided

Prepared by SSA personnel: Ellie Ferguson  Position: P'er  Date: 5/2/17

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: [signed]    Position: Captain    Date: 5/2/17

Ray Oliver

ROUTING: White & Yellow - To Personnel Department
Personnel will send Yellow to Insurance Company

1

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
(ON SSA PROPERTY)

- [✓] PASSENGER/PATRON
- [ ] VESSEL EMPLOYEES (JONES Act)

- [✓] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

**NAME:** ~~[redacted]~~ GRANDSON ~~[redacted]~~   DOB ~~[redacted]~~/13
**MAILING ADDRESS:** ~~[redacted]~~
**CITY:** ~~[redacted]~~  **STATE:** ~~[redacted]~~  **ZIP:** ~~[redacted]~~  **PHONE #** ~~[redacted]~~
**Date of Birth:** ~~[redacted]~~/51   **Marital Status:** _____   **SSA Occupation:** _____

**Nearest relative/relationship:** (To be filled out by Passengers/Patrons only)
**Name:** _____   **Address:** _____

## INJURY INFORMATION

**DATE OF INJURY:** 6/23/17   **TIME:** 1808 AM/**PM**

**LOCATION:**
**VESSEL: M/V** MV   **Trip #** ___ / **Terminal:** ___   **Parking Lot:** ___   **Bus #** ___
**Other:** ___

**Describe how injury occurred:** ~~[redacted]~~'s HAND WAS CAUGHT in the Port Side 0-2 Level Door leading to the outside weather deck while entering from outside.

**Witness, if any:** _____   **Reported to:** _____   **Date:** _____

**Describe Injuries, if any:** RIGHT HAND 4 FINGERS CUT. First Aid Rendered by R. Lopes (Purser)

**Was ambulance called?** ___, If YES, was injured party transported to hospital? ___, If YES, hospital name & address: Falmouth Hospital

**Did Injured party make a statement as to cause of accident, If YES, what statement and to whom?** R. Lopes (Purser)

## CREW MEMBER/EMPLOYEE:

**Did the employee return to work?** _____, If YES - When _____
**Additional remarks:** _____

**Injured Seaman must sign here:** _____   **Date:** _____

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

**Signature:** [signed] Arthur Frostholm   **Position:** Pilot   **Date:** 6/23/17

REVISED 8-2005

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

SSA 805

2

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)

- [ ] PASSENGER/PATRON [✓]
- [ ] VESSEL EMPLOYEES (JONES Act)

- [✓] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~ Father: ~~[redacted]~~
MAILING ADDRESS: 3 ~~[redacted]~~
CITY: ~~[redacted]~~   STATE: ~~[redacted]~~   ZIP: ~~[redacted]~~   PHONE #: ~~[redacted]~~
Date of Birth: ~~[redacted]~~/11   Marital Status: M   SSA Occupation: N/A

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ~~[redacted]~~ / father   Address: Same

**INJURY INFORMATION**

DATE OF INJURY: 8/6/17   TIME: 6:58 AM/(PM)

VESSEL M/V: Eagle   Trip #:   Terminal:   Parking Lot:   Bus #:
Other: @ Port fwd door on deck # 0-1-14

Describe how injury occurred: Closed door on finger. Finger caught in door.

Witness, if any: Father there   Reported to: Purse   Date: 8/6/17

Describe injuries, if any: Tip of ring finger laceration, right hand.

Was ambulance called? NO   If YES, was injured party transported to hospital?   If YES, hospital name & address

Did injured party make a statement as to cause of accident. If YES what statement and to whom?

**CREW MEMBER/EMPLOYEE:**
Did the employee return to work? N/A   If YES - When

Additional remarks: Dr. in attendance: ~~[redacted]~~

Prepared by SSA personnel: D. Ross   Position: Purser   Date: 8/6/17

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: L.V. Worthington   Position: Captain   Date: 8/6/17

Laurence Worthington

ROUTING White & Yellow To Personnel Department
Personnel will send Yellow to Insurance Company
Pink [illegible]

3