# EXHIBIT 6



https://news.nationalgeographic.com/news/2004/06/flash-facts-about-lightnir

Did lightning play a role in evolution? What are the odds of being struck by lightning? Find ou these answers and more below.

f  🐦  ✉  🔗

Organized by the National Oceanic and Atmospheric Administration (NC and other partners, Lightning Safety Awareness Week is held the last full week June each year.

Lightning is one of the leading weather-related causes of death and injury the United States. Most people do not realize that they can be struck by lightning when the center of a thunderstorm is 10 miles (16 kilometers) away and there are skies overhead.

Did you know that rubber shoes do nothing to protect you from lightning? talking on the telephone is the leading cause of lightning injuries inside the home That standing under a tall tree is one of the most dangerous places to take shelter

And what does it mean if your hair starts to stand on end during a

during a stroke has been found to convert elements into compounds that are fou[nd in] organisms.

- Lightning detection systems in the United States monitor an average of 2[0] million strokes of lightning from clouds to ground during some 100,000 thunderstorms every year. It is estimated that Earth as a whole is struck by an av[erage] of more than **a hundred lightning bolts every second.**

- **The odds** of becoming a lightning victim in the U.S. in any one year is 1 [in] 700,000. The odds of being struck in your lifetime is 1 in 3,000.

- **Lightning can kill people** (3,696 deaths were recorded in the U.S. bet[ween] 1959 and 2003) or cause cardiac arrest. Injuries range from severe burns and permanent brain damage to memory loss and personality change. About 10 perce[nt of] lightning-stroke victims are killed, and 70 percent suffer serious long-term effect[s.] About 400 people survive lightning strokes in the U.S. each year.

- Lightning is not confined to thunderstorms. It's been seen in **volcanic eruptions,** extremely intense **forest fires,** surface **nuclear detonations,** hea[vy] **snowstorms,** and in large **hurricanes.**

- Ice in a cloud may be key in the development of lightning. Ice particles co[llide] as they swirl around in a storm, causing a separation of electrical charges. Positi[vely] charged ice crystals rise to the top of the thunderstorm, and negatively charged i[ce] particles and hailstones drop to the lower parts of the storm. **Enormous charg[e] differences develop.**

- A moving thunderstorm also gathers positively **charged particles alon[g] the ground that travel with the storm.** As the differences in charges contin[ue to] increase, positively charged particles rise up tall objects such as trees, houses, an[d]