# EXHIBIT 1

*The Steamship Authority*

**REPORT OF PERSONAL INJURY**
(ON SSA PROPERTY)

- [✓] PASSENGER/PATRON
- [ ] VESSEL EMPLOYEES (JONES Act)
- [✓] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

NAME: _[redacted]_
MAILING ADDRESS: _[redacted]_
CITY: _[redacted]_   ZIP _[redacted]_   PHONE _[redacted]_
Date of Birth: ___/___/___   Marital Status: ___   SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ___   Address: ___

## INJURY INFORMATION

DATE OF INJURY: 6/29/12   TIME: ___ AM/PM

VESSEL: M/V EAGLE   LOCATION: Trip # ___ / Terminal: ___ Parking Lot: ___ Bus # ___
Other: ___

Describe how injury occurred: _[illegible handwriting] coming from wheelchair ... vessel ... she tripped and ... right hand injury two times..._

Witness, if any: _[illegible]_   Reported to: ___   Date: ___

Describe injuries, if any: _[illegible] below ... bruise_

Was ambulance called? ___ If YES, was injured party transported to hospital? ___ If YES, hospital name & address: _Taken to Hyannis Hospital by M..._

Did injured party make a statement as to cause of accident. If YES, what statement and to whom? ___

**CREW MEMBER/EMPLOYEE:**
Did the employee return to work? ___ If YES - When ___
Additional remarks: ___

Injured Seaman must sign here: ___   Date: ___

If injury was on vessel, report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: _[signature]_   Position: _Capt_   Date: ___

ROUTING: White - Human Resources Office