# EXHIBIT 2

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
(ON SSA PROPERTY)

[X] PASSENGER/PATRON          [ ] VESSEL EMPLOYEES (JONES Act)

[X] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~

MAILING ADDRESS: ~~[redacted]~~

CITY: ~~[redacted]~~   STATE: ~~[redacted]~~   ZIP: ~~[redacted]~~   PHONE #: ~~[redacted]~~

Date of Birth: ~~[redacted]~~ /99   Marital Status: ___   SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only) — Trip Chaperone —
Name: ~~[redacted]~~   Address: ~~[redacted]~~

## INJURY INFORMATION

DATE OF INJURY: October 6, 2011   TIME: 1:45 AM/(PM)

LOCATION:
VESSEL: M/V Eagle   Trip # NOON   Terminal: ___   Parking Lot: ___   Bus #: ___
Other: N/A

Describe how injury occurred: Forward TV Area Door slammed on finger (thumb). High winds

Witness, if any: ___   Reported to: Purser   Date: 10/6/11

Describe injuries, if any: (R) hand thumb — swelling, bruise appearing under nail

Was ambulance called? NO   If YES, was injured party transported to hospital? ___ If YES, hospital name & address: ___

Did injured party make a statement as to cause of accident? If YES, what statement and to whom? Wind/Door

### CREW MEMBER/EMPLOYEE:

Did the employee return to work? N/A   If YES - When ___

Additional remarks: Not broken or cut, bruising only

Injured Seaman must sign here: N/A   Date: ___

If injury was on vessel, report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: [signed]   Position: Capt.   Date: 10/6/11

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - ___

REVISED 9-2005

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



- [X] **PASSENGER/PATRON**
- [ ] **VESSEL EMPLOYEES** (JONES Act)

- [X] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

**NAME:** _[redacted]_
**MAILING ADDRESS:** _[redacted]_
**CITY:** _[redacted]_ **STATE** _[redacted]_ **ZIP** _[redacted]_ **PHONE #** _[redacted]_
**Date of Birth:** _[redacted]_ / 72   **Marital Status:** _[redacted]_   **SSA Occupation:** N/A

**Nearest relative/relationship:** (To be filled out by Passengers/Patrons only)
**Name:** _[redacted]_ (Husband)   **Address:** Same

## INJURY INFORMATION

**DATE OF INJURY:** Nov. 20TH 2011   **TIME:** APPX 10:15 (AM) PM
**VESSEL:** M/V Eagle   **Trip #** ___   **LOCATION:** Terminal: ___ Parking Lot: ___ Bus #: ___
**Other:** ___

**Describe how injury occurred:** rough conditions, steadied herself @ door to womens' room, hand on door frame, door slammed on right hand thumb.

**Witness, if any:** ___   **Reported to:** ___   **Date:** ___

**Describe injuries, if any:** Contusion on thumb, minor bleeding (poss. broken) above first joint @ nail base.

**Was ambulance called?** (cancelled) DC   **If YES, was injured party transported to hospital?** Yes   **If YES, hospital name & address:** Cottage Hospital, Nantucket.

**Did injured party make a statement as to cause of accident, If YES, what statement and to whom?** as above

## CREW MEMBER/EMPLOYEE:
**Did the employee return to work?** N/A   **If YES - When** ___

**Additional remarks:** seated, stabilized, iced

**Injured Seaman must sign here:** N/A   **Date:** ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
**Signature:** _[signature]_   **Position:** Captain   **Date:** 11/20/11

REVISED 8-2005

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

E-MAILED
NOV [date]

2

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[X] **PASSENGER/PATRON**          [ ] **VESSEL EMPLOYEES** (JONES Act)

[X] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~
MAILING ADDRESS: ~~[redacted]~~
CITY: ~~[redacted]~~   STATE: ~~[redacted]~~  ZIP: ~~[redacted]~~  PHONE #: ~~[redacted]~~
Date of Birth: ~~[redacted]~~ 2007   Marital Status: N/A   SSA Occupation: N/A

Nearest relative ~~[redacted]~~ (passengers/Patrons only)
Name: ~~[redacted]~~   Address: ~~[redacted]~~

### INJURY INFORMATION

DATE OF INJURY: 8-21-2012   TIME: 19:20 AM/**PM**

VESSEL: M/V EAGLE   Trip #: ___ / Terminal: HYA   Parking Lot: ___   Bus #: ___
Other: ___

Describe how injury occurred: DOOR WAS LET GO ON PASSENGER (5yr.) BY ANOTHER PERSON IN FRONT OF FAMILY PORT SIDE O'2 DK (FOWD) LEADING OUTSIDE.

Witness, if any: MOTHER   Reported to: PURSER/E/E   Date: 8-21-12

Describe injuries, if any: Right PINKIE FINGER BLEEDING AND POSSIBLY BROKEN

Was ambulance called? NO ___, If YES, was injured party transported to hospital? YES ___ If YES, hospital name & address: CAPE COD HOSPITAL, HYANNIS, MA. 02601

Did injured party make a statement as to cause of accident, If YES, what statement and to whom? MOTHER & FATHER of child MADE THE STATEMENT

### CREW MEMBER/EMPLOYEE:
Did the employee return to work? ___, If YES - When ___
Additional remarks: ___

Injured Seaman must sign here: ___   Date: ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: [signed]   Position: Agt   Date: 8/22/12

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

REVISED 8-2005                                         SSA 805

3

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[X] **PASSENGER/PATRON**    [ ] **VESSEL EMPLOYEES** (JONES Act)

[X] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: _[redacted]_
MAILING ADDRESS: _[redacted]_
CITY: _[redacted]_   STATE: _[redacted]_   ZIP: _[redacted]_   PHONE: _[redacted]_
Date of Birth: ___/___/___   Marital Status: _____   SSA Occupation: _____

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: _[redacted]_   Address: SAME

## INJURY

DATE OF INJURY: 9/3/2012   TIME: 1350 AM/**PM**

VESSEL: M/V EAGLE   Trip # 12:00   LOCATION: Terminal: ___   Parking Lot: ___   Bus #: ___
Other: ___

## INJURY INFORMATION

Describe how injury occurred: Injury occurred at starboard AFD exit door. Fingers pinch on inside of door hinge.

Witness, if any: MOTHER   Reported to: PURSER   Date: 9-3-12

Describe injuries, if any: Right 3rd digit laceration c proximal DIP joint; bruised 3rd digit nail; bruised 4th digit nail.

Was ambulance called? NO. If YES, was injured party transported to hospital? ___  If YES, hospital name & address: ___

Did injured party make a statement as to cause of accident, If YES, what statement and to whom? MOTHER STATES SHE WILL GO TO HOSPITAL

## CREW MEMBER/EMPLOYEE:
Did the employee return to work? ___, If YES - When ___
Additional remarks: ___

Injured Seaman must sign here: ___   Date: ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: _Jim Finton_   Position: Capt.   Date: 9/3/12

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

REVISED 8-2005   SEP 05 2012   SSA 805

4

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[X] **PASSENGER/PATRON**          [ ] **VESSEL EMPLOYEES (JONES Act)**

[X] VESSEL    [ ] PARKING LOT    [ ] TERMINAL AREA    [ ] OTHER (Explain Below)

NAME: ███████████████

MAILING ADDRESS: ███████████████

CITY: ███████  STATE: ██  ZIP: █████  PHONE #: ███████

Date of Birth: __ / __ / 2009   Marital Status: S   SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ___  Cell ## ███████
Address: Home ## ███████

## INJURY INFORMATION

DATE OF INJURY: 8/14/13    TIME: 1925  AM/(PM)

VESSEL: M/V EAGLE    Trip #: ___    LOCATION.   Terminal: ___    Parking Lot: ___    Bus #: ___

Other: UNDERWAY, NANT TO HY, IN HYANNIS HARBOR.

Describe how injury occurred: VAGUE DESCRIPTION from PARENTS, THE BOY CAUGHT HIS HAND IN THE DOORWAY, 03 DECK, STBD SIDE. (RIGHT HAND)

Witness, if any: PARENTS    Reported to: ___    Date: ___

Describe injuries, if any: DOOR CLOSED ON THE FINGER TIPS, UNSURE of INJURIES, MEDICAL REPORT TO FOLLOW FROM HOSPITAL.

Was ambulance called? YES    If YES, was injured party transported to hospital? YES    If YES, hospital name & address: CAPE COD HOSPITAL, HYANNIS MA

Did injured party make a statement as to cause of accident? If YES, what statement and to whom? ___

## CREW MEMBER/EMPLOYEE:

Did the employee return to work? ___    If YES - When ___

Additional remarks: Weather: WNW WIND, 10-15 KNOTS, SEAS 1-2 ft, FAIR.

Prepared by SSA personnel: James Corbett    Position: CAPTAIN    Date: 8/14/13

If injury was on vessel, report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: James Corbett    Position: CAPTAIN    Date: 8/14/13

5

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
(ON SSA PROPERTY)

- [ ] PASSENGER/PATRON
- VESSEL EMPLOYEES (JONES Act)

VESSEL | PARKING LOT | TERMINAL AREA | OTHER (Explain Below)

**NAME:** ANANDA ARNOLD
**MAILING ADDRESS:** 54 HENRY ST #6 (BROTHERS)
**CITY:** NEW YORK **STATE:** NY **ZIP:** 10002 **PHONE #** 347-885-1250
**Date of Birth:** 11/18/84 **Marital Status:** S **SSA Occupation:** NO

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
**Name:** PATRICK ARNOLD **Address:**

## INJURY INFORMATION

**DATE OF INJURY:** **TIME:** AM/PM
**VESSEL:** M/V EAGLE **LOCATION** Trip # Terminal Parking Lot Bus #
**Other:**

**Describe how injury occurred:**
BATHROOM DOOR CLOSED ON TWO FINGER

**Witness, if any:** **Reported to:** **Date:**
**Describe Injuries, if any:** 2 FING. CUT BAD

**Was ambulance called?** YES **If YES, was injured party transported to hospital?** **If YES, hospital name & address:** NANTUCKET

**Did injured party make a statement as to cause of accident. If YES what statement and to whom?**
DOOR CLOSED ON FINGER

### CREW MEMBER/EMPLOYEE:
Did the employee return to work? , If YES - When
Additional remarks:

**Prepared by SSA personnel:** S. Pollitt **Position:** PILOT **Date:** -3 6
If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor
**Signature:** **Position:** **Date:** -30 /6
Stephen Pollitt

ROUTING: White & Yellow - To Personnel Department
Personnel will send Yellow to Insurance Company
Pink - Injured   Gold - Preparer

SSA 805

6