# EXHIBIT 3

The Steamship Authority

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)

[✓] **PASSENGER/PATRON**   [ ] **VESSEL EMPLOYEES** (JONES Act)

[✓] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~

MAILING ADDRESS: ~~[redacted]~~

CITY: ~~[redacted]~~   STATE: ~~[redacted]~~   ZIP: ~~[redacted]~~   PHONE: ~~[redacted]~~

Date of Birth: ~~[redacted]~~ /98   Marital Status: ~~[redacted]~~   SSA Occupation: _____

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)

Name: ~~[redacted]~~   Address: ~~[redacted]~~

## INJURY INFORMATION

DATE OF INJURY: 7/14/2011   TIME: 12:50 PM

LOCATION:
VESSEL: M/V MARTHA'S VINEYARD   Trip #: ____   Terminal: ____   Parking Lot: ____   Bus #: ____
Other: ____

Describe how injury occurred: wind blew weather deck door closed on left hand (knuckles).

Witness, if any: ExPREE ~~[redacted]~~   Reported to: Joe Guzaj   Date: 7/14/2011

Describe injuries, if any: swollen knuckles of index & middle fingers; abrasion of skin on inside of same knuckles of left hand

Was ambulance called? No   If YES, was injured party transported to hospital? ____   If YES, hospital name & address: ____

Did injured party make a statement as to cause of accident, if YES, what statement and to whom? Yes; told p'ser-E; Ferguson that a wind blew door closed onto left hand of girl.

## CREW MEMBER/EMPLOYEE:

Did the employee return to work? ____   If YES - When ____

Additional remarks:

Injured Seaman must sign here: ____   Date: ____

If injury was on vessel, report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: ~~[signature]~~   Position: Pilot   Date: 7/14/11

Mark [illegible]

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

REVISED 8-2005

SSA 805

(margin note: Emailed to MSC 7/15/11)

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[X] **PASSENGER/PATRON**  [ ] **VESSEL EMPLOYEES** (JONES Act)

[X] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~
MAILING ADDRESS: ~~[redacted]~~
CITY: ~~[redacted]~~  STATE: ~~[redacted]~~  ZIP ~~[redacted]~~  PHONE # ~~[redacted]~~
Date of Birth: ~~[redacted]~~/98   Marital Status: ~~[redacted]~~   SSA Occupation: ~~[redacted]~~

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ~~[redacted]~~ (Parents)  Address: (same)

## INJURY INFORMATION

DATE OF INJURY: 7/15/2011   TIME: 2020 AM/**PM**
VESSEL: M/V **Island Home**   Trip #: ___   LOCATION: Terminal: ___  Parking Lot: ___  Bus #: ___
Other: ___

Describe how injury occurred: Fingers on right hand caught on closing door. (02 level VH end STBD side) Another passenger let go of door causing it to suddenly close

Witness, if any: ___   Reported to: ___   Date: ___

Describe injuries, if any: First, middle & ring finger tips cut & bruised.

Was ambulance called? NO   If YES, was injured party transported to hospital? ___   If YES, hospital name & address: ___

Did injured party make a statement as to cause of accident. If YES, what statement and to whom? Another passenger let go of open door causing it to slam on hand

### CREW MEMBER/EMPLOYEE:
Did the employee return to work? ___   If YES - When ___

Additional remarks: ~~[redacted]~~'s parents present and will take him to Vineyard Hospital

Injured Seaman must sign here: ___   Date: ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: ~~[signature]~~ (BEAUDOIN)   Position: Pilot   Date: 7/15/2011

G-MAILED
JUL 20 2011
40 MSC

REVISED 8-2005

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

SSA 805

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[X] **PASSENGER/PATRON**     [ ] **VESSEL EMPLOYEES** (JONES Act)

[ ] VESSEL    [ ] PARKING LOT    [ ] TERMINAL AREA    [X] OTHER (Explain Below)

NAME: [redacted]
MAILING ADDRESS: [redacted]
CITY: [redacted]   STATE: [redacted]   ZIP: [redacted]   PHONE: [redacted]
Date of Birth: __/__/__   Marital Status: ___   SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name:    Address:

## INJURY INFORMATION

DATE OF INJURY: 6/14/12    TIME: 1800 AM/**PM**

VESSEL: M/V ISLAND HOME   Trip #: ___   LOCATION: Terminal ___   Parking Lot: ___   Bus #: ___
Other: ___

**Describe how injury occurred:** TRYING TO HOLD DOOR OPEN FOR ANOTHER PASSENGER. DOOR CLOSED ON LEFT MIDDLE FINGER (DOOR ON PORT FWD 01 DECK LEADING TO THE LIFE DECK)

Witness, if any: (of injury) TED SHERMAN   Reported to: PURSER   Date: 6/14/12

**Describe injuries, if any:** DEEP CUT WITH SKIN TORN BACK, SWELLING AS WELL

Was ambulance called? NO   If YES, was injured party transported to hospital? ___   If YES hospital name & address: ___

Did injured party make a statement as to cause of accident? If YES what statement and to whom?
YES, DOOR CLOSED ON FINGER. to PURSER - CHRIS ROBBINS

## CREW MEMBER/EMPLOYEE:
Did the employee return to work? If YES - When ___
Additional remarks: ___

Prepared by SSA personnel: CHRIS ROBBINS   Position: PURSER   Date: 6/14/12

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: *William J. Sozette*   Position: MATE   Date: 6/14/12

ROUTING: White & Yellow - To Personnel Department
Personnel will send Yellow to Insurance Company
Pink - Injured   Gold - Preparer

SSA 805

3

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)

☐ PASSENGER/PATRON     ☐ VESSEL EMPLOYEES (JONES Act)

☑ VESSEL   ☐ PARKING LOT   ☐ TERMINAL AREA   ☐ OTHER (Explain Below)

NAME: ████████

MAILING ADDRESS: ████████

CITY: ████████   STATE: ████   ZIP: ████   PHONE #: ████

Date of Birth: ██/██/2006   Marital Status: S   SSA Occupation: ____

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ████████   Address: some

### INJURY INFORMATION

DATE OF INJURY: 6/23/12   TIME: 2015 AM/PM

VESSEL: M/V Nantucket   Trip #: ____   LOCATION:   Terminal: ____   Parking Lot: ____   Bus #: ____

Other: ____

Describe how injury occurred: The door closed on your left hand 4 fingers as you reached to grab it - on freight deck

Witness, if any: Briget Bryant   Reported to: Ann Murrer   Date: 6/23/12

Describe injuries, if any: swollen — applied ice pack

Was ambulance called? No   If YES, was injured party transported to hospital? ____   If YES, hospital name & address: ____

Did injured party make a statement as to cause of accident, If YES, what statement and to whom? a Bruce

### CREW MEMBER/EMPLOYEE:

Did the employee return to work? ____ , If YES - When ____

Additional remarks: ____

Injured Seaman must sign here: ____   Date: ____

If injury was on vessel, report is to by signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: ____   Position: CAPTAIN   Date: 6/23/12
B. SICARD

M. Murrer purser

REVISED 8-2005

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

ENTERED SP

JUN 25 2012   MAILED

SSA 805

4

*The Steamship Authority*

**REPORT OF PERSONAL INJURY (ON SSA PROPERTY)**

See Litigation file

[✓] PASSENGER/PATRON   [ ] VESSEL EMPLOYEES (JONES Act)
[✓] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: [redacted] ← MOTHER
MAILING ADDRESS: [redacted]
CITY: [redacted]   STATE: [redacted]   ZIP: [redacted]   PHONE #: [redacted]
Date of Birth: [redacted]   Marital Status: S   SSA Occupation: N/A

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: _____   Address: _____

**INJURY INFORMATION**

DATE OF INJURY: 12/23/12   TIME: 8:30 AM/(PM)
VESSEL: M/V Nantucket   Trip #: ___   Terminal: ___   Parking Lot: ___   Bus #: ___
Other: ___

Describe how injury occurred: ← INJURED PARTY
my daughter went to the Bathroom and got her finger stuck in the door.

Witness, if any: Fred Hurley   Reported to: Purser   Date: 12/23/12

Describe injuries, if any:
finger is Blue & torn   Right thumb

Was ambulance called? NO   If YES, was injured party transported to hospital?   If YES, hospital name & address:
Going to MV Hospital By Personal Vehicle

Did injured party make a statement as to cause of accident. If YES, what statement and to whom?

**CREW MEMBER/EMPLOYEE:**
Did the employee return to work? ___, If YES - When ___

Additional remarks:
GIRL WAS ABOUT 10 TO 12 yrs. OLD

Injured Seaman must sign here: ___   Date: ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: [signed]   Position: Master   Date: 12/23/12

Robert Sicard

E-mailed to MSC 12/24/12

ROUTING  White - Human Resources Office
Canary - Injured Party
Pink - Preparer

REVISED 6-2005

SSA 805

5

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)

[✓] PASSENGER/PATRON  
[ ] VESSEL EMPLOYEES (JONES Act)

[✓] VESSEL [ ] PARKING LOT [ ] TERMINAL AREA [ ] OTHER (Explain Below)

NAME: [redacted]  
MAILING ADDRESS: [redacted]  
CITY: [redacted] STATE: [redacted] ZIP: [redacted] PHONE #: [redacted]  
Date of Birth: __/__/26 Marital Status: ___ SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)  
Name: C[redacted] Address: [redacted]

**INJURY INFORMATION**

DATE OF INJURY: OCT 17, 2013  TIME: 13:45  AM/PM  
VESSEL: M/V Isl. Home  Trip #: ___  / Terminal: ___  Parking Lot: ___  Bus #: ___  
Other: ___

Describe how injury occurred: V.H eno - returned from bar on (port) was holding door open for wife - WIND CAUGHT + slam 4 left hand knuckles

Witness, if any: Lizbeth Glasier  Reported to: 619 417 9536  Date: ___

Describe injuries, if any: bruised + swollen knuckles - shift ring finger has mark - index finger mark

Was ambulance called? No - will go to Dr. IF HAND continues to hurt

Did injured party make a statement as to cause of accident. If YES what statement and to whom? WIND CAUSED DOOR TO SLAM

**CREW MEMBER/EMPLOYEE:**  
Did the employee return to work? ___ If YES - When ___

Additional remarks: gave ice pack OUCH !!! - (by request of passenger)

Prepared by SSA personnel: Murney  Position: Purser  Date: 10/17/13

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: [signature]  Position: CAPTAIN  Date: 10/17/2013

(RR [illegible])

ROUTING: White & Yellow - To Personnel Department

6

*The Steamship Authority*

See Litigation File

**REPORT OF PERSONAL INJURY**
(ON SSA PROPERTY)

- [✓] PASSENGER/PATRON
- [ ] VESSEL EMPLOYEES (JONES Act)

- [✓] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

NAME: [redacted]
MAILING ADDRESS: [redacted]
CITY: [redacted] STATE: [redacted] ZIP: [redacted] PHONE: [redacted]
Date of Birth: [redacted]/2006  Marital Status: S  SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ___  Address: ___

## INJURY INFORMATION

DATE OF INJURY: August 29, 2014   TIME: 1545 AM/**PM**

VESSEL: M/V NANTUCKET  Trip # 1730 DSP   LOCATION:
Terminal: ___  Parking Lot: ___  Bus #: ___
Other: ___

Describe how injury occurred: Young boy caught finger in port side of deck, lunch counter door leading to outside weather deck

Witness, if any: ___   Reported to: Purser   Date: ___

Describe injuries, if any: Lacerated right hand middle finger

Was ambulance called? NO. If YES, was injured party transported to hospital? ___. If YES, hospital name & address: ___

Did injured party make a statement as to cause of accident, If YES, what statement and to whom? To Purser Barry Fuller

### CREW MEMBER/EMPLOYEE:

Did the employee return to work? ___, If YES - When ___

Additional remarks: ___

Injured Seaman must sign here: ___   Date: ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
Signature: [signature]   Position: Pilot   Date: 5/3/14

REVISED 8-2005

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

SEP 5 2014

MSG

SSA 805

7

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)



[✓] **PASSENGER/PATRON**  [ ] **VESSEL EMPLOYEES** (JONES Act)

[✓] VESSEL  [ ] PARKING LOT  [ ] TERMINAL AREA  [ ] OTHER (Explain Below)

**NAME:** ~~[redacted]~~

**MAILING ADDRESS:** ~~[redacted]~~

**CITY:** ~~[redacted]~~  **STATE:** ~~[redacted]~~  **ZIP:** ~~[redacted]~~  **PHONE #** ~~[redacted]~~

**Date of Birth:** ~~[redacted]~~/68  **Marital Status:** ~~[redacted]~~  **SSA Occupation:** ____

**Nearest relative/relationship:** (To be filled out by Passengers/Patrons only)
**Name:** ____  **Address:** ____

## INJURY INFORMATION

**DATE OF INJURY:** 4-7-15  **TIME:** 12:15 AM/**PM**

**LOCATION:**
**VESSEL:** M/V Nantucket  **Trip #** 12:00  **Terminal:** ____  **Parking Lot:** ____  **Bus #** ____
**Other:** ____

**Describe how injury occurred:** While Julia was leaving restroom caught left thumb in restroom door and jamb

**Witness, if any:** ____  **Reported to:** ____  **Date:** ____

**Describe injuries, if any:** Tip of left thumb swelled and black + blue

**Was ambulance called?** No  **If YES, was injured party transported to hospital?** ____  **If YES, hospital name & address:** ____

**Did injured party make a statement as to cause of accident. If YES, what statement and to whom?**
Caught in door

## CREW MEMBER/EMPLOYEE:

**Did the employee return to work?** ____  **If YES - When** ____

**Additional remarks:** ____

**Injured Seaman must sign here:** ____  **Date:** ____

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
**Signature:** [signed]  **Position:** Pilot  **Date:** 4-7-15

Sean Burke

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

REVISED 8-2005

SSA 805

8

*Ffo Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)

- [✓] PASSENGER/PATRON
- [ ] VESSEL EMPLOYEES (JONES Act)

- [✓] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

**NAME:** [redacted]
**MAILING ADDRESS:** [redacted]
**CITY:** [redacted]  **STATE:** [redacted]  **ZIP:** [redacted]  **PHONE #:** [redacted]
**Date of Birth:** [redacted] 57  **Marital Status:** S  **SSA Occupation:** —

**Nearest relative/relationship:** (To be filled out by Passengers/Patrons only)
**Name:** ___  **Address:** ___

## INJURY INFORMATION

**DATE OF INJURY:** 5/10/15   **TIME:** 12:31 PM
**VESSEL: M/V** MV   **Trip #** ___   **Terminal:** ___   **Parking Lot:** ___   **Bus #** ___
**Other:** ___

**Describe how injury occurred:** Lunch counter door - STBD side FWD caught by wind - left hand index finger caught

**Witness, if any:** None   **Reported to:** ___   **Date:** ___

**Describe injuries, if any:** very tip of finger caught (length of fingernail) - severed

**Was ambulance called?** ___   If YES, was injured party transported to hospital? ✓   If YES, hospital name & address: ___

**Did injured party make a statement as to cause of accident, If YES, what statement and to whom?**
Yes - to Purser J. Keefe and Pilot J. Sepanara

### CREW MEMBER/EMPLOYEE:
**Did the employee return to work?** ___   , If YES - When ___
**Additional remarks:** ___

**Injured Seaman must sign here:** ___   **Date:** ___

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.
**Signature:** John M. Sepanara   **Position:** PILOT   **Date:** 5/10/15

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

REVISED 8-2005

SSA 805

9

# The Steamship Authority

## REPORT OF PERSONAL INJURY
### (ON SSA PROPERTY)



- [X] PASSENGER/PATRON
- [ ] VESSEL EMPLOYEES (JONES Act)
- [X] VESSEL
- [ ] PARKING LOT
- [ ] TERMINAL AREA
- [ ] OTHER (Explain Below)

NAME: ███████████
MAILING ADDRESS: ███████████
CITY: ███████ STATE: ███ ZIP: ███ PHONE #: ███████
Date of Birth: ███████   Marital Status: ___   SSA Occupation: ___

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ___   Address: ___

## INJURY

DATE OF INJURY: July 12, 2015   TIME: ___ AM/PM
VESSEL: M/V Island Home   Trip #: ___
LOCATION: Terminal: ___   Parking Lot: ___   Bus #: ___
Other: ___

## INJURY INFORMATION

Describe how injury occurred: Daughter got fingers caught in Door

Witness, if any: None
Reported to: T Frisino   Date: July 12, 2015

Describe injuries, if any: Fingers — Hand covered with Ice

Was ambulance called? No   If YES, was injured party transported to hospital? ___   If YES, hospital name & address: ___

Did injured party make a statement as to cause of accident, If YES, what statement and to whom?
Front B__ door caught Daughters fingers in Door

## CREW MEMBER/EMPLOYEE:
Did the employee return to work? ___   If YES - When: ___
Additional remarks: ___

Prepared by SSA personnel: S Robbins   Position: Pilot   Date: 7/12/2015

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: ███████   Position: Captain   Date: 7-12-15

mailed to MSC + reported security video 7/13/15

ROUTING: White & Yellow - To Personnel Department
Personnel will send Yellow to Insurance Company

10