# EXHIBIT 4

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
(ON SSA PROPERTY)

[X] PASSENGER/PATRON                    [ ] VESSEL EMPLOYEES (JONES Act)

[X] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: L, ~~████~~

MAILING ADDRESS: ~~████~~

CITY: L~~████~~  STATE: ~~████~~  PHONE #: ~~████~~

Date of Birth: ~~████~~ 50   Marital Status: ~~████~~   SSA Occupation:

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)

Name: _____   Address: _____

## INJURY INFORMATION

DATE OF INJURY: MAY 2, 2017      TIME: 10:10 (AM) PM

LOCATION:
VESSEL: M/V WOODS HOLE   Trip #: ___   Terminal: ___   Parking Lot: ___   Bus #: ___
Other:

Describe how injury occurred:
WHILE GOING OUTSIDE, WEATHER DOOR (PORT STBD @ MIDSHIPS) WIND CAUGHT DOOR, CLOSED ON HER LEFT HAND.

Witness, if any:        Reported to:        Date:

Describe injuries, if any: SWELLING/BRUISING, SHALLOW CUT

Was ambulance called? YES   If YES, was injured party transported to hospital? NO   If YES, hospital name & address:
EMT's responded, injured refused care

Did injured party make a statement as to cause of accident. If YES what statement and to whom?
YES, DOOR SLAMMED HAND, Robert McAuliffe (crew)

### CREW MEMBER/EMPLOYEE:
Did the employee return to work? ___ If YES - When ___

Additional remarks:
ICE PACK given, wound cleaned & band-aided

Prepared by SSA personnel: Ellie Ferguson   Position: P'or   Date: 5/2/17

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: [signed]   Position: Captain   Date: 5/2/17

Ray Oliver

ROUTING: White & Yellow - To Personnel Department
Personnel will send Yellow to Insurance Company

1

# The Steamship Authority

## REPORT OF PERSONAL INJURY
### (ON SSA PROPERTY)

[x] PASSENGER/PATRON     [ ] VESSEL EMPLOYEES (JONES Act)

[x] VESSEL   [ ] PARKING LOT   [ ] TERMINAL AREA   [ ] OTHER (Explain Below)

NAME: ~~[redacted]~~ GRANDSON ~~[redacted]~~   DOB: ~~[redacted]~~/13

MAILING ADDRESS: ~~[redacted]~~

CITY: ~~[redacted]~~   STATE: ~~[redacted]~~   ZIP: ~~[redacted]~~   PHONE #: ~~[redacted]~~

Date of Birth: ~~[redacted]~~/5/   Marital Status: _____   SSA Occupation: _____

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: _____   Address: _____

## INJURY INFORMATION

DATE OF INJURY: 6/23/17   TIME: 1808 AM/PM

LOCATION:
VESSEL: M/V MV   Trip #: ___   Terminal: ___   Parking Lot: ___   Bus #: ___
Other: ___

Describe how injury occurred: ~~[redacted]~~ 's HAND WAS CAUGHT IN the Port Side 0-2 Level Door leading to the outside weather deck while entering from outside.

Witness, if any: _____   Reported to: _____   Date: _____

Describe Injuries, if any: RIGHT HAND 4 FINGERS cut. First Aid Rendered by R. Lopes (Purser)

Was ambulance called? ___, If YES, was injured party transported to hospital? ___, If YES, hospital name & address: Falmouth Hospital

Did injured party make a statement as to cause of accident. If YES, what statement and to whom? R. Lopes (Purser)

## CREW MEMBER/EMPLOYEE:

Did the employee return to work? ___, If YES - When ___

Additional remarks: _____

Injured Seaman must sign here: _____   Date: _____

If injury was on vessel - report is to be signed by Master of Vessel, otherwise Agent, Manager or Supervisor.

Signature: /s/ Arthur Frostholm   Position: Pilot   Date: 6/23/17

REVISED 8-2005

ROUTING: White - Human Resources Office
Canary - Injured Party
Pink - Preparer

SSA 805

2

*The Steamship Authority*

# REPORT OF PERSONAL INJURY
## (ON SSA PROPERTY)

| | |
|---|---|
| ☐ PASSENGER/PATRON ✓ | ☐ VESSEL EMPLOYEES (JONES Act) |
| ✓ VESSEL  ☐ PARKING LOT  ☐ TERMINAL AREA | ☐ OTHER (Explain Below) |

NAME: ~~[redacted]~~ Father: ~~[redacted]~~

MAILING ADDRESS: 3 ~~[redacted]~~

CITY: ~~[redacted]~~   STATE: ~~[redacted]~~   ZIP: ~~[redacted]~~   PHONE #: ~~[redacted]~~

Date of Birth: ~~[redacted]~~ /11   Marital Status: M   SSA Occupation: N/A

Nearest relative/relationship: (To be filled out by Passengers/Patrons only)
Name: ~~[redacted]~~ / father   Address: Same

## INJURY INFORMATION

DATE OF INJURY: 8/6/17   TIME: 6:58 PM

VESSEL M/V: Eagle   Trip #: ___   Terminal: ___   Parking Lot: ___   Bus #: ___

Other: @ Port fwd door on deck # 0-1-14

Describe how injury occurred: Closed door on fingers. Finger caught in door.

Witness, if any: Father there.   Reported to: Purser   Date: 8/6/17

Describe injuries, if any: Tip of ring finger laceration, right hand.

Was ambulance called? NO

Did injured party make a statement as to cause of accident? If YES what statement and to whom?

## CREW MEMBER/EMPLOYEE:

Did the employee return to work? N/A

Additional remarks: Dr. in attendance: ~~[redacted]~~

Prepared by SSA personnel: D. Ross   Position: Purser   Date: 8/6/17

Signature: [signature]   Position: Captain   Date: 8/6/17

Laurence Worthington

ROUTING: White & Yellow — Personnel Department
Personnel will send Yellow to Insurance Company
Pink — [illegible]

3