# EXHIBIT 5

Phillip Parent

1

Volume: 1

Pages: 1-138

Ex: 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -

AMANDA ARNOLD,

        Plaintiff

vs.                                                Docket No.

THE WOODS HOLE, MARTHA'S VINEYARD     CA 17-10432-

AND NANTUCKET STEAMSHIP AUTHORITY,    DJC

        Defendant

- - - - - - - - - - - - - - - - - -

DEPOSITION of PHILLIP J. PARENT

January 19, 2018

10:09 a.m.-1:04 p.m.

Clinton & Muzyka, P.C.

88 Black Falcon Avenue, Suite 200

Boston, Massachusetts

Reporter:  Heidi B. Stutz, CSR

```
1    many, many years.
2        Q.   And that would be Carla and Troy?
3        A.   No.
4        Q.   No.  Who would these people be?
5        A.   Joe Russas and Philip Mecita.
6        Q.   And did you advise Joe and Philip as to
7    what should be contained in the training booklet to
8    help pursers know how they should be describing
9    these incidents?
10       A.   No.  Wasn't necessary.
11       Q.   But Joe and Philip are the ones that
12   developed the guidance?
13       A.   Mostly Joseph.
14       Q.   Okay.  If you turn to the next page, we
15   have a child who was on the Nantucket on June 23,
16   2012.  Can you read to yourself how the injury
17   occurred?
18            MR. APRANS:  Object to the form of
19   the question.  The report indicates how the injury
20   was described.  All he can do is read the report.
21            MS. PENNOCK:  It says, "Describe how
22   injury occurred."
23            MR. APRANS:  It doesn't necessarily
24   mean that that's how the injury actually occurred.
```

Phillip Parent

78

```
 1      A.   I would assume that this is the purser
 2   asking these questions and these are the answers --
 3   asking questions and these are the answers that she
 4   got to the questions.  "The door closed on your left
 5   hand, four fingers as you reached to grab it on the
 6   freight deck."
 7           MR. APRANS:  I'd also like to remind
 8   counsel --
 9      Q.   Do you have any idea what that means,
10   based off of when you received this?
11      A.   I don't recall this one at all.
12      Q.   Sitting here did you do any -- do you
13   recall doing any further investigation as to --
14      A.   No.
15      Q.   Do you think that's an adequate
16   description of how the injury occurred?
17           MR. APRANS:  Objection.  Foundation.
18      A.   I would believe this is in response to a
19   question of how the injury occurred.
20      Q.   Do you find it adequate for your purposes
21   in reviewing these accident reports?
22           MR. APRANS:  Objection.
23      A.   I do, because I know who the person is
24   that filled out the report.  She's usually very,
```