UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA ARNOLD,<br>  Plaintiff,<br>VS.<br><br>THE WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,<br>  Defendant. | Civil Action No.: 17-10432-DJC<br><br><br>District Judge Denise J. Casper |

## NOTICE OF MOTION FOR PRESENTMENT

**PLEASE TAKE NOTICE** that on January 4, 2018, counsel for Plaintiff shall appear before the Honorable Judge Denise J. Casper in Courtroom 11 of the U.S. District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, 02210, and then and there present the following motion: **Plaintiff's Omnibus Motions *In Limine*.** Plaintiff respectfully requests Oral Argument on this motion.

Dated: December 17, 2018    Respectfully submitted,

               Plaintiff's Counsel

               By: /s/ Shannon Pennock
               Pennock Law Firm LLC
               *Pro Hac Vice*
               411 Lafayette Street, 6th Floor
               New York, NY 10003
               (551) 200-6352
               Fax #: (929) 235-7273
               shannonpennock@pennocklawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, that a true and correct copy of the foregoing document was served upon counsel of record by electronic mail through the U.S. District Court, District of Massachusetts, electronic case filing system.

**PENNOCK LAW FIRM, LLC**

By: /s/ Shannon Pennock
Pennock Law Firm LLC
*Pro Hac Vice*
411 Lafayette Street, 6th Floor
New York, NY 10003
(201) 706-2138
Fax #: (929) 235-7273
preid@pennocklawfirm.com