UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA ARNOLD,<br>       Plaintiff,<br>VS.<br><br>THE WOODS HOLE, MARTHA'S VINEYARD<br>AND NANTUCKET STEAMSHIP AUTHORITY,<br>       Defendant. | Civil Action No.: 17-10432-DJC<br><br><br>District Judge Denise J. Casper |

## NOTICE OF MOTION FOR PRESENTMENT

**PLEASE TAKE NOTICE** that on January 4, 2019, counsel for Plaintiff shall appear before the Honorable Judge Denise J. Casper in Courtroom 11 of the U.S. District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, 02210, and then and there present the following motion: **Plaintiff's Motion *In Limine* To Exclude References to Michael Panish's Case That Is Currently On Appeal.** Plaintiff respectfully requests Oral Argument on this motion.


Dated: December 21, 2018                Respectfully submitted,

                                        Plaintiff's Counsel

                                        By: /s/ Shannon Pennock
                                        Pennock Law Firm LLC
                                        *Pro Hac Vice*
                                        411 Lafayette Street, 6th Floor
                                        New York, NY 10003
                                        (551) 200-6352
                                        Fax #: (929) 235-7273
                                        shannonpennock@pennocklawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2018, a copy of the above document filed through the ECF system was sent electronically to the counsel listed below:

CLINTON & MUZYKA, P.C.
Thomas J. Muzyka
BBO NO: 356640
Olaf Aprans
BBO NO: 670434
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax: (617) 720-3489
Email: tmuzyk@clinmuzyka.com

                                       **PENNOCK LAW FIRM, LLC**

                                       By: /s/ Shannon Pennock
                                       Pennock Law Firm LLC
                                       *Pro Hac Vice*
                                       411 Lafayette Street, 6th Floor
                                       New York, NY 10003
                                       (551) 200-6352
                                       Fax #: (929) 235-7273
                                       shannonpennock@pennocklawfirm.com