# EXHIBIT 1

Hendrik Van Hemmen, P.E.

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-------------------------------------
AMANDA ARNOLD,

    Plaintiff,

VS.

    Civil Action No.
    17-10432-DJC

THE WOODS HOLE, MARTHA'S
VINEYARD AND NANTUCKET
STEAMSHIP AUTHORITY,

    Defendants.
-------------------------------------

        July 26, 2018
        11:10 a.m.

    EXAMINATION BEFORE TRIAL OF HENDRIK FOKKO VAN HEMMEN, a Witness herein, taken by Plaintiff, pursuant to Notice, at the offices of Weitz & Luxenberg, P.C., 700 Broadway, 5th Floor, New York, New York, on the above date and time, before Monique Cabrera, a Shorthand Reporter and Notary Public, within and for the State of New York.

Page 145

1  Q. Mr. Panish inspected it in December
2  of 2017?
3  A. Right. The incident happened in
4  2016, in August. So 100,000 is -- it's probably
5  more than 100,000.
6  Q. Where did you get these underlying
7  numbers for the vessel passenger rates?
8  A. That was absolutely hilarious to
9  the extent that I discussed this at the survey
10 with Captain Gifford, and I said; "Well, you
11 know, it probably averages 100 passengers per
12 trip."
13      He says, "I don't know that," and
14 he actually checked it.
15      He came back and it was just about
16 actually dead on. It was pure coincidence, but
17 it was very close to the number I had estimated.
18 Q. So Captain Gifford supplied you the
19 information?
20 A. He actually checked back and give
21 me a call. He said something like we had so
22 many passengers that year. I think he gave me
23 the 180,000 passengers per year number, and I
24 worked backwards.