UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMANDA ARNOLD,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Civil Action No. 17-cv-10432
　　　　　　　　　　　　　　　　　)
THE WOODS HOLE, MARTHA'S　　　　 )
VINEYARD and NANTUCKET　　　　　 )
STEAMSHIP AUTHORITY,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　)

## VERDICT FORM

We, the jury, find:

### COUNT I: NEGLIGENCE

1. Has Plaintiff shown, by a preponderance of the evidence, that Defendant breached its duty of reasonable care to her?

    __✓__ Yes    _____ No

*If "no," answer no further questions and have your foreperson sign and date this verdict form. If "yes," proceed to Question #2.*

2. Has Plaintiff shown, by a preponderance of the evidence, that she suffered injury or harm on September 30, 2016?

    __✓__ Yes    _____ No

*If "no," answer no further questions and have your foreperson sign and date this verdict form. If "yes," proceed to next Question #3.*

3. Has Plaintiff shown, by a preponderance of the evidence, that Defendant's negligent conduct caused her injury or harm on September 30, 2016?

    __✓__ Yes    _____ No

*If "no," answer no further questions and have your foreperson sign and date this verdict form. If "yes," proceed to next Question #4.*

4. Was there any negligence by Plaintiff that contributed to Plaintiff's injury or harm on September 30, 2016?

   \_\_\_\_ Yes   \_✓\_\_ No

   *If answer is yes, proceed to Question #5.  If answer is no, proceed to Question #6.*

5. If you answered Yes to Question #4, what percentage of fault is attributable to:

   A. Defendant _____ percent

   B. Plaintiff _____ percent

   Total (of A & B should be 100 percent).

   *Proceed to question Question #6.*

6. What damages, if any, do you award to Plaintiff for:

   Pain and suffering:   $ 225,000 (amount in numbers)
   Two hundred and twenty five thousand dollars (amount in words)

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

January 18th 2019
DATE

Sandra Paek
FOREPERSON'S SIGNATURE