UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AMANDA ARNOLD**
                Plaintiff(s)

      v.                        CIVIL ACTION NO. **17-10432-DJC**

**THE WOODS HOLE, MARTHA'S VINEYARD and NANTUCKET STEAMSHIP AUTHORITY**
                Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

X     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the Plaintiff in the amount of Two Hundred Twenty Five Thousand Dollars ($225,000).

Robert M. Farrell, Clerk

Dated:  January 22, 2019                  /s/ Lisa M. Hourihan
                                                                    ( By )  Deputy Clerk