# EXHIBIT A

MEANING:

DAMAGES?

" DAMAGES ARE TO BE AWARDED TO THE PLAINTIFF AS A FAIR AND RESONABLE COMPENSATION FOR THE LEGAL ($) WRONG DONE TO HER BY THE DEFENDANT "

② JURY QUESTION:

~~MEANING~~: CAN WE CONSIDER LEGAL FEES AS "LEGAL WRONG"

Sandra Park

Under "Damages", we are instructed,
"The object is to try to restore the person to the position that she would have been in had the wrong not occurred."

What does this mean, considering that we are only considering damages for pain and suffering?

Sandra Pack