UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMANDA ARNOLD,
       Plaintiff,

VS.

THE WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP AUTHORITY,
       Defendant.

Civil Action No.: 17-10432-DJC

## PLAINTIFF'S BILL OF COSTS ITEMIZATION

**I.   FEES FOR SERVICE OF SUBPOENAS**

   A. Carl Walker (first attempt): $210.34

   B. Carl Walker (second attempt): $84.00

   C. Dr. Andrew Terrono: $125.90

   D. Cap. Gifford: $215.30

   E. Francis Tallino: $215.88

   F. Kayleigh Rock: $192.41

   G. Michael Collyer: $192.21

   H. James Corbett and Stephen Healy combined subpoena fee: $419.00

   I. Stephen Healy second attempt: $201.14

   J. Stephen Healy third attempt: $84.00

   K. Phillip Parent: $209.00

Total subpoena fees: $2149.18.

    **II.    FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE**

A. Days 1, 3, and 4 transcripts: $1281.00

B. Day 2 transcript: $478.85

Total transcript fees: $1759.85

    **III.    FEES FOR DISBURSEMENTS AND PRINTING**

A. January 9, 2019-Postnet, Jersey City, NJ: $248.81

B. January 10, 2019-Postnet, Jersey City, NJ: $294.87

C. January 12, 2019-Postnet, Jersey City, NJ: $55.16

D. January 13, 2019-FedEx, Boston, MA: $38.30

E. January 14, 2019-FedEx, Boston, MA: $40.64

F. January 14, 2019-FedEx, Boston, MA: $231.63

G. January 16, 2019-FedEx, Boston, MA: $62.20

H. January 17, 2019-FedEx, Boston, MA: $76.50

I. January 17, 2019-FedEx, Boston, MA: $58.41

J. January 17, 2019-FedEx, Boston, MA: $16.52

Total fees for disbursements and printing: $1123.04.

    **IV.    FEES FOR WITNESSES**

A. Michael Panish, Hancock, NH:

    a. One day of attendance ($40.00);

    b. one day of subsistence ($238.00);

    c. 157 miles round trip ($51.03);

    d. Total fee: $329.03

B. Dr. Charles Cushing, City of New York, New York:

    a. Two days of attendance ($80.00);

    b. Two days of subsistence ($476.00);

    c. 430 miles round trip ($139.75);

    d. Total fee: $695.75

C. Patrick Mason, Holliston, Massachusetts:

    a. One day of attendance ($40.00)

    b. 58 miles round trip ($18.85)

    c. Total fee: $58.85

Total fees for witnesses: $1,083.63.

## V. OTHER COSTS

Parking at court for witness Patrick Mason: $36.00

## VI. TOTAL

$6,151.70.

Dated: February 15, 2019

Respectfully submitted,

Plaintiff's Counsel

By: /s/ Shannon Pennock
Pennock Law Firm LLC
*Pro Hac Vice*
411 Lafayette Street, 6th Floor
New York, NY 10003
(551) 200-6352
Fax #: (929) 235-7273
shannonpennock@pennocklawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019, that a true and correct copy of the foregoing document was served upon counsel of record by electronic mail through the U.S. District Court, District of Massachusetts, electronic case filing system.

**PENNOCK LAW FIRM, LLC**

By: /s/ Shannon Pennock
Pennock Law Firm LLC
*Pro Hac Vice*
411 Lafayette Street, 6th Floor
New York, NY 10003
(551) 200-6352
Fax: (929) 235-7273
shannonpennock@pennocklawfirm.com